UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STATE OF COLORADO, *et. al.,*<br><br>    Plaintiffs,<br><br>v.<br><br>GOOGLE LLC<br><br>    Defendant. | No. 1:20-cv-03715-APM<br><br>Hon. AMIT P. MEHTA |

**REPLY TO DEFENDANT'S RESPONSE TO PLAINTIFFS' MOTION TO CONDOLIDATE**

Pursuant to the Court's Minute Order dated January 4, 2021, the Plaintiff States hereby submit this Reply in support of the Plaintiff States' Motion to Consolidate (ECF No. 5) dated December 17, 2020. As directed by the Court, the Plaintiff States respectfully provide the following position with regard to the possible entry by the Court of the proposed form of Order submitted by Defendant Google LLC ("Google") dated December 31, 2020 (ECF No. 52-1).

The Plaintiff States agree that, in light of the Court's comments at the status conference on December 18th and the stated position of the United States Department of Justice, it is now appropriate to consolidate this case with *United States, et al. v. Google LLC*, No. 1:20-cv-03010-APM (the "DOJ Action") "for pretrial purposes, including discovery and all related proceedings." Def.'s Resp. to Pls. Mot. to Consolidate at 1 (ECF No. 52). As Google notes, the close of summary judgment will inform the Court's decision on whether to consolidate for trial. *Id.* at 3. In particular, the resolution of any summary judgment issues would be helpful in demonstrating the extent to which issues in both cases overlap or are inextricably linked. To that end, the Plaintiff States intend to raise, as part of the consideration of the entry of a Case Management Order, the best manner in

1

which to have the Court consider a renewed motion for consolidation for purposes of trial, taking into account the pretrial and trial schedules.

Accordingly, the Plaintiff States respectfully agree to the entry of, and request that the Court enter, the form of Order proposed by Google consolidating this case with the DOJ Action for pretrial purposes.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: January 7, 2021 | /s/ Joseph Conrad |
|  | Joseph Conrad (NE #27174) |
|  | Assistant Attorney General |
|  | Nebraska Department of Justice |
|  | Office of Attorney General |
|  | 2115 State Capitol |
|  | Lincoln, NE 68509 |
|  | Telephone: (402) 471-3840 |
|  | Email: joseph.conrad@nebraska.gov |
|  | *Attorney for Plaintiff State of Nebraska* |