IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| State of Colorado, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Google LLC, <br><br> Defendant. | Case No. 1:20-cv-03715-APM <br><br> HON. AMIT P. MEHTA |

### ORDER GRANTING IN PART AND DENYING IN PART

### <u>PLAINTIFFS' MOTION TO CONSOLIDATE</u>

Upon consideration of the Plaintiffs' Motion to Consolidate Pursuant to Rule 42(a)(1) of the Federal Rules of Civil Procedure (the "Motion to Consolidate") (ECF 5), the motion is hereby GRANTED IN PART and DENIED IN PART, and it is further ORDERED:

1. This action shall be consolidated with *United States, et al. v. Google LLC*, No. 1:20-cv-3010-APM (the "DOJ Action") for pretrial purposes, including discovery and all related proceedings;

2. Absent further order from this Court, all future filings in this action shall be made exclusively on the DOJ Action docket; and

3. Plaintiffs' Motion to Consolidate this action with the DOJ Action for trial is denied without prejudice and may be renewed after the close of expert discovery and resolution of any motions for summary judgment.

ISSUED this \_\_\_\_ day of _____, 2021.

SO ORDERED:

_____
Hon. Amit P. Mehta
United States District Judge