IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**STATE OF COLORADO, ET AL.**
Plaintiffs

v.                                                              Case No. 1:20-cv-03715 APM

**GOOGLE LLC**
Defendant.

## ERRATA OF PLAINTIFF STATE OF OHIO

Plaintiff State of Ohio hereby submits the following errata relating to its Notice of Appearances filed on January 4, 2021 in docket 1:20-cv-03715, docket numbers 55 and 56. Plaintiff hereby submits a corrected copy of the Notice of Appearances noted below as Exhibit 1 and Exhibit 2 to this filing, and respectfully asks the Court to substitute it for the previously submitted document.

1. Exhibit 1: Notice of Appearance by Jennifer L. Pratt, docket number 55, filed January 4, 2021.

    a. Defendant is corrected to Google LLC in the case caption.

2. Exhibit 2: Notice of Appearance by Beth Ann Finnerty, docket number 56, filed January 4, 2021.

    a. Defendant is corrected to Google LLC in the case caption.

Dated: January 19, 2021                            Respectfully Submitted,

                                                                   *[signature: Beth A. Finnerty]*
                                                                   Ohio Attorney General Dave Yost
                                                                   Jennifer L. Pratt
                                                                   Antitrust Section Chief
                                                                   Beth A. Finnerty

Assistant Antitrust Section Chief
150 East Gay Street, 22nd Floor
Columbus, OH 43215
(614) 466-4328
Jennifer.Pratt@OhioAttorneyGeneral.gov
Beth.Finnerty@OhioAttorneyGeneral.gov