AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

| | | |
|---|---|---|
| State of Colorado, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:20-cv-03715 |
| Google LLC | ) | |
| *Defendant* | ) | |

## CORRECTED APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff State of Ohio.

Date:   1/19/2021

*Attorney's signature*

Jennifer L. Pratt, Ohio Bar No. 0038916
*Printed name and bar number*

Ohio Attorney General Dave Yost
Antitrust Section
150 East Gay Street, 22nd Floor
Columbus, Ohio 43215
*Address*

Jennifer.Pratt@OhioAttorneyGeneral.gov
*E-mail address*

(614) 466-4328
*Telephone number*

(866) 419-2745
*FAX number*