AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

| State of Colorado, et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:20-cv-03715 |
| Google LLC | ) |
| *Defendant* | ) |

## CORRECTED APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff State of Ohio                                                                                                    .

Date:   1/19/2021

*Attorney's signature*

Beth A. Finnerty, Ohio Bar No. 0055383
*Printed name and bar number*

Ohio Attorney General Dave Yost
Antitrust Section
150 East Gay Street, 22nd Floor
Columbus, Ohio 43215
*Address*

Beth.Finnerty@OhioAttorneyGeneral.gov
*E-mail address*

(614) 466-4328
*Telephone number*

(614) 995-0266
*FAX number*