# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| State of Colorado, *et al.*, | |
| Plaintiffs, | Case No. 1:20-cv-03715-APM |
| v. | HON. AMIT P. MEHTA |
| Google LLC, | |
| Defendant. | |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Pursuant to Local Rule 83.6(b), the undersigned, Matt Schock, hereby submits his Withdrawal of Appearance for Plaintiff State of Colorado in the above-captioned matter. Jonathan B. Sallet, Steven M. Kaufmann, and Carla J. Baumel of the Colorado Attorney General's Office will continue to represent Plaintiff State of Colorado, which will not be without representation in this matter.

DATED: December 30, 2022.

Respectfully Submitted,

*/s/ Matt Schock*
Matt Schock (D.C. Bar No. 1531265)
Assistant Attorney General
Colorado Attorney General's Office
Department of Law
1300 Broadway, 7th Floor
Denver, Colorado 80203
Telephone: (720) 508-6236
E-Mail: Matt.Schock@coag.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| State of Colorado, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Google LLC, <br><br> Defendant. | Case No. 1:20-cv-03715-APM <br><br> HON. AMIT P. MEHTA |

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that on December 30, 2022, a copy of the foregoing Notice of Withdrawal of Appearance for Matt Schock was electronically filed with the Court, thereby providing electronic service to all counsel of record.

DATED: December 30, 2022.

Respectfully Submitted,

*/s/ Matt Schock*
Matt Schock (D.C. Bar No. 1531265)
Assistant Attorney General
Colorado Attorney General's Office
Department of Law
1300 Broadway, 7th Floor
Denver, Colorado 80203
Telephone: (720) 508-6236
E-Mail: Matt.Schock@coag.gov
