APPEAL,CONSOL,TYPE–A

# U.S. District Court
## District of Columbia (Washington, DC)
## CIVIL DOCKET FOR CASE #: <u>1:20–cv–03715–APM</u>

| | |
|---|---|
| STATE OF COLORADO et al v. GOOGLE LLC | Date Filed: 12/17/2020 |
| Assigned to: Judge Amit P. Mehta | Jury Demand: None |
| Case: 1:22–cv–00937–APM | Nature of Suit: 410 Anti–Trust |
| Related Case: 1:24–cv–02788–APM | Jurisdiction: U.S. Government Plaintiff |
| Cause: 15:2 Antitrust Litigation | |

**Plaintiff**

| | | |
|---|---|---|
| **STATE OF COLORADO** | represented by | **Conor J. May** |
| | | COLORADO ATTORNEY GENERAL'S OFFICE |
| | | 1300 Broadway |
| | | 7th Floor |
| | | Denver, CO 80203 |
| | | 720–508–6199 |
| | | Email: <u>conor.may@coag.gov</u> |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **Elizabeth Winsor Hereford** |
| | | COLORADO DEPARTMENT OF LAW |
| | | 1300 Broadway |
| | | Suite 10th Floor |
| | | Denver, CO 80203 |
| | | 720–508–6000 |
| | | Email: <u>elizabeth.hereford@coag.gov</u> |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **Jonathan Bruce Sallet** |
| | | COLORADO DEPARTMENT OF LAW |
| | | Consumer Protection Section, Antitrust Unit |
| | | Ralph L. Carr Colorado Judicial Center |
| | | 1300 Broadway |
| | | Suite 7th Floor |
| | | Denver, CO 80203 |
| | | 720–508–6000 |
| | | Fax: 720–508–6040 |
| | | Email: <u>jon.sallet@coag.gov</u> |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **William F. Cavanaugh , Jr.** |
| | | PATTERSON BELKNAP WEBB & TYLER LLP |

1133 Avenue of the Americas
Suite 2200
New York, NY 10036−6710
212−335−2793
Email: wfcavanaugh@pbwt.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Abigail Leah Smith**
COLORADO DEPARTMENT OF LAW
Consumer Protection Section
Ralph L. Carr Colorado Judicial Center
1300 Broadway
10th Floor
Denver, CO 80203
720−508−6233
Fax: 720−508−6040
Email: abigail.smith@coag.gov
*TERMINATED: 09/08/2022*

**Carla J. Baumel**
COLORADO DEPT OF LAW
1300 Broadway
10th Floor
Denver, CO 80203
720−508−6235
Email: carla.baumel@coag.gov
*TERMINATED: 07/12/2023*
*ATTORNEY TO BE NOTICED*

**Diane Rebecca Hazel**
FOLEY & LARDNER LLP
1144 15th Street
Suite 2200
Denver, CO 80202
720−437−2034
Email: dhazel@foley.com
*TERMINATED: 07/20/2022*
*ATTORNEY TO BE NOTICED*

**Erica Lee Fruiterman**
ORRICK, HERRINGTON & SUTCLIFFE
LLP
Ralph L. Carr Colorado Judicial Center
1152 15th Street, NW
Washington, DC 20005
202−339−8408
Fax: 202−339−8500
Email: efruiterman@orrick.com
*TERMINATED: 09/06/2022*
*ATTORNEY TO BE NOTICED*

**Matt Schock**
COLORADO DEPT OF LAW
1300 Broadway
Suite 10th Floor
Denver, CO 80203
720–508–6236
Email: mschock@bakerlaw.com
*TERMINATED: 12/30/2022*
*ATTORNEY TO BE NOTICED*

**Steven M. Kaufmann**
STATE OF COLORADO DEPARTMENT
OF LAW
Ralph L. Carr Colorado Judicial Center
1300 Broadway
Ste 7th Floor
Denver, CO 80203
720–508–6204
Email: steve.kaufmann@coag.gov
*ATTORNEY TO BE NOTICED*

**Plaintiff**

STATE OF NEBRASKA                 represented by   **Joseph Conrad**
OFFICE OF THE ATTORNEY
GENERAL/NE
Consumer Protection Division
2115 State Capitol Building
Lincoln, NE 68509
402–471–3840
Email: joseph.conrad@nebraska.gov
*TERMINATED: 04/24/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William F. Cavanaugh , Jr.**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Colin P. Snider**
DOJ–Atr
Antitrust Division
100 Centennial Mall N
Suite 487
Lincoln, NE 68508
202–739–1871
Email: colin.snider@usdoj.gov
*TERMINATED: 12/05/2024*
*ATTORNEY TO BE NOTICED*

3

**Justin Clifford McCully**
Nebraska Attorney General's Office
2115 State Capital
Lincoln, NE 68509
402−741−9305
Email: justin.mccully@nebraska.gov
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**STATE OF ARIZONA**                    represented by   **Christopher M. Sloot**
SLOOT LAW, PLLC
4742 North 24th Street
Suite 300
Phoenix, AZ 85016
480−744−8475
Email: cms@slootlaw.com
*TERMINATED: 01/23/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Dana Vogel**
MCCUNE LAW GROUP
2415 East Camelback Road
Suite 850
Phoenix, AZ 85016
909−495−1166
Email: dana.vogel@azag.gov
*TERMINATED: 12/23/2021*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jayme L. Weber**
ARIZONA ATTORNEY GENERAL
400 W. Congress Street
Suite 215
Tucson, AZ 85701
520−628−6609
Email: jayme.weber@azag.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert Bernheim**
OFFICE OF THE ATTORNEY
GENERAL
Consumer Protection & Advocacy Section
400 W. Congress
Suite S−215
Tucson, AZ 85701
520−628−6507
Fax: 520−628−6532
Email: robert.bernheim@azag.gov
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**STATE OF IOWA**                    represented by   **Max Merrick Miller**
ATTORNEY GENERAL'S OFFICE FOR
THE STATE OF IOWA
1305 East Walnut Street
2nd Floor
Des Moines, IA 50319
(515) 281−5926
Fax: (515) 281−6771
Email: Max.Miller@ag.Iowa.gov
*TERMINATED: 05/18/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Noah Goerlitz**
IOWA ATTORNEY GENERAL
1350 E. Walnut Street
Des Moines, IA 50319
925−386−6244
Email: noah.goerlitz@ag.iowa.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**STATE OF NEW YORK**                represented by   **Morgan J. Feder**
ATTORNEY GENERAL'S OFFICE FOR
THE STATE OF NEW YORK
28 Liberty Street
23rd Floor
New York, NY 10005
212−416−8288
Email: morgan.feder@ag.ny.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elinor R. Hoffmann**
ATTORNEY GENERAL'S OFFICE/NY
28 Liberty Street
New York, NY 10005
212−416−8269
Fax: 212−416−6015
Email: elinor.hoffmann@ag.ny.gov
*ATTORNEY TO BE NOTICED*

**John D. Castiglione**
OFFICE OF THE ATTORNEY
GENERAL/NY
28 Liberty Street
21st Floor

New York, NY 10005
212–416–8513
Email: john.castiglione@ag.ny.gov
*ATTORNEY TO BE NOTICED*

**Michael Schwartz**
OFFICE OF THE NEW YORK STATE
ATTORNEY GENERAL
Antitrust Bureau
28 Liberty Street
20th Floor
New York, NY 10005
212–416–8096
Email: michael.schwartz@ag.ny.gov
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **STATE OF NORTH CAROLINA** | represented by | **Jessica Vance Sutton** |

NORTH CAROLINA DEPARTMENT OF
JUSTICE
114 West Edenton Street
Raleigh, NC 27603
919–716–0998
Email: jsutton2@ncdoj.gov
*TERMINATED: 01/31/2025*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel Wilkes**
FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue, NW
Mail Stop CC– 9528
Washington, DC 20580
202–326–3679
Email: dwilkes@ncdoj.gov
*TERMINATED: 01/11/2022*
*ATTORNEY TO BE NOTICED*

**Jonathan R. Marx**
NC DEPARTMENT OF JUSTICE
114 W. Edenton St.
Raleigh, NC 27603
919–716–6000
Email: jmarx@chalmersadams.com
*TERMINATED: 06/27/2024*
*ATTORNEY TO BE NOTICED*

**Kunal Janak Choksi**
NC DEPARTMENT OF JUSTICE
Consumer Protection
114 W. Edenton St.
Raleigh, NC 27603

919–716–6032
Email: kchoksi@ncdoj.gov
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**STATE OF TENNESSEE**                      represented by   **J. David McDowell**
OFFICE OF THE ATTORNEY
GENERAL & REPORTER– TN
P.O. Box 20207
Nashville, TN 37202
(615) 741–7663
Fax: (615) 532–2910
Email: david.mcdowell@ag.tn.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Austin Ostiguy**
TENNESSEE ATTORNEY GENERAL'S
OFFICE
Consumer Protection Division
P.O. Box 20207
Nashville, TN 37202
615–532–7271
Email: austin.ostiguy@ag.tn.gov
*ATTORNEY TO BE NOTICED*

**Christopher Dunbar**
OFFICE OF THE ATTORNEY
GENERAL & REPORTER– TN
P.O. Box 20207
Nashville, TN 37202
615–741–3519
Fax: 615–532–2910
Email: chris.dunbar@ag.tn.gov
*ATTORNEY TO BE NOTICED*

**Jeanette Pascale**
OFFICE OF THE ATTORNEY
GENERAL/TN
P.O. Box 20207
Nashville, TN 37202
615–253–5203
Email: jenna.pascale@ag.tn.gov
*TERMINATED: 01/28/2022*
*ATTORNEY TO BE NOTICED*

**Robert B. Harrell , Sr.**
TENNESSEE JUSTICE CENTER
155 Lafayette Street
Nashville, TN 37210
615–846–4701
Fax: 615–255–0354

Email: brant.harrell@ag.tn.gov
*TERMINATED: 01/05/2022*
*ATTORNEY TO BE NOTICED*

**Tyler Corcoran**
TENNESSEE ATTORNEY GENERAL'S
OFFICE
315 Deaderick Street
Office of Tennessee Attorney General,
UBS Building 19th Fl.
Nashville, TN 37243
615–770–1714
Email: tyler.corcoran@ag.tn.gov
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**STATE OF UTAH**                     represented by  **Tara Pincock**
ATTORNEY GENERAL'S OFFICE
Utah
160 E 300 S
PO Box 140874
84114, Ste 5th Floor
Salt Lake City, UT 84114
801–366–0305
Email: tpincock@agutah.gov
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**STATE OF ALASKA**

**Plaintiff**

**STATE OF CONNECTICUT**              represented by  **Nicole Demers**
STATE OF CONNECTICUT OFFICE OF
THE ATTORNEY GENERAL
165 Capitol Avenue
Ste 5000
Hartford, CT 06106
860–808–5202
Fax: 860–808–5391
Email: nicole.demers@ct.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**STATE OF DELAWARE**                 represented by  **Michael Andrew Undorf**
DELAWARE DEPARTMENT OF
JUSTICE
Fraud and Consumer Protection Division
820 N. French St., 5th Floor
Wilmington, DE 19801

8

302–577–8924
Email: michael.undorf@delaware.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**DISTRICT OF COLUMBIA**                    represented by   **Adam Gitlin**
DC OAG
400 6th Street NW
10th Floor
Washington, DC 20001
415–956–1000
Email: adam.gitlin@dc.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elizabeth Gentry Arthur**
OFFICE OF THE ATTORNEY
GENERAL FOR THE DISTRICT OF
COLUMBIA
400 6th Street NW
Washington, DC 20001
202–724–6514
Email: elizabeth.arthur@dc.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Catherine Anne Jackson**
DC OAG
400 6th Street NW
10th Floor
Washington, DC 20001
(202) 442–9864
Email: catherine.jackson@dc.gov
*TERMINATED: 10/29/2021*
*ATTORNEY TO BE NOTICED*

**David Brunfeld**
FEDERAL TRADE COMMISSION
Public Advocacy Division
400 7th Street, S.W.
Suite 6412
Washington, DC 20580
202–326–2938
Email: dbrunfeld@ftc.gov
*TERMINATED: 08/18/2022*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**TERRITORY OF GUAM**

