# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STATE OF COLORADO, *et al.*,<br><br>       Plaintiffs,<br><br>vs.<br><br>GOOGLE, L.L.C.,<br><br>       Defendant. | Case No.: <u>1:20-cv-03715</u><br><br>HON. AMIT P. MEHTA |

## NOTICE OF WITHDRAWAL AS COUNSEL OF RECORD

PLEASE TAKE NOTICE that Elizabeth G. Arthur, due to her departure from the Office of Attorney General for the District of Columbia, is withdrawing as counsel of record for the District of Columbia in the above-captioned matter.

Plaintiff District of Columbia will continue to be represented by Adam Gitlin, who has filed an appearance in this matter.

Dated: July 10, 2026

<u>/s/ Elizabeth G. Arthur</u>
Elizabeth G. Arthur
Senior Assistant Attorney General
Antitrust and Nonprofit Enforcement Section
Office of the Attorney General for the
District of Columbia
400 6th Street N.W., 9th Floor
Washington, D.C. 20001
Elizabeth.Arthur@dc.gov

*Attorney for Plaintiff District of Columbia*

1

**CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of July 2026, I caused the foregoing to be filed electronically with the Clerk of the Court by using the CM/ECF System, which will serve a copy on all interested parties registered for electronic filing, and that the document is available for viewing and downloading from the ECF System.

*/s/ Elizabeth G. Arthur*
Elizabeth G. Arthur