9

**Plaintiff**

**STATE OF HAWAII**                    represented by    **Rodney I. Kimura**
OFFICE OF THE ATTORNEY
GENERAL/HI
Commerce & Economic Development
425 Queen Street
Honolulu, HI 96813
808–586–1180
Fax: 808–586–1205
Email: rodney.i.kimura@hawaii.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**STATE OF IDAHO**                    represented by    **Brett Talmage DeLange**
OFFICE OF THE IDAHO ATTORNEY
GENERAL
Consumer Protection Division
954 W. State St., 2nd Fl.
PO Box 83720
Boise, ID 83720–0010
208–334–4114
Fax: 208–334–4151
Email: brett.delange@ag.idaho.gov
*TERMINATED: 01/12/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John K. Olson**
IDAHO ATTORNEY GENERAL'S
OFFICE
Consumer Protection Division
954 W. Jefferson Street, 2nd Floor
PO Box 83720
Boise, ID 83720–0010
208–332–3549
Fax: 208–334–4151
Email: john.olson@ag.idaho.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**STATES OF ILLINOIS,**              represented by    **Blake L. Harrop**
**CALIFORNIA, COLORADO,**                              ILLINOIS ATTORNEY GENERAL'S
**CONNECTICUT, DELAWARE,**                             OFFICE
**HAWAII, MARYLAND,**                                  100 W. Randolph St.
**MASSACHUSETTS, MINNESOTA,**                          Chicago, IL 60601
**NEW JERSEY, NEW YORK,**                              312–814–1004
**NORTH CAROLINA, OREGON,**                            Fax: 312–814–4209
**RHODE ISLAND, AND**                                  Email: bharrop@atg.state.il.us
**WASHINGTON**                                         *TERMINATED: 09/21/2021*

10

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Erin L. Shencopp**
COLORADO OFFICE OF THE
ATTORNEY GENERAL
1300 Broadway
7th Floor
Denver, CO 80203
720−508−6000
Email: erin.shencopp@coag.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**STATE OF KANSAS**                      represented by   **Christopher Teters**
KANSAS ATTORNEY GENERAL'S
OFFICE
120 SW 10th Ave
Ste 2d Fl
Topeka, KS 66612
785−368−8429
Email: chris.teters@ag.ks.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lynette R. Bakker**
OFFICE OF THE ATTORNEY
GENERAL/KS
Consumer Protection & Antitrust
120 S.W. 10th Avenue
Ste 2nd Floor
Topeka, KS 66612−1597
785−368−8451
Email: lynette.bakker@ks.gov
*TERMINATED: 01/17/2025*
*LEAD ATTORNEY*

**Plaintiff**

**STATE OF MAINE**                       represented by   **Christina M. Moylan**
OFFICE OF THE ATTORNEY
GENERAL/ME
6 State House Station
Augusta, ME 04333−0006
207−626−8838
Email: christina.moylan@maine.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**STATE OF MARYLAND**                    represented by

11

**Schonette Walker**
OFFICE OF THE ATTORNEY
GENERAL/MD
200 St Paul Place
Baltimore, MD 21202
410–576–6470
Email: swalker@oag.state.md.us
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gary Honick**
OFFICE OF THE MARYLAND
ATTORNEY GENERAL
Antitrust
200 St. Paul Place
200 St. Paul Place
Baltimore, MD 21202
410–576–6480
Email: ghonick@oag.state.md.us
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| COMMONWEALTH OF MASSACHUSETTS | represented by | **William Thorn Matlack**<br>OFFICE OF THE ATTORNEY<br>GENERAL/MA<br>One Ashburton Place<br>18th Floor<br>Boston, MA 02108<br>617–727–2200<br>Email: william.matlack@mass.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Matthew B Frank**<br>MASSACHUSETTS ATTORNEY<br>GENERAL'S OFFICE<br>One Ashburton Place, 18th Floor<br>Boston, MA 02108<br>617–963–2669<br>Email: matthew.frank@mass.gov<br>*TERMINATED: 11/04/2021*<br>*ATTORNEY TO BE NOTICED*<br><br>**Michael Bruce MacKenzie**<br>ATTORNEY GENERAL,<br>MASSACHUSEETTS<br>One Ashburton Place<br>Boston, MA 02108<br>617–963–2369<br>Email: michael.mackenzie@mass.gov<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

**STATE OF MINNESOTA**

**Plaintiff**

**STATE OF NEVADA**                      represented by    **Lucas J Tucker**
NEVADA ATTORNEY GENERAL'S
OFFICE
Bureau of Consumer Protection
8945 W. Russell Road
Suite 204
Las Vegas, NV 89148
702–486–3256
Email: ltucker@ag.nv.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marie W. L. Martin**
ATTORNEY GENERAL
Bureau of Consumer Protection
350 N. State Street
Salt Lake City, UT 84114
385–270–2164
Email: mwmartin@agutah.gov
*TERMINATED: 09/15/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michelle Christine Badorine**
OFFICE OF THE ATTORNEY
GENERAL, NV
100 North Carson Street
Carson City, NV 89701
775–684–1164
Email: mbadorine@ag.nv.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**STATE OF NEW HAMPSHIRE**              represented by    **Brandon Garod**
OFFICE OF THE NEW HAMPSHIRE
ATTORNEY GENERAL
1 Granite Place South
Concord, NH 03301
603–271–1217
Email: brandon.h.garod@doj.nh.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**STATE OF NEW JERSEY**                 represented by

**Bryan Steven Sanchez**
NEW JERSEY OFFICE OF THE
ATTORNEY GENERAL
Consumer Fraud Prosecution
P.O. Box 45029
124 Halsey Street
Suite 5th Floor
Newark, NJ 07102
973–648–3070
Email: bryan.sanchez@law.njoag.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Isabella R. Pitt**
ATTORNEY GENERAL'S OFFICE FOR
THE STATE OF NEW YORK
28 Liberty Street
New York, NY 10005
201–912–7444
Email: Isabella.Pitt@ag.ny.gov
*TERMINATED: 01/24/2025*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert Holup**
RIKER DANZIG LLP
7 Giralda Farms, Suite 250
Madison, NJ 07940–1051
973–538–0800
Email: rholup@riker.com
*TERMINATED: 04/01/2021*
*LEAD ATTORNEY*

**Yale A. Leber**
NEW JERSEY OFFICE OF ATTORNEY
GENERAL
Consumer Fraud Prosecution
P.O. Box 45029
124 Halsey Street
5th Floor
Newark, NJ 07101
973–975–4687
Email: yale.leber@law.njoag.gov
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **STATE OF NEW MEXICO** | represented by | **Billy Jimenez** |

NM DEPARTMENT OF JUSTICE
408 Galisteo St
Santa Fe, NM 87501
505–527–2694
Email: bjimenez@nmag.gov

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Judith E. Paquin**
NM OFFICE OF THE ATTORNEY
GENERAL
Consumer and Environmental Protection
201 Third Street NW
Suite 300
Albuquerque, NM 87102
505–717–3500
Email: jpaquin@nmag.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**STATE OF NORTH DAKOTA**          represented by  **Elin S. Alm**
OFFICE OF ATTORNEY GENERAL OF
NORTH DAKOTA
Consumer Protection & Antitrust Division
1720 Burlington Drive
Suite C
Bismarck, ND 58504
701–328–5570
Email: ealm@nd.gov
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**STATE OF OHIO**          represented by  **Beth Ann Finnerty**
OFFICE OF THE ATTORNEY
GENERAL/OH
Antitrust
30 E. Broad Street
26th Floor
Columbus, OH 43215
614–466–4328
Email: beth.finnerty@ohioattorneygeneral.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer L. Pratt**
OHIO ATTORNEY GENERAL
30 East Broad Street
26th Floor
Columbus, OH 43215
614–466–4328
Email: jennifer.pratt@ohioattorneygeneral.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark N. Kittel**

OFFICE OF THE ATTORNEY
GENERAL/OHIO
150 East Gay Street
22nd Floor
Columbus, OH 43215
614–466–4328
Email: mark.kittel@ohioattorneygeneral.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sarah Mader**
OHIO ATTORNEY GENERAL OFFICE
Antitrust
30 East Broad Street
26th Floor
Columbus, OH 43215
614–466–0755
Fax: 855–326–1853
Email: sarah.mader@ohioago.gov
*ATTORNEY TO BE NOTICED*

**Plaintiff**

STATE OF OKLAHOMA                represented by   **Caleb J. Smith**
OFFICE OF THE OKLAHOMA
ATTORNEY GENERAL
313 NE 21st St
Oklahoma City, OK 73105
405–522–1014
Fax: 405–522–0085
Email: caleb.smith@oag.ok.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert J. Carlson**
OFFICE OF THE OKLAHOMA
ATTORNEY GENERAL
15 W. 6th Street
Suite 1000
Tulsa, OK 74119
918–581–2342
Email: robert.carlson@oag.ok.gov
*TERMINATED: 06/09/2025*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

STATE OF OREGON                  represented by   **Gina Ko**
OREGON DEPARTMENT OF JUSTICE
100 SW Market Street
Portland, OR 97201
971–673–1880

16

Email: gina.ko@doj.oregon.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cheryl Hiemstra**
OREGON DEPARTMENT OF JUSTICE
Civil Recovery Section
1162 Court St NE
Salem, OR 97301
503–934–4400
Email: cheryl.hiemstra@doj.oregon.gov
*TERMINATED: 09/17/2025*
*ATTORNEY TO BE NOTICED*

**Tim D. Nord**
OREGON DEPARTMENT OF JUSTICE
Civil Enforcement Division
1162 Court St NE
Salem, OR 97301
503–934–4400
Fax: 503–373–7067
Email: tim.d.nord@doj.oregon.gov
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **COMMONWEALTH OF PENNSYLVANIA** | represented by | **Joseph S. Betsko** |

PENNSYLVANIA OFFICE OF
ATTORNEY GENERAL
Strawberry Square
14th Floor
Harrisburg, PA 17120
(717) 787–4530
Fax: (202) 705–7110
Email: jbetsko@attorneygeneral.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Norman Wesley Marden**
COMMONWEALTH OF
PENNSYLVANIA OFFICE OF
ATTORNEY GENERAL
Strawberry Square
14th Floor
Harrisburg, PA 17120
(717) 787–4530
Email: nmarden@attorneygeneral.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Tracy Wright Wertz**
PENNSYLVANIA OFFICE OF
ATTORNEY GENERAL

Antitrust Section
Strawberry Square
14th Floor
Harrisburg, PA 17120
(717) 787–4530
Fax: (717) 787–1190
Email: twertz@attorneygeneral.gov
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**COMMONWEALTH OF PUERTO RICO**                represented by **Diana Jordan Gonzalez**
PUERTO RICO DEPARTMENT OF
JUSTICE
Office of Antitrust Affairs
PO Box 9020192
San Juan
Puerto Rico
7877212900
Email: diana.jordan@justicia.pr.gov
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**STATE OF RHODE ISLAND**                represented by **Stephen Nicholas Provazza**
RHODE ISLAND OFFICE OF THE
ATTORNEY GENERAL
Civil Division
150 S. Main St.
Providence, RI 02903
401–274–4400
Email: sprovazza@riag.ri.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**STATE OF SOUTH DAKOTA**                represented by **Amanda Miiller**
OFFICE OF THE ATTORNEY
GENERAL SOUTH DAKOTA
1302 E Highway 14 Suite 1
Pierre, SD 57501–8501
605–773–3215
Fax: 605–773–4106
Email: amanda.miiller@state.sd.us
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan K. Van Patten**
OFFICE OF THE ATTORNEY
GENERAL SOUTH DAKOTA
1302 E Highway 14 Suite 1
Pierre, SD 57501–8501
605–773–3215

Fax: 605−773−4106
Email: jonathan.vanpatten@state.sd.us
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Yvette K. Lafrentz**
OFFICE OF THE ATTORNEY
GENERAL/SD
1302 E. Hwy 14
Suite1
Pierre, SD 57501
605−773−3215
Email: yvette.lafrentz@state.sd.us
*TERMINATED: 02/28/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**STATE OF VERMONT**                    represented by    **Christopher James Curtis**
OFFICE OF THE ATTORNEY
GENERAL, STATE OF VERMONT
109 State Street
Montpelier, VT 05609
(802) 828−5586
Email: christopher.curtis@vermont.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ryan G. Kriger**
OFFICE OF THE ATTORNEY
GENERAL/VT
109 State St.
Montpelier, VT 05609
802−828−3170
Email: ryan.kriger@vermont.gov
*TERMINATED: 04/07/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**COMMONWEALTH OF VIRGINIA**          represented by    **Sarah Oxenham Allen**
OFFICE OF THE ATTORNEY
GENERAL/VA
Antitrust Unit/Consumer Protection
Section
202 N. 9th Street
Richmond, VA 23219
804−786−6557
Fax: 804−786−0122
Email: soallen@oag.state.va.us
*TERMINATED: 02/08/2022*

19

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Tyler Timothy Henry**
OFFICE OF THE ATTORNEY
GENERAL/VA
202 North 9th Street
Richmond, VA 23219
804–692–0485
Fax: 804–786–0122
Email: thenry@oag.state.va.us
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**STATE OF WASHINGTON**            represented by   **Amy Hanson**
WASHINGTON STATE ATTORNEY
GENERAL
800 Fifth Avenue
Suite 2000
Seattle, WA 98104
206–464–5419
Email: amy.hanson@atg.wa.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**STATE OF WEST VIRGINIA**         represented by   **Douglas Lee Davis**
WV ATTORNEY GENERAL'S OFFICE
STATE OF WEST VIRGINIA
P.O. Box 1789
State Capitol, Building 6
1900 Kanawha Blvd. East, Suite 401
Charleston, WV 25326
304–558–8986
Fax: 304–558–0184
Email: doug.davis@wvago.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Tanya Lynn Godfrey**
OFFICE OF THE ATTORNEY
GENERAL/WV
PO Box 1789
Charleston, WV 26326
304–558–8986
Email: tanya.l.godfrey@wvago.gov
*TERMINATED: 09/29/2022*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

20

**STATE OF WYOMING**                    represented by   **Benjamin Mark Burningham**
WYOMING CHANCERY COURT
2301 Capitol Avenue
Cheyenne, WY 82002
307–777–6565
Email: bburningham@courts.state.wy.us
*TERMINATED: 07/07/2021*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James C. Kaste**
WYOMING ATTORNEY GENERAL'S
OFFICE
109 State Capitol
Cheyenne, WY 82002
307–777–3535
Email: james.kaste@wyo.gov
*TERMINATED: 08/31/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Melissa Westby**
ATTORNEY GENERAL'S OFFICE FOR
THE STATE OF WYOMING
2320 Capitol Avenue
Cheyenne, WY 82002
307–777–7822
Email: misha.westby@wyo.gov
*TERMINATED: 07/26/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Kahler**
WYOMING ATTORNEY GENERAL'S
OFFICE
109 State Capitol
Cheyenne, WY 82002
307–777–7196
Email: mike.kahler@wyo.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amy Pauli**
WYOMING ATTORNEY GENERAL
109 State Capitol
200 West 24th Street
Cheyenne, WY 82002
307–777–8240
Email: amy.pauli@wyo.gov
*TERMINATED: 03/04/2022*
*ATTORNEY TO BE NOTICED*

**William Talley Young**
WYOMING ATTORNEY GENERAL'S
OFFICE
109 State Capitol
Cheyenne, WY 82002
307–777–7847
Email: william.young@wyo.gov
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**GOOGLE LLC**                     represented by    **Franklin M. Rubinstein**
WILSON SONSINI GOODRICH &
ROSATI
1700 K Street, NW
5th Floor
Washington, DC 20012
(202) 973–8800
Email: frubinstein@wsgr.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John E. Schmidtlein**
WILLIAMS & CONNOLLY LLP
680 Maine Avenue, S.W.
Washington, DC 20024
202–434–5000
Email: jschmidtlein@wc.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Susan A. Creighton**
WILSON SONSINI GOODRICH &
ROSATI, PC
1700 K Street, NW
5th Floor
Washington, DC 20006
202–973–8800
Email: screighton@wsgr.com
*TERMINATED: 12/11/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Wendy W.H. Waszmer**
WILSON SONSINI GOODRICH &
ROSATI, PC
1301 Avenue of the Americas
40th Floor
New York, NY 10019
212–497–7702

Fax: 212–999–5899
Email: wwaszmer@wsgr.com
*TERMINATED: 05/08/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Benjamin M. Greenblum**
WILLIAMS & CONNOLLY LLP
680 Maine Avenue
Washington, DC 20024
202–434–5000
Email: bgreenblum@wc.com
*ATTORNEY TO BE NOTICED*

**Colette Connor**
WILLIAMS & CONNOLLY
680 Maine Avenue, S.W.
Washington, DC 20024
202–434–5170
Email: cconnor@wc.com
*ATTORNEY TO BE NOTICED*

**Donald Beaton Verrilli , Jr**
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Avenue NW
Suite 500E
Washington, DC 20001
202–220–1101
Email: donald.verrilli@mto.com
*ATTORNEY TO BE NOTICED*

**Mark Samuel Popofsky**
ROPES & GRAY LLP
2099 Pennsylvania Avenue NW
Washington, DC 20006
(202) 508–4624
Fax: (202) 383–9377
Email: mark.popofsky@ropesgray.com
*ATTORNEY TO BE NOTICED*

**Rachael Racine**
WILSON SONSINI GOODRICH &
ROSATI
31 West 52nd Street
Ste Fifth Floor
New York, NY 10019
212–497–7766
Email: rracine@wsgr.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**MICROSOFT CORPORATION**                    represented by   **Amisha R. Patel**
ORRICK, HERRINGTON & SUTCLIFFE
LLP
222 Berkeley Street
Suite 2000
Boston, MA 02116
202–339–8457
Email: apatel@orrick.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Vincent H. Cohen , Jr.**
DECHERT LLP
1900 K Street NW
Washington, DC 20006
202–261–3432
Fax: 202–261–3086
Email: vincent.cohen@dechert.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Movant**

**MARY KATHERINE ARCELL ET**                represented by   **Stephen G. Larson**
**AL**                                                       LARSON LLP
555 S. Flower Street
Suite 30th Floor
Los Angeles, CA 90071
213–436–4888
Fax: 213–623–2000
Email: slarson@larsonllp.com
*ATTORNEY TO BE NOTICED*

**Movant**

**ALPHABET WORKERS**                         represented by   **Allen Paul Grunes**
**UNION–CWA**                                                BROWNSTEIN HYATT FARBER
SCHRECK, LLP
600 Massachusetts Ave NW, Suite 400
Suite 400
Washington, DC 20001
202–383–5901
Fax: 202–296–7009
Email: agrunes@bhfs.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David B. Meschke**
BROWNSTEIN HYATT FARBER
SCHRECK, LLP
675 15th Street
Suite 2900
Denver, CO 80202

303–223–1219
Fax: 303–223–1111
Email: dmeschke@bhfs.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

**AMERICAN ECONOMIC
LIBERTIES PROJECT**          represented by   **Catherine S. Simonsen**
AMERICAN ECONOMIC LIBERTIES
PROJECT
2001 Pennsylvania Ave NW
Suite 540
Washington, DC 20006
917–747–5196
Email: csimonsen@economicliberties.us
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Amicus**

**MOZILLA CORPORATION**          represented by   **Juan Arteaga**
CROWELL & MORING LLP
Two Manhattan West
375 Ninth Avenue
New York, NY 10001
212–803–4053
Fax: 212–223–4134
Email: jarteaga@crowell.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/17/2020 | 1 | Exparte MOTION to Seal by STATE OF SOUTH DAKOTA, STATE OF RHODE ISLAND, STATE OF MINNESOTA, STATE OF TENNESSEE, STATE OF NORTH DAKOTA, STATE OF NEBRASKA, STATE OF KANSAS, STATE OF COLORADO, STATE OF MAINE, COMMONWEALTH OF PENNSYLVANIA, STATE OF ILLINOIS, STATE OF OHIO, STATE OF NEW MEXICO, STATE OF OKLAHOMA, COMMONWEALTH OF MASSACHUSETTS, STATE OF HAWAII, STATE OF NEW JERSEY, STATE OF CONNECTICUT, COMMONWEALTH OF PUERTO RICO, COMMONWEALTH OF VIRGINIA, STATE OF DELAWARE, STATE OF NEVADA, TERRITORY OF GUAM, STATE OF NEW HAMPSHIRE, STATE OF OREGON, STATE OF NORTH CAROLINA, STATE OF ARIZONA, STATE OF WASHINGTON, STATE OF ALASKA, DISTRICT OF COLUMBIA, STATE OF IDAHO, STATE OF WYOMING, STATE OF UTAH, STATE OF IOWA, STATE OF VERMONT, STATE OF WEST VIRGINIA, STATE OF MARYLAND, STATE OF NEW YORK (Attachments: # 1 Public Redacted Complaint, # 2 Complaint, # 3 Exhibit, # 4 Text of Proposed Order)(eg) (Entered: 12/17/2020) |
| 12/17/2020 | 2 | ORDER granting 1 Motion to Seal Case. Signed by Chief Judge Beryl A. Howell on 12/17/2020. (eg) (Entered: 12/17/2020) |

| 12/17/2020 | 3 | COMPLAINT against GOOGLE LLC filed by STATE OF SOUTH DAKOTA, STATE OF RHODE ISLAND, STATE OF MINNESOTA, STATE OF TENNESSEE, STATE OF NORTH DAKOTA, STATE OF NEBRASKA, STATE OF KANSAS, STATE OF COLORADO, STATE OF MAINE, COMMONWEALTH OF PENNSYLVANIA, STATE OF ILLINOIS, STATE OF OHIO, STATE OF NEW MEXICO, STATE OF OKLAHOMA, COMMONWEALTH OF MASSACHUSETTS, STATE OF HAWAII, STATE OF NEW JERSEY, STATE OF CONNECTICUT, COMMONWEALTH OF PUERTO RICO, COMMONWEALTH OF VIRGINIA, STATE OF DELAWARE, STATE OF NEVADA, TERRITORY OF GUAM, STATE OF NEW HAMPSHIRE, STATE OF OREGON, STATE OF NORTH CAROLINA, STATE OF ARIZONA, STATE OF WASHINGTON, STATE OF ALASKA, DISTRICT OF COLUMBIA, STATE OF IDAHO, STATE OF WYOMING, STATE OF UTAH, STATE OF IOWA, STATE OF VERMONT, STATE OF WEST VIRGINIA, STATE OF MARYLAND, STATE OF NEW YORK. (Attachments: # 1 Exhibit, # 2 Civil Cover Sheet, # 3 Summons)(eg) (Entered: 12/17/2020) |
| 12/17/2020 | 4 | NOTICE OF RELATED CASE by All Plaintiffs. Case related to Case No. 20–3010. (eg) (Main Document 4 replaced on 12/18/2020) (znmw). (Entered: 12/17/2020) |
| 12/17/2020 | 5 | MOTION to Consolidate Cases by COMMONWEALTH OF MASSACHUSETTS, COMMONWEALTH OF PENNSYLVANIA, COMMONWEALTH OF PUERTO RICO, COMMONWEALTH OF VIRGINIA, DISTRICT OF COLUMBIA, STATE OF ALASKA, STATE OF ARIZONA, STATE OF COLORADO, STATE OF CONNECTICUT, STATE OF DELAWARE, STATE OF HAWAII, STATE OF IDAHO, STATE OF ILLINOIS, STATE OF IOWA, STATE OF KANSAS, STATE OF MAINE, STATE OF MARYLAND, STATE OF MINNESOTA, STATE OF NEBRASKA, STATE OF NEVADA, STATE OF NEW HAMPSHIRE, STATE OF NEW JERSEY, STATE OF NEW MEXICO, STATE OF NEW YORK, STATE OF NORTH CAROLINA, STATE OF NORTH DAKOTA, STATE OF OHIO, STATE OF OKLAHOMA, STATE OF OREGON, STATE OF RHODE ISLAND, STATE OF SOUTH DAKOTA, STATE OF TENNESSEE, STATE OF UTAH, STATE OF VERMONT, STATE OF WASHINGTON, STATE OF WEST VIRGINIA, STATE OF WYOMING, TERRITORY OF GUAM (Attachment: # 1 Text of Proposed Order)(eg) (Entered: 12/17/2020) |
| 12/17/2020 | 6 | SUMMONS (1) Issued Electronically as to GOOGLE LLC. (Attachment: # 1 Notice and Consent)(eg) (Entered: 12/17/2020) |
| 12/17/2020 | 12 | SEALED DOCUMENT filed by COMMONWEALTH OF MASSACHUSETTS, COMMONWEALTH OF PENNSYLVANIA, COMMONWEALTH OF PUERTO RICO, COMMONWEALTH OF VIRGINIA, DISTRICT OF COLUMBIA, STATE OF ALASKA, STATE OF ARIZONA, STATE OF COLORADO, STATE OF CONNECTICUT, STATE OF DELAWARE, STATE OF HAWAII, STATE OF IDAHO, STATE OF ILLINOIS, STATE OF IOWA, STATE OF KANSAS, STATE OF MAINE, STATE OF MARYLAND, STATE OF MINNESOTA, STATE OF NEBRASKA, STATE OF NEVADA, STATE OF NEW HAMPSHIRE, STATE OF NEW JERSEY, STATE OF NEW MEXICO, STATE OF NEW YORK, STATE OF NORTH CAROLINA, STATE OF NORTH DAKOTA, STATE OF OHIO, STATE OF OKLAHOMA, STATE OF OREGON, STATE OF RHODE ISLAND, STATE OF SOUTH DAKOTA, STATE OF TENNESSEE, STATE OF UTAH, STATE OF VERMONT, STATE OF WASHINGTON, STATE OF WEST VIRGINIA, STATE OF WYOMING, TERRITORY OF GUAM. (This document is SEALED and only |

| | | available to authorized persons.)(eg) (Entered: 12/18/2020) |
|---|---|---|
| 12/18/2020 | 7 | NOTICE of Appearance by Diane Rebecca Hazel on behalf of STATE OF COLORADO, Diane Rebecca Hazel (Hazel, Diane) (Main Document 7 replaced on 12/18/2020) (zeg). (Entered: 12/18/2020) |
| 12/18/2020 | 8 | NOTICE of Appearance by Jonathan Bruce Sallet on behalf of STATE OF COLORADO (Sallet, Jonathan) (Main Document 8 replaced on 12/18/2020) (zeg). (Entered: 12/18/2020) |
| 12/18/2020 | 9 | NOTICE of Appearance by Amy Hanson on behalf of STATE OF WASHINGTON (Hanson, Amy) (Entered: 12/18/2020) |
| 12/18/2020 | 10 | NOTICE of Appearance by Lucas J Tucker on behalf of STATE OF NEVADA (Tucker, Lucas) (Main Document 10 replaced on 12/18/2020) (zeg). (Entered: 12/18/2020) |
| 12/18/2020 | 11 | NOTICE of Appearance by Michelle Christine Newman on behalf of STATE OF NEVADA (Newman, Michelle) (Main Document 11 replaced on 12/18/2020) (zeg). (Entered: 12/18/2020) |
| 12/18/2020 | 13 | NOTICE of Appearance by Marie W.L. Martin on behalf of STATE OF NEVADA (Martin, Marie) (Main Document 13 replaced on 12/18/2020) (zeg). (Entered: 12/18/2020) |
| 12/18/2020 | 14 | NOTICE of Appearance by J. David McDowell on behalf of STATE OF TENNESSEE (McDowell, J.) (Main Document 14 replaced on 12/18/2020) (zeg). (Entered: 12/18/2020) |
| 12/18/2020 | 15 | WAIVER OF SERVICE. GOOGLE LLC waiver sent on 12/17/2020, answer due 2/15/2021. (Hazel, Diane) (Entered: 12/18/2020) |
| 12/18/2020 | | MINUTE ORDER setting the following schedule for further proceedings in this matter: (1) Defendant shall notify the court on or before January 8, 2021, of how it intends to respond to 3 Plaintiffs' Complaint; (2) the parties shall meet and confer and file a Joint Status Report on or before January 19, 2021, which proposes a schedule for this matter in light of its pending consolidation with United States v. Google LLC, 20–cv–3010; (3) the parties shall exchange their initial disclosures, as required under Rule 26(a)(1), on or before January 20, 2021; and (4) the parties shall appear for a telephonic status conference on January 21, 2021, at 11:00 a.m. Initial disclosures shall be for attorneys' eyes only until a protective order is in place in this matter or until the court orders otherwise. Signed by Judge Amit P. Mehta on 12/18/2020. (lcapm2). (Entered: 12/18/2020) |
| 12/18/2020 | 16 | NOTICE of Appearance by Joseph S. Betsko on behalf of COMMONWEALTH OF PENNSYLVANIA (Betsko, Joseph) (Entered: 12/18/2020) |
| 12/18/2020 | 17 | NOTICE of Appearance by Christopher Dunbar on behalf of STATE OF TENNESSEE (Dunbar, Christopher) (Entered: 12/18/2020) |
| 12/18/2020 | 18 | NOTICE of Appearance by Max Merrick Miller on behalf of STATE OF IOWA (Miller, Max) (Entered: 12/18/2020) |
| 12/18/2020 | 19 | NOTICE of Appearance by John E. Schmidtlein on behalf of GOOGLE LLC (Schmidtlein, John) (Entered: 12/18/2020) |
| 12/18/2020 | 20 | |

| | | |
|---|---|---|
| | | NOTICE of Appearance by Benjamin M. Greenblum on behalf of GOOGLE LLC (Greenblum, Benjamin) (Entered: 12/18/2020) |
| 12/18/2020 | 21 | NOTICE of Appearance by Colette Connor on behalf of GOOGLE LLC (Connor, Colette) (Entered: 12/18/2020) |
| 12/18/2020 | | Set/Reset Deadlines/Hearings: Defendant's Notice due by 1/8/2021. Joint Status Report due by 1/19/2021. Initial Disclosures due by 1/20/2021. Status Conference set for 1/21/2021 at 11:00 AM via teleconference before Judge Amit P. Mehta. The courtroom deputy will circulate dial−in information to counsel. Members of the public or media who wish to access the hearing may dial the court's toll−free public access line: (877) 848−7030, access code 321−8747. The public access line will be muted and should only be used by non−participating parties. (zjd) (Entered: 12/23/2020) |
| 12/21/2020 | 22 | NOTICE of Appearance by Mark Samuel Popofsky on behalf of GOOGLE LLC (Popofsky, Mark) (Entered: 12/21/2020) |
| 12/21/2020 | 23 | NOTICE of Appearance by Douglas Lee Davis on behalf of STATE OF WEST VIRGINIA (Davis, Douglas) (Entered: 12/21/2020) |
| 12/21/2020 | 24 | NOTICE of Appearance by Steven M. Kaufmann on behalf of STATE OF COLORADO (Kaufmann, Steven) (Main Document 24 replaced on 12/23/2020) (ztth). (Entered: 12/21/2020) |
| 12/21/2020 | 25 | NOTICE of Appearance by David Brunfeld on behalf of DISTRICT OF COLUMBIA (Brunfeld, David) (Main Document 25 replaced on 12/23/2020) (ztth). (Entered: 12/21/2020) |
| 12/21/2020 | 26 | NOTICE of Appearance by Elin S. Alm on behalf of STATE OF NORTH DAKOTA (Alm, Elin) (Main Document 26 replaced on 12/23/2020) (ztth). (Entered: 12/21/2020) |
| 12/21/2020 | 27 | NOTICE of Appearance by Christina M. Moylan on behalf of STATE OF MAINE (Moylan, Christina) (Main Document 27 replaced on 12/29/2020) (zeg). (Entered: 12/21/2020) |
| 12/21/2020 | 28 | NOTICE of Appearance by Sarah Oxenham Allen on behalf of COMMONWEALTH OF VIRGINIA (Allen, Sarah) (Main Document 28 replaced on 12/29/2020) (zeg). (Entered: 12/21/2020) |
| 12/21/2020 | 29 | NOTICE of Appearance by Cheryl Hiemstra on behalf of STATE OF OREGON (Hiemstra, Cheryl) (Entered: 12/21/2020) |
| 12/21/2020 | 30 | NOTICE of Appearance by Nicole Demers on behalf of STATE OF CONNECTICUT (Demers, Nicole) (Main Document 30 replaced on 12/29/2020) (zeg). (Entered: 12/21/2020) |
| 12/22/2020 | 31 | NOTICE of Appearance by Yvette K. Lafrentz on behalf of STATE OF SOUTH DAKOTA (Lafrentz, Yvette) (Main Document 31 replaced on 12/29/2020) (zeg). (Entered: 12/22/2020) |
| 12/22/2020 | 32 | NOTICE of Appearance by Tanya Lynn Godfrey on behalf of STATE OF WEST VIRGINIA (Godfrey, Tanya) (Entered: 12/22/2020) |
| 12/22/2020 | 33 | NOTICE of Appearance by Tyler Timothy Henry on behalf of COMMONWEALTH OF VIRGINIA (Henry, Tyler) (Entered: 12/22/2020) |

| 12/22/2020 | 34 | NOTICE of Appearance by Brett Talmage DeLange on behalf of STATE OF IDAHO (DeLange, Brett) (Entered: 12/22/2020) |
|---|---|---|
| 12/22/2020 | 35 | NOTICE of Appearance by Rodney I. Kimura on behalf of STATE OF HAWAII (Kimura, Rodney) (Entered: 12/22/2020) |
| 12/22/2020 | 36 | NOTICE of Appearance by Elizabeth Gentry Arthur on behalf of DISTRICT OF COLUMBIA (Arthur, Elizabeth) (Main Document 36 replaced on 12/29/2020) (zeg). (Entered: 12/22/2020) |
| 12/22/2020 | 37 | NOTICE of Appearance by Benjamin Mark Burningham on behalf of STATE OF WYOMING (Burningham, Benjamin) (Entered: 12/22/2020) |
| 12/22/2020 | 38 | NOTICE of Appearance by Ryan G. Kriger on behalf of STATE OF VERMONT (Kriger, Ryan) (Entered: 12/22/2020) |
| 12/22/2020 | 39 | LCvR 26.1 CERTIFICATE OF DISCLOSURE of Corporate Affiliations and Financial Interests by GOOGLE LLC (Schmidtlein, John) (Entered: 12/22/2020) |
| 12/23/2020 | 40 | NOTICE of Appearance by Joseph Conrad on behalf of All Plaintiffs (Conrad, Joseph) (Entered: 12/23/2020) |
| 12/23/2020 | 41 | NOTICE of Appearance by Franklin M. Rubinstein on behalf of GOOGLE LLC (Rubinstein, Franklin) (Entered: 12/23/2020) |
| 12/23/2020 | 42 | NOTICE of Appearance by Susan A. Creighton on behalf of GOOGLE LLC (Creighton, Susan) (Entered: 12/23/2020) |
| 12/24/2020 | 43 | NOTICE of Appearance by Michael Andrew Undorf on behalf of STATE OF DELAWARE (Undorf, Michael) (Entered: 12/24/2020) |
| 12/28/2020 | 44 | NOTICE of Appearance by Jeanette Pascale on behalf of STATE OF TENNESSEE (Pascale, Jeanette) (Entered: 12/28/2020) |
| 12/29/2020 | 45 | NOTICE of Appearance by Lynette R. Bakker on behalf of STATE OF KANSAS (Bakker, Lynette) (Entered: 12/29/2020) |
| 12/29/2020 | 46 | NOTICE of Appearance by Morgan J. Feder on behalf of STATE OF NEW YORK (Feder, Morgan) (Entered: 12/29/2020) |
| 12/30/2020 | 47 | ENTERED IN ERROR.....NOTICE of Appearance by Amy Pauli on behalf of STATE OF WYOMING (Pauli, Amy) Modified on 12/30/2020 (zjf). (Entered: 12/30/2020) |
| 12/30/2020 | 48 | NOTICE of Appearance by Brandon Garod on behalf of STATE OF NEW HAMPSHIRE (Garod, Brandon) (Entered: 12/30/2020) |
| 12/30/2020 | 49 | NOTICE of Appearance by Amy Pauli on behalf of STATE OF WYOMING (Pauli, Amy) (Entered: 12/30/2020) |
| 12/30/2020 | | NOTICE OF CORRECTED DOCKET ENTRY: Document No. re 47 Notice of Appearance was entered in error and refiled by counsel. (See Docket Entry 49 to view document) (zjf) (Entered: 12/30/2020) |
| 12/31/2020 | 50 | NOTICE of Appearance by Jessica Vance Sutton on behalf of STATE OF NORTH CAROLINA (Sutton, Jessica) (Entered: 12/31/2020) |
| 12/31/2020 | 51 | |

| | | |
|---|---|---|
| | | NOTICE of Appearance by Jonathan R. Marx on behalf of STATE OF NORTH CAROLINA (Marx, Jonathan) (Entered: 12/31/2020) |
| 12/31/2020 | 52 | RESPONSE re 5 MOTION to Consolidate Cases filed by GOOGLE LLC. (Attachments: # 1 Text of Proposed Order)(Schmidtlein, John) (Entered: 12/31/2020) |
| 12/31/2020 | 53 | Proposed MOTION for Leave to File *Document* by STATE OF NEBRASKA (Attachments: # 1 Revised Partially Redacted Complaint, # 2 Text of Proposed Order, # 3 Certificate of Service)(Conrad, Joseph) (Entered: 12/31/2020) |
| 01/04/2021 | 54 | ORDER granting 53 Plaintiff States' Unopposed Motion to File Revised Partially Redacted Complaint. The Clerk of Court shall place on the public docket the States' revised partially redacted Complaint at ECF No. [53–1]. See the attached Order for additional details. Signed by Judge Amit P. Mehta on 1/4/2021. (lcapm2) (Entered: 01/04/2021) |
| 01/04/2021 | | MINUTE ORDER. Plaintiff States shall advise the court by January 7, 2021, whether they will object to entry of an order consolidating this case with United States v. Google, 20–cv–3010, for purposes of pre–trial proceedings, but deferring a decision on consolidating for purposes of trial. Signed by Judge Amit P. Mehta on 1/4/2021. (lcapm2) (Entered: 01/04/2021) |
| 01/04/2021 | 55 | NOTICE of Appearance by Jennifer L. Pratt on behalf of STATE OF OHIO (Pratt, Jennifer) (Entered: 01/04/2021) |
| 01/04/2021 | 56 | NOTICE of Appearance by Beth Ann Finnerty on behalf of STATE OF OHIO (Finnerty, Beth) (Entered: 01/04/2021) |
| 01/04/2021 | 57 | NOTICE of Appearance by Tara Pincock on behalf of STATE OF UTAH (Pincock, Tara) (Entered: 01/04/2021) |
| 01/04/2021 | 58 | NOTICE of Appearance by Gary Honick on behalf of STATE OF MARYLAND (Honick, Gary) (Entered: 01/04/2021) |
| 01/04/2021 | 59 | NOTICE of Appearance by John D. Castiglione on behalf of STATE OF NEW YORK (Castiglione, John) (Main Document 59 replaced on 1/4/2021) (zeg). (Entered: 01/04/2021) |
| 01/04/2021 | | Set/Reset Deadlines: Notice due by 1/7/2021. (zjd) (Entered: 01/04/2021) |
| 01/04/2021 | 60 | Partially REDACTED DOCUMENT– Complaint by STATE OF NEBRASKA. (eg) (Entered: 01/04/2021) |
| 01/04/2021 | 61 | NOTICE of Appearance by Schonette Walker on behalf of STATE OF MARYLAND (Walker, Schonette) (Entered: 01/04/2021) |
| 01/04/2021 | 62 | NOTICE of Appearance by Elinor R. Hoffmann on behalf of STATE OF NEW YORK (Hoffmann, Elinor) (Main Document 62 replaced on 1/5/2021) (zeg). (Entered: 01/04/2021) |
| 01/06/2021 | 63 | NOTICE of Appearance by Tracy Wright Wertz on behalf of COMMONWEALTH OF PENNSYLVANIA (Wertz, Tracy) (Entered: 01/06/2021) |
| 01/07/2021 | 64 | NOTICE of Appearance by Mark N. Kittel on behalf of STATE OF OHIO (Kittel, Mark) (Entered: 01/07/2021) |
| 01/07/2021 | 65 | |

| | | |
|---|---|---|
| | | NOTICE of Appearance by Robert Holup on behalf of STATE OF NEW JERSEY (Holup, Robert) (Main Document 65 replaced on 1/14/2021) (zeg). (Entered: 01/07/2021) |
| 01/07/2021 | 66 | REPLY re 5 MOTION to Consolidate Cases filed by STATE OF NEBRASKA. (Attachments: # 1 Certificate of Service)(Conrad, Joseph) Modified event title on 1/15/2021 (znmw). (Entered: 01/07/2021) |
| 01/07/2021 | 67 | ORDER granting in part and denying in part 5 Plaintiffs' Motion to Consolidate. This action shall be consolidated with United States v. Google LLC, 20–cv–3010, for pretrial purposes, including discovery and related proceedings. Plaintiffs' motion to consolidate for trial is denied without prejudice and may be renewed after the close of expert discovery and resolution of any motions for summary judgment. See the attached Order for additional details. Signed by Judge Amit P. Mehta on 1/7/2021. (lcapm2) (Entered: 01/07/2021) |
| 01/07/2021 | | Cases Consolidated. Case 20–3715 has been consolidated with case 20–3010, pursuant to an Order entered 01/07/2021. From this date forward, all pleadings should be filed in lead case 20–3010. Parties are advised NOT to elect the spread text option when filing in ECF. (zeg) (Entered: 01/13/2021) |
| 01/12/2021 | 68 | NOTICE of Appearance by Erin L. Shencopp on behalf of STATE OF ILLINOIS (Shencopp, Erin) (Main Document 68 replaced on 1/14/2021) (zeg). (Entered: 01/12/2021) |
| 01/12/2021 | 69 | NOTICE of Appearance by Abigail Leah Smith on behalf of STATE OF COLORADO (Smith, Abigail) (Main Document 69 replaced on 1/14/2021) (zeg). (Entered: 01/12/2021) |
| 01/13/2021 | 70 | NOTICE of Appearance by Caleb J. Smith on behalf of STATE OF OKLAHOMA (Smith, Caleb) (Entered: 01/13/2021) |
| 01/14/2021 | 71 | NOTICE of Appearance by Blake L. Harrop on behalf of STATE OF ILLINOIS (Harrop, Blake) (Main Document 71 replaced on 1/14/2021) (zeg). (Entered: 01/14/2021) |
| 01/14/2021 | 72 | NOTICE of Appearance by Michael Bruce MacKenzie on behalf of COMMONWEALTH OF MASSACHUSETTS (MacKenzie, Michael) (Entered: 01/14/2021) |
| 01/19/2021 | 73 | ERRATA by STATE OF OHIO re 55 Notice of Appearance filed by STATE OF OHIO, 56 Notice of Appearance filed by STATE OF OHIO. (Attachments: # 1 Exhibit 1: Notice of Appearance by Jennifer L. Pratt, # 2 Exhibit 2: Notice of Appearance by Beth A. Finnerty)(Finnerty, Beth) (Entered: 01/19/2021) |
| 01/19/2021 | 74 | NOTICE of Appearance by William Thorn Matlack on behalf of COMMONWEALTH OF MASSACHUSETTS (Matlack, William) (Main Document 74 replaced on 1/21/2021) (zeg). (Entered: 01/19/2021) |
| 01/22/2021 | 75 | NOTICE of Appearance by Norman Wesley Marden on behalf of COMMONWEALTH OF PENNSYLVANIA (Marden, Norman) (Main Document 75 replaced on 1/24/2021) (zeg). (Entered: 01/22/2021) |
| 01/26/2021 | 76 | NOTICE of Appearance by Matthew B Frank on behalf of COMMONWEALTH OF MASSACHUSETTS (Frank, Matthew) (Main Document 76 replaced on 1/26/2021) (zeg). (Entered: 01/26/2021) |

| 01/29/2021 | 77 | NOTICE of Appearance by Robert B. Harrell, Sr on behalf of STATE OF TENNESSEE (Harrell, Robert) (Main Document 77 replaced on 1/29/2021) (zeg). (Entered: 01/29/2021) |
|---|---|---|
| 01/29/2021 | 78 | NOTICE of Appearance by Tim D. Nord on behalf of STATE OF OREGON (Nord, Tim) (Main Document 78 replaced on 1/29/2021) (zeg). (Entered: 01/29/2021) |
| 02/01/2021 | 79 | NOTICE of Appearance by Dana Vogel on behalf of STATE OF ARIZONA (Vogel, Dana) (Main Document 79 replaced on 2/5/2021) (zeg). (Main Document 79 replaced on 2/5/2021) (zeg). (Entered: 02/01/2021) |
| 02/01/2021 | 80 | NOTICE of Appearance by Christopher M. Sloot on behalf of STATE OF ARIZONA (Sloot, Christopher) (Main Document 80 replaced on 2/5/2021) (zeg). (Entered: 02/01/2021) |
| 02/03/2021 | 81 | NOTICE of Appearance by Catherine Anne Jackson on behalf of DISTRICT OF COLUMBIA (Jackson, Catherine) (Main Document 81 replaced on 2/5/2021) (zeg). (Entered: 02/03/2021) |
| 02/03/2021 | 82 | NOTICE of Appearance by Wendy W.H. Waszmer on behalf of GOOGLE LLC (Waszmer, Wendy) (Entered: 02/03/2021) |
| 02/23/2021 | 83 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– William F. Cavanaugh, Fee Status: No Fee Paid. by STATE OF COLORADO. (Attachments: # 1 Declaration Declaration in Support of Motion for Admission PHV – W Cavanaugh, # 2 Text of Proposed Order Order for Admission Pro Hac Vice)(Sallet, Jonathan) (Entered: 02/23/2021) |
| 02/23/2021 |  | MINUTE ORDER denying 83 Motion for Leave to Appear Pro Hac Vice without prejudice. Counsel has not paid the $100 fee required by Local Civil Rule 83.2(d). Once the payment is confirmed, the court will reconsider the motion. Signed by Judge Amit P. Mehta on 2/23/2021. (lcapm2) (Entered: 02/23/2021) |
| 02/23/2021 | 84 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– William F. Cavanaugh, Filing fee $ 100, receipt number ADCDC–8235470. Fee Status: Fee Paid. by STATE OF COLORADO. (Attachments: # 1 Declaration Declaration in Support of Motion for Admission PHV – W Cavanaugh, # 2 Text of Proposed Order Order for Admission Pro Hac Vice)(Sallet, Jonathan) (Entered: 02/23/2021) |
| 02/24/2021 |  | MINUTE ORDER granting 84 Motion for Leave to Appear Pro Hac Vice. Attorney William F. Cavanaugh is hereby admitted pro hac vice to appear in this matter. **Counsel should register for e–filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a). Click for instructions**. Signed by Judge Amit P. Mehta on 2/24/2021. (lcapm2) (Entered: 02/24/2021) |
| 02/25/2021 | 85 | NOTICE of Appearance by John K. Olson on behalf of STATE OF IDAHO (Olson, John) (Entered: 02/25/2021) |
| 02/26/2021 | 86 | NOTICE of Appearance by William F. Cavanaugh, Jr on behalf of STATE OF COLORADO, STATE OF NEBRASKA (Cavanaugh, William) (Entered: 02/26/2021) |
| 03/25/2021 | 87 | NOTICE of Appearance by Bryan Steven Sanchez on behalf of STATE OF NEW JERSEY (Sanchez, Bryan) (Entered: 03/25/2021) |
| 03/31/2021 | 88 |  |

| | | NOTICE of Appearance by Isabella R. Pitt on behalf of STATE OF NEW JERSEY (Pitt, Isabella) (Main Document 88 replaced on 4/1/2021) (zeg). (Main Document 88 replaced on 4/1/2021) (zeg). (Entered: 03/31/2021) |
|---|---|---|
| 04/01/2021 | 89 | NOTICE OF WITHDRAWAL OF APPEARANCE as to STATE OF NEW JERSEY. Attorney Robert Holup terminated. (Holup, Robert) (Entered: 04/01/2021) |
| 04/22/2021 | 90 | NOTICE of Appearance by Stephen Nicholas Provazza on behalf of STATE OF RHODE ISLAND (Provazza, Stephen) (Entered: 04/22/2021) |
| 04/22/2021 | 91 | NOTICE of Appearance by Matt Schock on behalf of STATE OF COLORADO (Schock, Matt) (Entered: 04/22/2021) |
| 04/29/2021 | 92 | NOTICE of Appearance by Erica Lee Fruiterman on behalf of STATE OF COLORADO (Fruiterman, Erica) (Main Document 92 replaced on 4/29/2021) (zeg). (Entered: 04/29/2021) |
| 05/05/2021 | 93 | NOTICE of Appearance by Carla J. Baumel on behalf of STATE OF COLORADO (Baumel, Carla) (Entered: 05/05/2021) |
| 05/28/2021 | 94 | NOTICE of Appearance by Yale A. Leber on behalf of STATE OF NEW JERSEY (Leber, Yale) (Entered: 05/28/2021) |
| 06/10/2021 | 95 | Joint STATUS REPORT by STATE OF COLORADO. (Sallet, Jonathan) (Entered: 06/10/2021) |
| 07/07/2021 | 96 | NOTICE OF WITHDRAWAL OF APPEARANCE as to STATE OF WYOMING. Attorney Benjamin Mark Burningham terminated. (Burningham, Benjamin) (Entered: 07/07/2021) |
| 07/15/2021 | 97 | NOTICE of Appearance by Kunal Janak Choksi on behalf of STATE OF NORTH CAROLINA (Choksi, Kunal) (Entered: 07/15/2021) |
| 09/21/2021 | 98 | NOTICE OF WITHDRAWAL OF APPEARANCE as to STATE OF ILLINOIS. Attorney Blake L. Harrop terminated. (Maxeiner, Elizabeth) (Entered: 09/21/2021) |
| 10/25/2021 | 99 | NOTICE of Appearance by Vincent H. Cohen, Jr on behalf of MICROSOFT CORPORATION (Cohen, Vincent) (Entered: 10/25/2021) |
| 10/25/2021 | 100 | NOTICE of Appearance by Amisha R. Patel on behalf of MICROSOFT CORPORATION (Patel, Amisha) (Entered: 10/25/2021) |
| 10/29/2021 | 101 | NOTICE OF WITHDRAWAL OF APPEARANCE as to DISTRICT OF COLUMBIA. Attorney Catherine Anne Jackson terminated. (Jackson, Catherine) (Entered: 10/29/2021) |
| 11/04/2021 | 102 | NOTICE OF WITHDRAWAL OF APPEARANCE as to COMMONWEALTH OF MASSACHUSETTS. Attorney Matthew B Frank terminated. (Frank, Matthew) (Entered: 11/04/2021) |
| 11/05/2021 | 103 | NOTICE of Appearance by Daniel Wilkes on behalf of STATE OF NORTH CAROLINA (Wilkes, Daniel) (Entered: 11/05/2021) |
| 12/23/2021 | 104 | NOTICE OF WITHDRAWAL OF APPEARANCE as to STATE OF ARIZONA. Attorney Dana Vogel terminated. (Vogel, Dana) (Entered: 12/23/2021) |
| 01/05/2022 | 105 | NOTICE OF WITHDRAWAL OF APPEARANCE as to STATE OF TENNESSEE. Attorney Robert B. Harrell, Sr terminated. (Harrell, Robert) (Entered: 01/05/2022) |

| 01/10/2022 | 106 | MOTION to Withdraw as Attorney by STATE OF NORTH CAROLINA. (Wilkes, Daniel) (Entered: 01/10/2022) |
|---|---|---|
| 01/11/2022 | | MINUTE ORDER granting attorney Daniel Wilkes's 106 Motion for Leave to Withdraw as Counsel of Record for Plaintiff State of North Carolina. Signed by Judge Amit P. Mehta on 1/11/2022. (lcapm2) (Entered: 01/11/2022) |
| 01/28/2022 | 107 | NOTICE OF WITHDRAWAL OF APPEARANCE as to STATE OF TENNESSEE. Attorney Jeanette Pascale terminated. (Pascale, Jeanette) (Entered: 01/28/2022) |
| 02/08/2022 | 108 | NOTICE OF WITHDRAWAL OF APPEARANCE as to COMMONWEALTH OF VIRGINIA. Attorney Sarah Oxenham Allen terminated. (Allen, Sarah) (Entered: 02/08/2022) |
| 02/22/2022 | 109 | NOTICE of Appearance by Melissa Westby on behalf of STATE OF WYOMING (Westby, Melissa) (Entered: 02/22/2022) |
| 03/04/2022 | 110 | NOTICE OF WITHDRAWAL OF APPEARANCE as to STATE OF WYOMING. Attorney Amy Pauli terminated. (Pauli, Amy) (Entered: 03/04/2022) |
| 03/30/2022 | 111 | NOTICE of Appearance by Christopher James Curtis on behalf of STATE OF VERMONT (Curtis, Christopher) (Main Document 111 replaced on 3/31/2022) (zeg). (Entered: 03/30/2022) |
| 04/06/2022 | 112 | NOTICE of Appearance by Adam Gitlin on behalf of DISTRICT OF COLUMBIA (Gitlin, Adam) (Entered: 04/06/2022) |
| 04/07/2022 | 113 | NOTICE OF WITHDRAWAL OF APPEARANCE as to STATE OF VERMONT. Attorney Ryan G. Kriger terminated. (Attachments: # 1 Certificate of Service)(Kriger, Ryan) (Entered: 04/07/2022) |
| 04/15/2022 | 114 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Rachael A. Racine, Filing fee $ 100, receipt number ADCDC–9175161. Fee Status: Fee Paid. by GOOGLE LLC. (Attachments: # 1 Declaration, # 2 Text of Proposed Order)(Waszmer, Wendy) (Entered: 04/15/2022) |
| 04/15/2022 | | MINUTE ORDER granting 114 Motion for Admission Pro Hac Vice. Attorney Rachael A. Racine is hereby admitted pro hac vice to appear in this matter. **Counsel should register for e–filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a).** Signed by Judge Amit P. Mehta on 4/15/2022. (lcapm2) (Entered: 04/15/2022) |
| 04/19/2022 | 115 | NOTICE of Appearance by Rachael Racine on behalf of GOOGLE LLC (Racine, Rachael) (Entered: 04/19/2022) |
| 05/06/2022 | 116 | NOTICE of Appearance by Bryce A Pashler on behalf of STATE OF IOWA (Pashler, Bryce) (Main Document 116 replaced on 5/6/2022) (zeg). (Entered: 05/06/2022) |
| 05/09/2022 | 117 | NOTICE of Change of Address by John E. Schmidtlein (Schmidtlein, John) (Entered: 05/09/2022) |
| 05/18/2022 | 118 | NOTICE OF WITHDRAWAL OF APPEARANCE as to STATE OF IOWA. Attorney Max Merrick Miller terminated. (Miller, Max) (Entered: 05/18/2022) |
| 05/27/2022 | 119 | NOTICE of Appearance by Colin P. Snider on behalf of STATE OF NEBRASKA (Snider, Colin) (Entered: 05/27/2022) |

| 07/20/2022 | 120 | NOTICE OF WITHDRAWAL OF APPEARANCE as to STATE OF COLORADO. Attorney Diane Rebecca Hazel terminated. (Hazel, Diane) (Entered: 07/20/2022) |
|---|---|---|
| 07/25/2022 | 121 | NOTICE of Appearance by James C. Kaste on behalf of STATE OF WYOMING (Kaste, James) (Entered: 07/25/2022) |
| 07/26/2022 | 122 | NOTICE OF WITHDRAWAL OF APPEARANCE as to STATE OF WYOMING. Attorney Melissa Westby terminated. (Westby, Melissa) (Entered: 07/26/2022) |
| 08/02/2022 | 123 | NOTICE of Appearance by Michael Schwartz on behalf of STATE OF NEW YORK (Schwartz, Michael) (Entered: 08/02/2022) |
| 08/18/2022 | 124 | NOTICE OF WITHDRAWAL OF APPEARANCE as to DISTRICT OF COLUMBIA. Attorney David Brunfeld terminated. (Brunfeld, David) (Entered: 08/18/2022) |
| 08/31/2022 | 125 | NOTICE of Appearance by Michael Kahler on behalf of STATE OF WYOMING (Kahler, Michael) (Main Document 125 replaced on 8/31/2022) (zed). (Entered: 08/31/2022) |
| 08/31/2022 | 126 | NOTICE OF WITHDRAWAL OF APPEARANCE as to STATE OF WYOMING. Attorney James C. Kaste terminated. (Kaste, James) (Entered: 08/31/2022) |
| 09/06/2022 | 127 | NOTICE OF WITHDRAWAL OF APPEARANCE as to STATE OF COLORADO. Attorney Erica Lee Fruiterman terminated. (Fruiterman, Erica) (Entered: 09/06/2022) |
| 09/08/2022 | 128 | NOTICE OF WITHDRAWAL OF APPEARANCE as to STATE OF COLORADO. Attorney Abigail Leah Smith terminated. (Smith, Abigail) (Entered: 09/08/2022) |
| 09/15/2022 | 129 | NOTICE OF WITHDRAWAL OF APPEARANCE as to STATE OF NEVADA. Attorney Marie W.L. Martin terminated. (Newman, Michelle) (Entered: 09/15/2022) |
| 09/29/2022 | 130 | NOTICE OF WITHDRAWAL OF APPEARANCE as to STATE OF WEST VIRGINIA. Attorney Tanya Lynn Godfrey terminated. (Godfrey, Tanya) (Entered: 09/29/2022) |
| 12/30/2022 | 131 | NOTICE OF WITHDRAWAL OF APPEARANCE as to STATE OF COLORADO. Attorney Matt Schock terminated. (Schock, Matt) (Entered: 12/30/2022) |
| 01/12/2023 | 132 | NOTICE OF WITHDRAWAL OF APPEARANCE as to STATE OF IDAHO. Attorney Brett Talmage DeLange terminated. (DeLange, Brett) (Entered: 01/12/2023) |
| 01/12/2023 | 133 | NOTICE of Appearance by Robert Bernheim on behalf of STATE OF ARIZONA (Bernheim, Robert) (Main Document 133 replaced on 1/16/2023) (zed). (Entered: 01/12/2023) |
| 01/23/2023 | 134 | NOTICE OF WITHDRAWAL OF APPEARANCE as to STATE OF ARIZONA. Attorney Christopher M. Sloot terminated. (Bernheim, Robert) (Entered: 01/23/2023) |
| 01/27/2023 | 135 | NOTICE of Appearance by Conor J. May on behalf of STATE OF COLORADO (May, Conor) (Entered: 01/27/2023) |
| 01/27/2023 | 136 | NOTICE of Appearance by Elizabeth Winsor Hereford on behalf of STATE OF COLORADO (Hereford, Elizabeth) (Entered: 01/27/2023) |
| 02/07/2023 | 137 | NOTICE of Appearance by Jayme L. Weber on behalf of STATE OF ARIZONA (Weber, Jayme) (Entered: 02/07/2023) |

| 02/28/2023 | 138 | NOTICE of Appearance by Jonathan K. Van Patten on behalf of STATE OF SOUTH DAKOTA (Van Patten, Jonathan) (Entered: 02/28/2023) |
|---|---|---|
| 02/28/2023 | 139 | NOTICE OF WITHDRAWAL OF APPEARANCE as to STATE OF SOUTH DAKOTA. Attorney Yvette K. Lafrentz terminated. (Lafrentz, Yvette) (Entered: 02/28/2023) |
| 03/03/2023 | 140 | NOTICE of Appearance by Sarah Mader on behalf of STATE OF OHIO (Mader, Sarah) (Main Document 140 replaced on 3/3/2023) (zed). (Entered: 03/03/2023) |
| 04/10/2023 | 141 | NOTICE of Appearance by Judith E. Paquin on behalf of STATE OF NEW MEXICO (Paquin, Judith) (Main Document 141 replaced on 4/11/2023) (zed). (Entered: 04/10/2023) |
| 04/10/2023 | 142 | ORDER setting the schedule for the summary judgment hearing on April 13, 2023. Please see attached Order for additional details. Signed by Judge Amit P. Mehta on 4/10/2023. (lcapm2) (Entered: 04/10/2023) |
| 04/24/2023 | 143 | NOTICE of Appearance by Noah Goerlitz on behalf of STATE OF IOWA (Goerlitz, Noah) (Entered: 04/24/2023) |
| 07/12/2023 | 144 | NOTICE OF WITHDRAWAL OF APPEARANCE as to STATE OF COLORADO. Attorney Carla J. Baumel terminated. (Baumel, Carla) (Entered: 07/12/2023) |
| 08/23/2023 | 145 | NOTICE of Appearance by Tyler Corcoran on behalf of STATE OF TENNESSEE (Corcoran, Tyler) (Main Document 145 replaced on 8/24/2023) (zed). (Entered: 08/23/2023) |
| 08/23/2023 | 146 | NOTICE of Appearance by Austin Ostiguy on behalf of STATE OF TENNESSEE (Ostiguy, Austin) (Main Document 146 replaced on 8/24/2023) (zed). (Entered: 08/23/2023) |
| 04/24/2024 | 147 | NOTICE OF WITHDRAWAL OF APPEARANCE as to STATE OF NEBRASKA. Attorney Joseph Conrad terminated. (Conrad, Joseph) (Entered: 04/24/2024) |
| 05/08/2024 | 148 | NOTICE OF WITHDRAWAL OF APPEARANCE as to GOOGLE LLC. Attorney Wendy W.H. Waszmer terminated. (Waszmer, Wendy) (Entered: 05/08/2024) |
| 06/27/2024 | 149 | NOTICE OF WITHDRAWAL OF APPEARANCE as to STATE OF NORTH CAROLINA. Attorney Jonathan R. Marx terminated. (Marx, Jonathan) (Entered: 06/27/2024) |
| 08/06/2024 | | ENTERED IN ERROR.....Set/Reset Deadlines/Hearings: Status Report due by 9/4/2024. Status Conference set for 9/6/2024 at 02:00 PM in Courtroom 10– In Person before Judge Amit P. Mehta. (zakb) Modified on 9/5/2024 to enter in error as hearing was entered in the wrong case (zakb). (Entered: 08/06/2024) |
| 10/09/2024 | 150 | NOTICE of Appearance by Robert J. Carlson on behalf of STATE OF OKLAHOMA (Carlson, Robert) (Entered: 10/09/2024) |
| 10/10/2024 | 151 | NOTICE of Appearance by Gina Ko on behalf of STATE OF OREGON (Ko, Gina) (Entered: 10/10/2024) |
| 12/05/2024 | 152 | NOTICE of Appearance by Justin Clifford McCully on behalf of STATE OF NEBRASKA (McCully, Justin) (Entered: 12/05/2024) |
| 12/05/2024 | 153 | |

| | | |
|---|---|---|
| | | NOTICE OF WITHDRAWAL OF APPEARANCE as to STATE OF NEBRASKA. Attorney Colin P. Snider terminated. (Snider, Colin) (Entered: 12/05/2024) |
| 12/11/2024 | 154 | NOTICE OF WITHDRAWAL OF APPEARANCE as to GOOGLE LLC. Attorney Susan A. Creighton terminated. (Creighton, Susan) (Entered: 12/11/2024) |
| 01/16/2025 | 155 | NOTICE of Appearance by Christopher Teters on behalf of STATE OF KANSAS (Teters, Christopher) (Main Document 155 replaced on 1/21/2025) (mg). (Entered: 01/16/2025) |
| 01/17/2025 | 156 | NOTICE OF WITHDRAWAL OF APPEARANCE as to STATE OF KANSAS. Attorney Lynette R. Bakker terminated. (Bakker, Lynette) Modified event on 1/28/2025 (mg). (Entered: 01/17/2025) |
| 01/24/2025 | 157 | NOTICE OF WITHDRAWAL OF APPEARANCE as to STATE OF NEW JERSEY. Attorney Isabella R. Pitt terminated. (Pitt, Isabella) (Entered: 01/24/2025) |
| 01/31/2025 | 158 | NOTICE OF WITHDRAWAL OF APPEARANCE as to STATE OF NORTH CAROLINA. Attorney Jessica Vance Sutton terminated. (Sutton, Jessica) (Entered: 01/31/2025) |
| 03/07/2025 | 159 | NOTICE OF WITHDRAWAL OF APPEARANCE as to STATE OF NEW JERSEY. Attorney Robert Holup terminated. (Attachments: # 1 Supplement Letter from Robert Holup, Esq.) (Holup, Robert) Modified event on 3/7/2025, pursuant to Chambers (mg). (Entered: 03/07/2025) |
| 04/18/2025 | 160 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Joseph M. Alioto, Filing fee $ 100, receipt number ADCDC–11628882. Fee Status: Fee Paid. by Mary Katherine Arcell, et al.. (Attachments: # 1 Decl. of J. Alioto iso Motion to Appear PHV, # 2 A – Certificate of Good Standing, # 3 B – Prop. Amici Brief, # 4 Proposed Order Granting PHV)(Larson, Stephen) (Entered: 04/18/2025) |
| 04/20/2025 | | MINUTE ORDER granting 160 Motion for Leave to Appear Pro Hac Vice. Attorney Joseph M. Alioto is hereby admitted pro hac vice to appear in this matter. **Counsel should register for e–filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a).** Click for instructions. Signed by Judge Amit P. Mehta on 4/20/2025. (lcapm2) (Entered: 04/20/2025) |
| 04/21/2025 | | RESOLVED.....NOTICE of Provisional/Government Not Certified Status re 160 MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Joseph M. Alioto, Filing fee $ 100, receipt number ADCDC–11628882. Fee Status: Fee Paid. by Mary Katherine Arcell, et al.. (Attachments: # 1 Decl. of J. Alioto iso Motion to Appear PHV, # 2 A – Certificate of Good Standing, # 3 B – Prop. Amici Brief, # 4 Proposed Order Granting PHV)(Larson, Stephen).<br><br>Your attorney renewal/government certification has not been received. As a result, your membership with the U.S. District & Bankruptcy Courts for the District of Columbia is not in good standing, and you are not permitted to file. Pursuant to Local Civil Rule 83.9, you must immediately correct your membership status by following the appropriate instructions on this page of our website: https://www.dcd.uscourts.gov/attorney–renewal.<br><br>Please be advised that the presiding judge in this case has been notified that you are currently not in good standing to file in this court. Renewal Due by 4/28/2025. (zapb) Modified on 4/22/2025 (zhcn). (Entered: 04/21/2025) |

| 04/21/2025 | 161 | NOTICE of Appearance by William Talley Young on behalf of STATE OF WYOMING (Young, William) (Main Document 161 replaced on 4/22/2025) (mg). (Entered: 04/21/2025) |
|---|---|---|
| 04/24/2025 | 162 | ENTERED IN ERROR.....MOTION for Leave to File Amicus Brief by ALPHABET WORKERS UNION–CWA. (Attachments: # 1 Text of Proposed Order)(Grunes, Allen) Modified on 4/25/2025, refiled at docket entry 163 (mg). (Entered: 04/24/2025) |
| 04/24/2025 | | RESOLVED.....NOTICE of Provisional/Government Not Certified Status re 162 MOTION for Leave to File Amicus Brief by ALPHABET WORKERS UNION–CWA. (Attachments: # 1 Text of Proposed Order)(Grunes, Allen).<br><br>Your attorney renewal/government certification has not been received. As a result, your membership with the U.S. District & Bankruptcy Courts for the District of Columbia is not in good standing, and you are not permitted to file. Pursuant to Local Civil Rule 83.9, you must immediately correct your membership status by following the appropriate instructions on this page of our website: https://www.dcd.uscourts.gov/attorney–renewal.<br><br>Please be advised that the presiding judge in this case has been notified that you are currently not in good standing to file in this court. Renewal Due by 5/1/2025. (zhcn) 4/28/2025 (zapb). (Entered: 04/25/2025) |
| 04/25/2025 | 163 | MOTION for Leave to File Amicus Brief by ALPHABET WORKERS UNION–CWA. (Attachments: # 1 Text of Proposed Order)(Meschke, David) (Entered: 04/25/2025) |
| 05/07/2025 | 164 | NOTICE of Appearance by Catherine S. Simonsen on behalf of AMERICAN ECONOMIC LIBERTIES PROJECT (Simonsen, Catherine) (Entered: 05/07/2025) |
| 05/09/2025 | 165 | AMICUS BRIEF by ALPHABET WORKERS UNION–CWA. (Grunes, Allen) (Entered: 05/09/2025) |
| 05/28/2025 | 166 | NOTICE of Appearance by Billy Jimenez on behalf of STATE OF NEW MEXICO (Jimenez, Billy) (Entered: 05/28/2025) |
| 06/03/2025 | 167 | NOTICE of Appearance by Donald Beaton Verrilli, Jr on behalf of GOOGLE LLC (Verrilli, Donald) (Entered: 06/03/2025) |
| 06/03/2025 | 168 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Benjamin J. Horwich, Filing fee $ 100, receipt number ADCDC–11731457. Fee Status: Fee Paid. by GOOGLE LLC. (Attachments: # 1 Declaration, # 2 Text of Proposed Order)(Verrilli, Donald) (Entered: 06/03/2025) |
| 06/03/2025 | 169 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Justin P. Raphael, Filing fee $ 100, receipt number ADCDC–11731471. Fee Status: Fee Paid. by GOOGLE LLC. (Attachments: # 1 Declaration, # 2 Text of Proposed Order)(Verrilli, Donald) (Entered: 06/03/2025) |
| 06/09/2025 | 170 | NOTICE OF WITHDRAWAL OF APPEARANCE as to STATE OF OKLAHOMA. Attorney Robert J. Carlson terminated. (Carlson, Robert) (Entered: 06/09/2025) |
| 09/16/2025 | 171 | MOTION to Withdraw as Attorney *for the State of Oregon* by STATE OF OREGON. (Hiemstra, Cheryl) (Entered: 09/16/2025) |

| | | |
|---|---|---|
| 09/17/2025 | | MINUTE ORDER granting 171 Motion to Withdraw as Attorney. Attorney Cheryl Hiemstra is hereby terminated as counsel for Plaintiff State of Oregon. Signed by Judge Amit P. Mehta on 9/17/2025. (lcapm2) (Entered: 09/17/2025) |
| 11/06/2025 | 172 | MOTION for Leave to File Amicus Brief *(Supplemental)* by MOZILLA CORPORATION. (Attachments: # 1 Exhibit A – Mozilla Supplemental Amicus Brief, # 2 Text of Proposed Order B – Proposed Order)(Arteaga, Juan) (Entered: 11/06/2025) |
| 11/17/2025 | 173 | MOTION to Withdraw *AND SUBSTITUTE* by STATE OF SOUTH DAKOTA. (Miiller, Amanda) (Entered: 11/17/2025) |
| 11/19/2025 | | MINUTE ORDER granting 173 Motion to Withdraw and Substitute. Attorney Jonathan K. Van Patten is hereby terminated as counsel for Plaintiff State of South Dakota. Attorney Amanda J. Miiller shall be substituted as counsel of record. Signed by Judge Amit P. Mehta on 11/19/2025. (lcapm2) (Entered: 11/19/2025) |
| 01/16/2026 | 174 | NOTICE OF APPEAL TO DC CIRCUIT COURT by GOOGLE LLC. Filing fee $ 605, receipt number ADCDC−12191725. Fee Status: Fee Paid. Parties have been notified. (Verrilli, Donald) (Entered: 01/16/2026) |
| 01/20/2026 | 175 | Transmission of the Notice of Appeal, Order Appealed (Memorandum Opinion), and Docket Sheet to US Court of Appeals. The Court of Appeals fee was paid re 174 Notice of Appeal to DC Circuit Court. (mg) (Entered: 01/20/2026) |
| 01/30/2026 | 176 | NOTICE of Appearance by Diana Jordan Gonzalez on behalf of COMMONWEALTH OF PUERTO RICO (Jordan Gonzalez, Diana) (Entered: 01/30/2026) |
| 02/03/2026 | 177 | NOTICE OF CROSS APPEAL by COMMONWEALTH OF MASSACHUSETTS, COMMONWEALTH OF PENNSYLVANIA, COMMONWEALTH OF PUERTO RICO, COMMONWEALTH OF VIRGINIA, DISTRICT OF COLUMBIA, STATE OF ALASKA, STATE OF ARIZONA, STATE OF COLORADO, STATE OF CONNECTICUT, STATE OF DELAWARE, STATE OF HAWAII, STATE OF IDAHO, STATE OF IOWA, STATE OF KANSAS, STATE OF MAINE, STATE OF MARYLAND, STATE OF MINNESOTA, STATE OF NEBRASKA, STATE OF NEVADA, STATE OF NEW HAMPSHIRE, STATE OF NEW JERSEY, STATE OF NEW MEXICO, STATE OF NEW YORK, STATE OF NORTH CAROLINA, STATE OF NORTH DAKOTA, STATE OF OHIO, STATE OF OKLAHOMA, STATE OF OREGON, STATE OF RHODE ISLAND, STATE OF SOUTH DAKOTA, STATE OF TENNESSEE, STATE OF UTAH, STATE OF VERMONT, STATE OF WASHINGTON, STATE OF WEST VIRGINIA, STATE OF WYOMING, TERRITORY OF GUAM. Filing fee $ 605, receipt number ADCDC−12222790. Fee Status: Fee Paid. Parties have been notified. (Sallet, Jonathan) (Entered: 02/03/2026) |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA, *et al.*,

                    Plaintiffs,

v.

GOOGLE LLC,

                    Defendant.

Case No. 1:20-cv-03010-APM
HON. AMIT P. MEHTA

STATE OF COLORADO, *et al.*,

                    Plaintiffs,

v.

GOOGLE LLC,

                    Defendant.

Case No. 1:20-cv-03715-APM
HON. AMIT P. MEHTA

## PLAINTIFF STATES' NOTICE OF CROSS-APPEAL

The Plaintiff States of Colorado, Nebraska, Arizona, Iowa, New York, North Carolina, Tennessee, Utah, Alaska, Connecticut, Delaware, Hawai'i, Idaho, Illinois, Kansas, Maine, Maryland, Massachusetts, Minnesota, Nevada, New Hampshire, New Jersey, New Mexico, North Dakota, Ohio, Oklahoma, Oregon, Pennsylvania, Rhode Island, South Dakota, Vermont, Virginia, Washington, West Virginia, and Wyoming, the District of Columbia, and the Territories of Guam and Puerto Rico cross-appeal to the United States Court of Appeals for the District of Columbia Circuit from the final judgment entered in the above-referenced consolidated actions on December 5, 2025, (Case No. 1:20-cv-03010, ECF No. 1462) and all orders in these actions merged into that judgment.

Google LLC filed a notice of appeal from that judgment and all orders merged into it on January 16, 2026. Case No. 1:20-cv-03010, ECF No. 1472; Case No. 1:20-cv-03715, ECF No. 174. By order dated December 18, 2025, this Court extended the deadline for any party to file notices of appeal in *State of Colorado v. Google, LLC* until February 3, 2026. Case No. 1:20-cv-03010, ECF No. 1466.

Dated: February 3, 2026                      Respectfully submitted,


PHILIP WEISER
Attorney General of Colorado

*/s/ Jonathan B. Sallet*
Jonathan B. Sallet, DC Bar No. 336198
Steven M. Kaufmann
Elizabeth W. Hereford
Conor J. May
Colorado Office of the Attorney General
1300 Broadway, 7th Floor
Denver, CO 80203
Telephone: (720) 508-6000
E-Mail: Jon.Sallet@coag.gov
Steve.Kaufmann@coag.gov
Elizabeth.Hereford@coag.gov
Conor.May@coag.gov

William F. Cavanaugh, Jr.
PATTERSON BELKNAP WEBB &
TYLER LLP
1133 Avenue of the Americas
New York, NY 10036
Telephone: (212) 336-2793
E-Mail: wfcavanaugh@pbwt.com

*Counsel for Plaintiff State of Colorado*

MIKE HILGERS
Attorney General of Nebraska

Justin C. McCully, Assistant Attorney
General
Nebraska Department of Justice

Office of the Attorney General
2115 State Capitol
Lincoln, NE 68509
Telephone: (402) 471-9305
E-Mail: Justin.mccully@nebraska.gov

William F. Cavanaugh, Jr.
PATTERSON BELKNAP WEBB &
TYLER LLP
1133 Avenue of the Americas
New York, NY 10036
Telephone: (212) 336-2793
E-Mail: wfcavanaugh@pbwt.com

*Counsel for Plaintiff State of Nebraska*

KRISTIN K. MAYES
Attorney General of Arizona

Robert A. Bernheim, Unit Chief Counsel
Jayme Weber, Senior Litigation Counsel
Arizona Office of the Attorney General
400 West Congress, Ste. S-215
Tucson, Arizona 85701
Telephone: (520) 628-6507
E-Mail: Robert.Bernheim@azag.gov
Jayme.Weber@azag.gov

*Counsel for Plaintiff State of Arizona*

Page **2** of **8**

41

BRENNA BIRD
Attorney General of Iowa

Noah Goerlitz, Assistant Attorney General
Office of the Attorney General of Iowa
1305 E. Walnut St., 2nd Floor
Des Moines, IA 50319
Telephone: (515) 725-1018
E-Mail: Noah.goerlitz@ag.iowa.gov

*Counsel for Plaintiff State of Iowa*

LETITIA JAMES
Attorney General of New York

Elinor R. Hoffmann
Morgan J. Feder
Michael D. Schwartz
Office of the New York State Attorney
General
28 Liberty Street
New York, NY 10005
Telephone: (212) 416-8513
E-Mail: Elinor.hoffmann@ag.ny.gov
Morgan.feder@ag.ny.gov
Michael.schwartz@ag.ny.gov

*Counsel for Plaintiff State of New York*

JEFF JACKSON
Attorney General of North Carolina

Kunal Janak Choksi
Joshua Daniel Abram
North Carolina Department of Justice
114 W. Edenton St.
Raleigh, NC 27603
Telephone: (919) 716-6000
E-Mail: kchoksi@ncdoj.gov
jabram@ncdoj.gov

*Counsel for Plaintiff State of North
Carolina*

JONATHAN SKRMETTI
Attorney General of Tennessee

J. David McDowell
Austin Ostiguy
Tyler Corcoran
Office of the Attorney General and
Reporter
P.O. Box 20207
Nashville, TN 37202
Telephone: (615) 741-8722
E-Mail: David.McDowell@ag.tn.gov
austin.ostiguy@ag.tn.gov
Tyler.Corcoran@ag.tn.gov

*Counsel for Plaintiff State of Tennessee*

DEREK E. BROWN
Attorney General of Utah

Matthew Michaloski, Assistant Attorney
General
Marie W.L. Martin, Division Director
Utah Office of Attorney General
160 E 300 S, 5th Floor
P.O. Box 140811
Salt Lake City, Utah 84114
Telephone: (801) 440-9825
E-Mail: mmichaloski@agutah.gov
mwmartin@agutah.gov

*Counsel for Plaintiff State of Utah*

STEPHEN J. COX
Attorney General of Alaska

Jeff Pickett
Senior Assistant Attorney General
State of Alaska, Department of Law
Office of the Attorney General
1031 W. Fourth Avenue, Suite 200
Anchorage, Alaska 99501
Telephone: (907) 269-5275
E-Mail: Jeff.pickett@alaska.gov

*Counsel for Plaintiff State of Alaska*

Page **3** of **8**

WILLIAM TONG
Attorney General of Connecticut

Nicole Demers
Office of the Attorney General of
Connecticut
165 Capitol Avenue, Suite 5000
Hartford, CT 06106
Telephone: (860) 808-5202
E-Mail: Nicole.demers@ct.gov

*Counsel for Plaintiff State of Connecticut*

KATHLEEN JENNINGS
Attorney General of Delaware

Michael Andrew Undorf
Delaware Department of Justice
Fraud and Consumer Protection Division
820 N. French St., 5th Floor
Wilmington, DE 19801
Telephone: (302) 683-8816
E-Mail: Michael.undorf@delaware.gov

*Counsel for Plaintiff State of Delaware*

BRIAN SCHWALB
Attorney General of the District of
Columbia

Elizabeth Gentry Arthur
Office of the Attorney General for the
District of Columbia
400 6th Street NW
Washington, DC 20001
Telephone: (202) 724-6514
E-Mail: Elizabeth.arthur@dc.gov

*Counsel for Plaintiff District of Columbia*

DOUGLAS MOYLAN
Attorney General of Guam

Norman Lee Miller, Jr.
Office of the Attorney General of Guam
590 S. Marine Corps Drive, Suite 901
Tamuning, Guam 96913
Telephone: (671) 475-2710
E-Mail: nmillerjr@oagguam.org

*Counsel for Plaintiff Territory Guam*

ANNE E. LOPEZ
Attorney General of Hawai'i

Rodney I. Kimura
Department of the Attorney General, State
of Hawai'i
425 Queen Street
Honolulu, HI 96813
Telephone (808) 586-1180
E-Mail: Rodney.i.kimura@hawaii.gov

*Counsel for Plaintiff State of Hawai'i*

RAÚL LABRADOR
Attorney General of Idaho

John K. Olson
Office of the Idaho Attorney General
Consumer Protection Division
954 W. Jefferson St., 2nd Floor
P.O. Box 83720
Boise, ID 83720
Telephone: (208) 332-3549
E-Mail: John.olson@ag.idaho.gov

*Counsel for Plaintiff State of Idaho*

KWAME RAOUL
Attorney General of Illinois

Elizabeth Maxeiner
Brian Yost
Jennifer Coronel
Office of the Attorney General of Illinois
115 S. LaSalle St.
Chicago, IL 60603
Telephone: (773) 590-7935
E-Mail: Elizabeth.maxeiner@ilag.gov
Brian.yost@ilag.gov
Jennifer.coronel@ilag.gov

*Counsel for Plaintiff State of Illinois*

KRIS W. KOBACH
Attorney General of Kansas

Christopher Teters
Kansas Office of the Attorney General
120 S.W. 10th Avenue, 2nd Floor
Topeka, KS 66612
Telephone: (785) 296-3751
E-Mail: chris.teters@ag.ks.gov

*Counsel for Plaintiff State of Kansas*

AARON M. FREY
Attorney General of Maine

Christina M. Moylan
Office of the Attorney General of Maine
6 State House Station
August, ME 04333
Telephone: (207) 626-8800
E-Mail: Christina.moylan@maine.gov

*Counsel for Plaintiff State of Maine*

ANTHONY G. BROWN
Attorney General of Maryland

Schonette J. Walker
Melissa English
Office of the Attorney General of
Maryland
200 St. Paul Place, 19th Floor
Baltimore, MD 21202
Telephone: (410) 576-6480
E-Mail: swalker@oag.state.md.us
menglish@oag.state.md.us

*Counsel for Plaintiff State of Maryland*

ANDREA CAMPBELL
Attorney General of Massachusetts

Jennifer E. Greaney
Office of the Attorney General of
Massachusetts
One Ashburton Place, 18th Floor
Boston, MA 02108
Telephone: (617) 963-2981
E-Mail: Jennifer, greaney@mass.gov

*Counsel for Plaintiff Commonwealth of
Massachusetts*

KEITH ELLISON
Attorney General of Minnesota

Zach Biesanz
Senior Enforcement Counsel
Office of the Minnesota Attorney General
Antitrust Division
445 Minnesota Street, Suite 600
St. Paul, MN 55101
Telephone: (651) 757-1257
E-Mail: Zach.biesanz@ag.state.mn.us

*Counsel for Plaintiff State of Minnesota*

AARON D. FORD
Attorney General of Nevada

Michelle C. Badorine
Lucas J. Tucker
Nevada Office of the Attorney General
100 N. Carson Street
Carson City, NV 89701
Telephone: (775) 684-1164
E-Mail: mbadorine@ag.nv.gov
ltucker@ag.nv.gov

*Counsel for Plaintiff State of Nevada*

JOHN FORMELLA
Attorney General of New Hampshire

Brandon Garod
Office of Attorney General of New
Hampshire
1 Granite Place South
Concord, NH 03301
Telephone: (603) 271-1217
E-Mail: Brandon.h.garod@doj.nh.gov

*Counsel for Plaintiff State of New
Hampshire*

JENNIFER DAVENPORT
Acting Attorney General of New Jersey

Yale A. Leber
Abiola G. Miles
Deputy Attorneys General
New Jersey Attorney General's Office
25 Market Street, P.O. Box 106
Trenton, NJ 08625
Telephone: (609) 376-2383
E-Mail: Yale.Leber@law.njoag.gov
Abiola.Miles@law.njoag.gov

*Counsel for Plaintiff State of New Jersey*

RAÚL TORREZ
Attorney General of New Mexico

Judith E. Paquin Cholla Khoury
Assistant Attorney General
New Mexico Office of the Attorney
General
408 Galisteo St.
Santa Fe, NM 87504
Telephone: (505) 490-4885
E-Mail: jpaquin@nmag.gov
ckhoury@nmag.gov

*Counsel for Plaintiff State of New Mexico*

DREW WRIGLEY
Attorney General of North Dakota

Elin S. Alm
Assistant Attorney General
Consumer Protection and Antitrust
Division
Office of the Attorney General of North
Dakota
1720 Burlington Drive, Suite C
Bismarck, ND 58504
Telephone: (701) 328-5570
E-Mail: ealm@nd.gov

*Counsel for Plaintiff State of North
Dakota*

DAVID YOST
Attorney General of Ohio

Beth Ann Finnerty, Section Chief,
Antitrust
Sarah Mader, Assistant Attorney General,
Antitrust
Office of the Attorney General of Ohio
30 E Broad Street, 26th Floor
Columbus, OH 43215
Telephone: (614) 466-4328
E-Mail: Beth.Finnerty@ohioago.gov
Sarah.Mader@ohioago.gov
*Counsel for Plaintiff State of Ohio*

GENTNER DRUMMOND
Attorney General of Oklahoma

Cameron R. Capps
Office of the Oklahoma Attorney General
313 NE 21st Street
Oklahoma City, OK 73105
Telephone: (405) 522-0858
E-Mail: Cameron.capps@oag.ok.gov

*Counsel for Plaintiff State of Oklahoma*

DAN RAYFIELD
Attorney General of Oregon

Gina Ko, Assistant Attorney General
Oregon Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (503) 934-4400
E-Mail: Gina.Ko@doj.oregon.gov

*Counsel for Plaintiff State of Oregon*

DAVID W. SUNDAY, JR.
Attorney General of Pennsylvania

Tracy W. Wertz
Joseph S. Betsko
Pennsylvania Office of Attorney General
Strawberry Square
Harrisburg, PA 17120
Telephone: (717) 787-4530
E-Mail: jbetsko@attorneygeneral.gov
twertz@attorneygeneral.gov

*Counsel for Plaintiff Commonwealth of Pennsylvania*

LOURDES L. GÓMEZ TORRES
Secretary of Justice

TANIA L. FERNÁNDEZ-MEDERO
Assistant Secretary of Justice

SAMUEL WISCOVITCH-CORALI
Deputy Undersecretary

Pablo Tufiño-Soto
Senior Attorney
Antitrust Division
Puerto Rico Department of Justice
P.O. Box 9020192
San Juan, Puerto Rico 00902-0192
Telephone: (787) 721-2900, Ext. 1205
E-Mail: ptufino@justicia.pr.gov

*Counsel for Plaintiff Territory Puerto Rico*

PETER NERONHA
Attorney General of Rhode Island

Stephen Provazza
Rhode Island Office of the Attorney General
150 South Main Street
Providence, RI 02903
Telephone: (401) 274-4400
E-Mail: SProvazza@riag.ri.gov

*Counsel for Plaintiff State of Rhode Island*

MARTIN J. JACKLEY
Attorney General of South Dakota

Yvette K. Lafrentz
Office of the Attorney General of South Dakota
1302 E. Hwy 14, Suite 1
Pierre, SD 57501
Telephone: (605) 773-3215
E-Mail: Yvette.lafrentz@state.sd.us
*Counsel for Plaintiff State of South Dakota*

Page **7** of **8**

CHARITY R. CLARK
Attorney General of Vermont

Christopher J. Curtis, Assistant Attorney
General
Office of the Attorney General of Vermont
109 State St.
Montpelier, VT 05609
Telephone: (802) 828-3170
E-Mail: christopher.curtis@vermont.gov

*Counsel for Plaintiff State of Vermont*

JAY JONES
Attorney General of Virginia

Tyler T. Henry
Senior Assistant Attorney General
Antitrust Unit
Office of the Attorney General of Virginia
202 N. 9th Street
Richmond, VA 23219
Telephone: (804) 692-0485
E-Mail: thenry@oag.state.va.us

*Counsel for Plaintiff Commonwealth of
Virginia*

NICHOLAS W. BROWN
Attorney General of Washington

Amy N.L. Hanson
Senior Managing Assistant Attorney
General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
Telephone: (206) 464-5419
E-Mail: Amy.hanson@atg.wa.gov

*Counsel for Plaintiff State of Washington*

JOHN B. McCUSKEY
Attorney General of West Virginia

Douglas Lee Davis
Office of the Attorney General, State of
West Virginia
1900 Kanawha Boulevard East
Building 6, Suite 401
P.O. Box 1789
Charleston, WV 25305
Telephone: (304) 558-8986
E-Mail: Douglas.l.davis@wvago.gov

*Counsel for Plaintiff State of West Virginia*

KEITH KAUTZ
Attorney General of Wyoming

William T. Young
Wyoming Attorney General's Office
2320 Capitol Avenue
Kendrick Building
Cheyenne, WY 82002
Telephone: (307) 777-7847
E-Mail: William.young@wyo.gov

*Counsel for Plaintiff State of Wyoming*