```
                IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF COLUMBIA


UNITED STATES OF AMERICA, ET AL.,  )
                                   )
           Plaintiffs,             )
                                   )   CV No. 20-3010
        vs.                        )   Washington, D.C.
                                   )   July 19, 2023
GOOGLE LLC,                        )   4:00 p.m.
                                   )
           Defendant.              )
_____)


                         TRANSCRIPT OF
              STATUS CONFERENCE VIA ZOOM PROCEEDINGS
                BEFORE THE HONORABLE AMIT P. MEHTA
                   UNITED STATES DISTRICT JUDGE


APPEARANCES:

For DOJ Plaintiffs:           Kenneth M. Dintzer
                              U.S. DEPARTMENT OF JUSTICE
                              1100 L Street, NW
                              Washington, D.C.
                              (202) 307-0340
                              Email:
                              kenneth.dintzer2@usdoj.gov


For Plaintiff
State of Colorado:            Jonathan Bruce Sallet
                              COLORADO DEPARTMENT OF LAW
                              Consumer Protection Section,
                              Antitrust Unit
                              Ralph L. Carr
                              Colorado Judicial Center
                              1300 Broadway
                              Suite 7th Floor
                              Denver, CO 80203
                              (720) 508-6000
                              Email: jon.sallet@coag.gov
```

```
APPEARANCES CONTINUED:

For Defendant Google:          John E. Schmidtlein
                               WILLIAMS & CONNOLLY LLP
                               725 12th St., NW
                               Washington, D.C. 20005
                               (202) 434-5000
                               Email: jschmidtlein@wc.com

Court Reporter:                William P. Zaremba
                               Registered Merit Reporter
                               Certified Realtime Reporter
                               Official Court Reporter
                               E. Barrett Prettyman CH
                               333 Constitution Avenue, NW
                               Washington, D.C. 20001
                               (202) 354-3249


Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription
```

PROCEEDINGS

1

2    COURTROOM DEPUTY:  Good afternoon, Your Honor.

3  This is Civil Action 20-3010, the United States of America

4  versus Google LLC.

5    Ken Dintzer for the DOJ Plaintiffs.

6    Jonathan Sallet the Plaintiff States.

7    And John Schmidtlein on behalf of Google LLC.

8    THE COURT:  Good afternoon, everybody.

9    Sorry about that.  I hope everybody is well.

10  Good to be with you.

11    Okay.  So we just have this date on the calendar

12  to check in, see if there's anything that needs to be

13  addressed.

14    I did see the parties' and reviewed the parties'

15  Status Report, so I know there is that one issue concerning

16  the timing allocation of evidence for the trial.

17    But before we turn to that, is there anything else

18  we need to take up or anything any of the parties wish to

19  raise this afternoon?

20    MR. DINTZER:  Good afternoon, Your Honor.

21    We have one other issue that didn't make it to

22  the -- it wasn't a Joint Status Report, but to the Status

23  Report that we filed regarding 30(b)(6) witnesses.  We'd be

24  happy to raise that now if the Court would welcome it.

25    THE COURT:  Why don't we go ahead and just talk

1    about that issue then.

2              MR. DINTZER:  Sure.

3              So as the Court may recall, we took a series of

4    30(b)(6) depositions of Google during fact discovery.  And

5    for these depositions, Google provided, I believe, seven

6    different witnesses, some with -- some were not going --

7    custodians, some with no other role in the case.  We've

8    reached obviously the point of designating deposition

9    testimony for trial and we've designated some of that

10   30(b)(6) testimony, which is appropriate under the CMO.

11             Google objects that some of the 30(b)(6)

12   testimony -- to some of the 30(b)(6) testimony because the

13   witnesses who provided it are not on our witness list.

14             And our position is a 30(b)(6) deposition is a

15   deposition of Google; we don't have to put the individuals

16   on our list; they have no personal knowledge; and, as I

17   said, some of them have no other role in the case.  And

18   so this is just an effort, we believe, to make us use slots

19   on our witness list.

20             THE COURT:  Well, let me just ask.

21             I haven't looked at the CMO about this issue, but

22   does it speak to the question of whether a deposition, a

23   deponent whose testimony is designated, whether that person

24   needs to appear on a trial witness list?

25             MR. DINTZER:  I don't believe it expressly

1    addresses that, Your Honor.

2            And I believe that the parties have been acting

3    that you can designate testimony for people on the witness

4    list but it definitely doesn't address -- the CMO, in

5    paragraph 8, though, does say that the witness list includes

6    designation and live witnesses.  So I guess, in that sense,

7    it does -- it does say that.

8            I'm just getting a note here.

9            THE COURT:  I'm sorry, it says what again?

10           MR. DINTZER:  At paragraph 8, it says, "the

11   witness list includes designations and live witnesses."

12           THE COURT:  That's it.  Okay.

13           MR. DINTZER:  And for the most part, the parties

14   are in agreement to that.  We've all put people -- any

15   designations we've done of individuals, we've all put those

16   people on our witness list.  This is the question of

17   30(b)(6) testimony only.

18           THE COURT:  Okay.

19           Mr. Schmidtlein, did you want --

20           MR. SCHMIDTLEIN:  Yes, Your Honor.

21           You will, I'm sure, recall, that we had some

22   scuffles over the 30(b)(6) issues earlier in the case.  We

23   had wanted sort of a single 30(b)(6) that we could sort of

24   address upfront.  The plaintiffs insisted on a whole series

25   of 30(b)(6)s that covered an enormous array of topics and

1    information, in addition to all of the 30(b)(1) depositions

2    that were taken.

3              And in light of the fact that we had to prepare

4    and offer a fairly significant number of witnesses to cover

5    these 30(b)(6)s, we were surprised when we didn't see any of

6    this listed on the deposition -- on the witness list, and

7    instead what we got was largely these transcripts were sort

8    of dumped into the exhibit list.  And I don't believe they

9    were even designated -- so they weren't -- yeah, I mean, a

10   couple maybe we have designations, some were just dumped in

11   wholesale as sort of exhibits on to the exhibit list, and we

12   think that's improper.

13             This was part of the scope of discovery in the

14   case, and we think they should have to be limited in that

15   regard in terms of the trial.

16             And Mr. Dintzer is absolutely right, whoever sent

17   him the -- that is absolutely right, deposition designations

18   absolutely count, and that's expressly set forth in the CMO.

19             THE COURT:  Okay.

20             So, I mean, is Google's request to then exclude

21   those deposition designations because the witness's name is

22   not on the witness list?

23             MR. SCHMIDTLEIN:  If they want to reshuffle and

24   take some people off and add -- you know, add some back in

25   to get within the 50 limit, they're welcome to do that.

```
 1    We will grant them that amnesty -- we'll make that amnesty

 2    offer, but we absolutely disagree that they get to be added

 3    on top.

 4              Just to give you an example, Your Honor, there was

 5    a 30(b)(6), at least one 30(b)(6) witness of a third party,

 6    and, you know, that witness has been listed, to the extent

 7    we were going to rely on that, we noted them on our witness

 8    list.

 9              THE COURT:  And of the seven Google 30(b)(6)

10    witnesses, how many have you received designations for

11    that -- of individuals who are not on the witness list?

12              MR. SCHMIDTLEIN:  I think there were three that we

13    got designations for.

14              THE COURT:  Right.  Okay.

15              MR. SALLET:  Your Honor, could I speak just very

16    briefly to this?

17              THE COURT:  Of course, Mr. Sallet.

18              MR. SALLET:  Not surprisingly, we support the

19    Department of Justice.

20              But when we look at the plain text of 30(b)(6), it

21    says, a subpoena may name as the deponent a corporation.

22    The deponent is the corporation.  That deponent can

23    designate multiple people.  That's what the rule goes on and

24    says.

25              So it seems to us the language of 30(b)(6) itself
```

```
 1    precludes the notion that people are testifying in an
 2    individual capacity.  The deponent in each instance is
 3    simply Google.
 4              THE COURT:  Right.
 5              MR. DINTZER:  And if I may respond to
 6    Mr. Schmidtlein as well, Your Honor, if that pleases the
 7    Court.
 8              THE COURT:  Well, just one point of -- because,
 9    again, I wasn't prepared for the issue to arise and so I
10    haven't looked at the CMO.
11              But Mr. Schmidtlein mentioned that -- look,
12    there's two things:  One is that you all have agreed or did
13    agree to the designations.  The witness list should both
14    have live witnesses and designated witnesses, one.
15              And then, two, there is a limit of 50, correct?
16              MR. DINTZER:  A limit of 50 witnesses on each
17    witness list, yes, Your Honor.
18              THE COURT:  Okay.  All right.
19              Let's go ahead, Mr. Dintzer.
20              MR. DINTZER:  Okay.
21              Google's decision to break their 30(b)(6)
22    testimony up amongst seven witnesses shouldn't affect our
23    ability -- I mean, basically that's an invitation for a
24    party to provide more witnesses for the testimony, because
25    it's harder and more costly for the other side to get -- to
```

```
 1   utilize the information.

 2              All of the depositions were depositions noticed of

 3   Google.  It was Google's decision to break that down.

 4              THE COURT:  I think here's where I come out.

 5              So, Mr. Dintzer, do you agree that it's three

 6   designees that you've included in trial exhibits or some

 7   other fashion that are not on the witness list?

 8              MR. DINTZER:  I believe that that's correct,

 9   Your Honor.

10              THE COURT:  Okay.

11              All right.  So I'm going to count the 30(b)(6)

12   designees as one witness.  I think that's appropriate given

13   the nature of Rule 30(b)(6), that, you know, this is

14   essentially a corporate witness and sometimes it takes more

15   than one individual to provide the requested testimony.

16              And so what I'll require the DOJ and State

17   Plaintiffs to do is to swap out one, and you can plug this

18   other one back in, if that's how you'd like to do it.

19              MR. DINTZER:  That's fine with us, Your Honor.

20              And we would ask since Google is designating a

21   30(b)(6) for Apple, which is a corporate entity, that they

22   do the same, that they take one off their list and they put

23   Apple as a corporate entity on their witness list to match

24   that.

25              THE COURT:  Maybe I misunderstood, but I thought
```

1    Google had already put the 30(b)(6) designee from Apple on

2    the witness list.

3              MR. SCHMIDTLEIN:  Yeah -- yes, the witness is on

4    our witness list.

5              MR. DINTZER:  They put the individual, Your Honor,

6    but they did not put the corporation as the corporation,

7    which is the witness for a 30(b)(6).

8              So we understand what the Court is asking us to

9    do, and we will.  Okay.

10             THE COURT:  I guess that begs the question, is the

11   Apple witness being -- is the Apple witness' designation his

12   capacity as a 30(b)(6) witness or in some individual

13   official capacity?

14             MR. DINTZER:  They are again --

15             THE COURT:  Maybe it's both.

16             MR. DINTZER:  They're apparently doing both.

17             But the witness, as an individual, may appear at

18   trial.

19             The 30(b)(6) is a 30(b)(6).  And so if Google

20   wants -- we did not designate Apple's 30(b)(6) testimony.

21   And if Google wants to put on the record the testimony of a

22   30(b)(6) witness, they should be in the same position, they

23   should have to put Apple on.

24             THE COURT:  Okay.

25             MR. SCHMIDTLEIN:  Your Honor, that's fine.

1          I will just note for the record, you initially set

2    a 50-witness limit for the DOJ and Google.

3          The states came in, we took the position with the

4    plaintiffs that they should have 50 between the two of them.

5    They said that wasn't the case, they should get -- each get

6    50.

7          Okay.  We obviously need more than 50 then if they

8    each get 50.  And so we right now only have 50.

9          But I will respectfully submit to Your Honor that

10   if the plaintiffs, between the two of them now have taken

11   the position they each get 50, we get an additional one for

12   us.

13         If Mr. Dintzer wants to count the 30(b)(6) of an

14   individual twice, then I think we're within the limits.

15         THE COURT:  So let me ask -- again, I presume the

16   plaintiff -- well, let me ask this:  To the extent -- the

17   witness list provided by the plaintiffs in the aggregate,

18   and maybe it's a consolidated list, but whatever -- however

19   it's presented, whether it's a consolidated list or two

20   separate lists, what's the total number of witnesses?

21         MR. SCHMIDTLEIN:  71 witnesses for the plaintiffs

22   combined.

23         THE COURT:  Okay.

24         And that de-dupes, in other words?

25         MR. SCHMIDTLEIN:  Correct.

1      THE COURT:  And Google thinks that's consistent

2  with the CMO?

3      MR. SCHMIDTLEIN:  Well, it was a little bit

4  unclear, frankly, Your Honor, because the original CMO that

5  we negotiated and discussed with you --

6      THE COURT:  Right.

7      MR. SCHMIDTLEIN:  -- was before the states filed

8  their case.

9      THE COURT:  Right.

10     MR. SCHMIDTLEIN:  We went forward and we stuck

11  within the 50.

12     They didn't, between the two of them.  And if

13  that's going to now be the position that they're allowed to

14  go over the 50, we would respectfully ask for one more.

15     MR. SALLET:  Your Honor, could I just speak to

16  this very briefly?

17     As Mr. Schmidtlein has explained, the number was

18  arrived at before the state complaint was filed.  So by

19  definition, it wasn't calculated with any reference to the

20  unique allegations in the state complaint as the new --

21     THE COURT:  I appreciate that.

22     I mean, I think -- I understand the sequencing,

23  and perhaps we should have -- I should have revisited some

24  of these numbers after we consolidated the discovery and the

25  cases, but we didn't do that.

1          So, look, I think we're really splitting hairs

2     here.

3          So, Mr. Schmidtlein, you can have your 51, one

4     person can count as two.  I'm not sure at the end of the day

5     it's going to materially affect either side, so let's just

6     leave it at that and we'll move forward.

7          All right.

8          MR. SCHMIDTLEIN:  Your Honor, if I may, there were

9     a couple of other housekeeping matters that we wanted to

10    raise if that's appropriate to do right now.

11         THE COURT:  Sure, of course.

12         MR. SCHMIDTLEIN:  One is, I think you may

13    remember, we have an August 1st deadline for, I guess, sort

14    of final witness lists, and we would ask that the

15    plaintiffs -- and I think August 1st is a Tuesday.

16         We would ask that the plaintiffs, by Friday,

17    August 4th, inform us of the order in which they want --

18    they intend to call those witnesses since a significant

19    number of those witnesses are Google employees and roughly

20    when they want those Google employees made available,

21    because that's obviously going to require some logistics on

22    our side.  And I think, frankly, it's respectful to the

23    third parties who also are involved here and may be getting

24    called as well.  So we would ask that that be given to us

25    promptly so we can begin all the logistics on our side.

1          The second issue has to do with the length of

2    opening statements.  We're looking for -- we're just looking

3    for guidance from you on that.

4          If I was asked a recommendation, I would say

5    60 minutes for Google and 60 minutes to be split between the

6    plaintiffs, because I know you want to get started with the

7    evidence and probably spend less time listening to us.  But

8    we will obviously follow your direction in that regard.

9          THE COURT:  Okay.

10          MR. SCHMIDTLEIN:  The third issue, just very

11    quickly, is the timing of closing arguments.

12          Obviously in a bench trial like this, I've

13    certainly been involved in matters where the Court would

14    actually prefer an argument after the post-trial

15    submissions, you know, almost like -- it's almost like a

16    summary judgment revisited in some respects.  It's -- you've

17    got all the paper, you've had a chance to digest everything,

18    and then we can have argument then.

19          We think that would be a really good way to do it,

20    but, again, we'll be guided by whatever your preference is.

21    But it would be helpful for us to know that sooner rather

22    than later so that we can plan accordingly.

23          THE COURT:  Okay.

24          So let me take these in reverse order.

25          I think you all -- so your proposal is what I was

1    hoping we would do, which is that once the government's

2    closed, the schedule doesn't already have findings of facts

3    and conclusions of law from the parties for days and then

4    we'll have a closing after that.  It obviously extends --

5              THE COURT REPORTER:  Sorry, Judge.  Most of that

6    froze.  Your signal is pretty bad.

7              Can you start over?

8              THE COURT:  So just taking the issues in reverse

9    order, it is my intention that we will have closing

10   arguments after the parties' submission of their conclusion

11   of facts, proposed conclusions of fact and law.  I just find

12   it will be much more helpful for me to do it that way once

13   I've had an opportunity to digest everything and then we'll

14   be in a position to ask more intelligent questions during

15   the closings than if we had done it right immediately after

16   the live evidence is concluded.  So that's one.

17             Length of openings, Mr. Dintzer, Mr. Sallet,

18   do you have thoughts on that?  I certainly think less is

19   more, given how much more is going to be coming?

20             MR. DINTZER:  Yes, Your Honor.

21             We're really at the pleasure of the Court, the

22   length of the opening.  An hour seems reasonable, but we're

23   comfortable with whatever the Court wants to lay out.

24             But, of course, given the fact that there are

25   non-overlapping counts in the two and the length and

1    complexity of the case, I think an hour for each of the

2    plaintiffs would be appropriate to give us a chance to lay

3    out the facts and the necessary information for the Court.

4              THE COURT:  Mr. Sallet, your thoughts.

5              MR. SALLET:  That would certainly be sufficient

6    for the states.

7              THE COURT:  Okay.

8              MR. SCHMIDTLEIN:  Your Honor, if you're inclined

9    to give each of them an hour, I would like an hour and a

10   half.

11             THE COURT:  Yeah, I wasn't going to give them an

12   hour.

13             Each side will get 45 minutes, each of the

14   plaintiffs will get 45 minutes, and Google will get 60.

15   I assume that'll be enough, Mr. Schmidtlein, to respond to

16   both.

17             MR. SCHMIDTLEIN:  That would be fine, Your Honor.

18             THE COURT:  So 45 and 45 for the plaintiffs.

19             And then in terms of an order of witnesses,

20   Mr. Dintzer, Mr. Sallet, what are your thoughts?  I do think

21   it would be important at some point for you all to begin

22   identifying the witnesses you want to have in a general

23   order so that Google in particular can begin notifying

24   witnesses and making sure they're available.

25             When do you think that is a realistic possibility

```
 1    for you to start that process?
 2               MR. DINTZER:  Your Honor, we haven't heard of this
 3    before, so we haven't had a chance to meet and confer.
 4               So what -- we would definitely come to an
 5    agreement with Google on the preannouncing of witness lists,
 6    with the idea that when it's their turn, you know, whatever
 7    is -- they've asked of us, they be ready to give in the
 8    same.
 9               What we would suggest, Your Honor, is that you
10    give the parties a chance to meet and confer on this and
11    come up with a proposal, and if we can't, of course, we'll
12    involve the Court.  But it's rarely efficient to do it first
13    thing in front of the Court.
14               THE COURT:  So my, you know, just -- in an
15    ordinary trial, my general rule is to require parties to at
16    least provide 24 hours' notice of who's coming the next day.
17               You know, this is a more complex case, it involves
18    more potential witnesses.  And so, you know, with the
19    understanding that the parties should receive, and I think
20    are entitled to, from my view, some flexibility, given the
21    vagaries of how a trial proceeds, you know, there ought to
22    be a general order of operations, it seems to me, with
23    witnesses, with the understanding that that can change,
24    depending upon what happens at trial and individual
25    schedules of witnesses.
```

1          But I do think it would benefit all of us to have

2    some sort of order of operations in terms of witnesses just

3    if for no other reason than it will allow you all to start

4    lining up people and when they need to be here so we don't

5    have dead time during what's already a very tight trial

6    schedule.

7          MR. DINTZER:  And in a lot of my trials,

8    Your Honor, what we end up agreeing with the other side, is

9    the Thursday before each week, one side tells the other side

10   who the order of witnesses that will be coming on in the

11   week to come.

12         In trying to do it too many weeks in advance, from

13   experience, I mean, things change, you know, this witness

14   can't make it or we're going to need to move this witness up

15   because this witness went short.

16         They have our witness list and they have our --

17   so -- but like I said, we think we probably can reach --

18         THE COURT:  Why don't you all talk it through,

19   because, look, I think in the ordinary case what you've

20   suggested may be sensible; I think it's more challenging

21   here.  It's a long witness list, I don't know how many

22   Google witnesses you have on that list.  You know, maybe you

23   think the third parties are a little bit more --

24         Well, let me put it this way:  You've got to

25   sequence these folks and Google's got to get them here.  And

1    you've got 50 people, I don't know how many are Google

2    witnesses on your list, and they're 3,000 miles away

3    presumably.

4            So, you know, it's not -- again, it's not like

5    this case is in the Northern District where you'd have some

6    more flexibility in terms of -- shuttling people in and out.

7    This is going to have to be planned a little bit more in

8    advance, it seems to me, because I'm sure witnesses for all

9    parties, you know, they set their schedules more than a week

10   in advance.

11           MR. SCHMIDTLEIN:  Your Honor, there are very -- as

12   you might imagine, the witnesses in this case are not junior

13   entry-level employees.  And it's really just not fair or

14   reasonable to say to them, just block off all of September

15   and October and the first couple weeks of November, because

16   we don't know.

17           We're into this now three years.  Mr. Dintzer

18   should know who the witnesses are and the order in which

19   they're coming.  It's time.  It's time for him and

20   Mr. Sallet to make those decisions.

21           MR. SALLET:  Your Honor, it turns out the lawyers

22   who are appearing before you in this case are not

23   particularly junior either.  We didn't know about this issue

24   until the status conference began.

25           But I agree with Mr. Dintzer, we can get together,

```
1   we can talk about it, we can try to come up with a

2   common-sense solution that gives us flexibility to take the

3   time to set our witnesses and gives notice as is required in

4   the kind of circumstances that Your Honor described.

5           I think this should have been presented to us

6   before the status conference, and there should have been a

7   meet-and-confer on it.

8           MR. SCHMIDTLEIN:  Your Honor, this is a bit of

9   rope-a-dope because the next status conference is not until

10  well into August, and initial witness lists were exchanged

11  between the parties in June, so it's not like we haven't

12  been thinking about these issues.

13          And I know the third parties also are anxious to

14  get this resolved as well.

15          THE COURT:  All right.

16          Well, look, let's do this.  I think it is fruitful

17  for you all to have at least some initial discussion about

18  this.

19          And why don't you get back to me with something in

20  writing by next Wednesday, which is the 26th, if that works

21  for everybody.

22          And if you can't agree on something, then, you

23  know, I'm more than happy to see you all, so we'll just get

24  on the schedule.  We don't have to wait until the 11th of

25  August to get back to resolve this, okay?
```

1          MR. DINTZER:  Thank you, Your Honor.

2          MR. SCHMIDTLEIN:  Thank you, Your Honor.

3          To indulge one last point, I know we talked about,

4    at the last status, a Pretrial Statement.  And I guess we

5    are interested in sort of what do you really want in terms

6    of a Pretrial Statement for a case like this and is one

7    actually necessary given the issues that have already been

8    laid out for Your Honor in various and sundry presentations?

9          THE COURT:  I'll short-circuit this:  I don't

10   think we need one.  This is not a case where I need the

11   usual components of a Pretrial --

12         MR. SCHMIDTLEIN:  Brief or what have you.

13         THE COURT:  -- brief.

14         I mean, I understand the issues.  And so, you

15   know, let's save ourselves, or save all of you, frankly, a

16   lot of unnecessary time devoting to something that really

17   isn't going to be terribly useful to me.  So thank you for

18   raising that.

19         Okay.  Anything else before we just turn to the

20   trial schedule issue?

21         MR. DINTZER:  Not from for us, Your Honor.

22         MR. SALLET:  No, Your Honor.

23         THE COURT:  So let me just make a couple of

24   observations and then you all tell me whether this is

25   consistent with your thinking.

1        The first is, and I think we talked about this,

2    and if we didn't, I certainly would have -- I should have

3    mentioned it, which is that, look, it's my hope that we can

4    avoid the circumstance in which a single witness is going to

5    be called by both sides and has to return twice.  That just

6    seems to me to be inefficient, there's no reason to do it,

7    unless there's some strategic reason that you all have for

8    doing it that way.  But if the plaintiffs call a witness in

9    their case and Google intends to call that same witness in

10   its case, and whatever portion of the direct examination and

11   the limitations that the direct examination place on cross

12   don't cover what Google wishes to elicit for purposes of its

13   case-in-chief, then that be done right away.  So that's one.

14        And then, two, the second observation, and maybe

15   I'm just overthinking this, is that Google needs a lower

16   time estimate than -- time estimate than it intended to

17   elicit facts in cross-examination that it otherwise would so

18   that it wouldn't have to recall somebody in its

19   case-in-chief.  And so that's why I assumed Google's time

20   allotment was a little bit -- was a percentage of what the

21   plaintiffs have suggested theirs will be.

22        So with that in mind, I mean, I think --

23   I'm not sure there's an issue in the sense that, unless

24   Google is -- unless the concern is that Google is going to

25   somehow run out the clock, which seems unlikely to me,

1    you know, 105 hours and 65 hours certainly ought to be

2    plenty of time to present both cases, including

3    cross-examination.

4            Now, if there is a portion of Google's examination

5    for any individual witness that falls outside the scope of

6    cross, then I think Google ought to let me know that and let

7    both parties know that so that time could then be applied

8    against Google's hours.

9            MR. SCHMIDTLEIN:  Your Honor, if I may.

10           THE COURT:  Sure.

11           MR. SCHMIDTLEIN:  I think when we were discussing

12   this last time, it was certainly in our mind, having

13   received the initial witness lists and seen the overlap and

14   that we were at least on notice that some significant number

15   of either Google witnesses and third-party witnesses were on

16   both witness lists and assuming the efficiency that

17   Your Honor just articulated about, let's get the witnesses

18   sort of done all at once, we, I think, believe that your

19   time allotments, which gives the plaintiffs together 170

20   hours and Google 98 hours, that that was designed to account

21   for the fact that there was going to be some chunk of

22   Google's case that would come in during the witnesses that

23   were called first by the plaintiffs in the case.

24           I think I had said, Your Honor, when we were

25   initially talking, well, if they want three weeks for the

1    DOJ case, I want three weeks for Google.

2         If we want to get into a chess-clock type of

3    arrangement here, which I know some judges favor and adhere

4    to, then I think we're going to need to rejigger the

5    268 hours that you doled out last time, because right now,

6    that's 170 for the plaintiffs and 98 for Google.

7         We had always understood that Your Honor, by

8    putting those rough end dates around each of the plaintiffs'

9    cases, that that accounted for both sides.

10        And we have no intention of taking some witness

11   that Mr. Dintzer or Mr. Sallet calls to the stand for

12   45 minutes and then having them testify for seven hours.

13   That's certainly -- I can't imagine that that is going to

14   occur in the case.

15        But if we're going strictly into an hour-by-hour

16   crossing, then the hours really are, I think, a little bit

17   out of whack.

18        THE COURT:  Well, I think you present the

19   hypothetical that I had in mind, which is that, you know,

20   again, I don't know who your witnesses are, but say

21   hypothetically there is a witness that the plaintiffs would

22   call for a short period of time but that Google would intend

23   to call in its case-in-chief for a lengthier period of time,

24   then I can see that being a circumstance in which perhaps we

25   need to think about what that means in terms of hours

1    allotment.

2              But, look, I guess I go back to what you were

3    saying, Mr. Schmidtlein and Mr. Dintzer:  You're the one

4    that raised this and I haven't given you an opportunity to

5    be heard, but I -- again, consistent with what your

6    observation is and what I said at the beginning is that

7    I thought -- my intention was that, given how this is

8    structured, that much of Google's case, and that would

9    include cross-examination and the facts elicited in

10   cross-examination, would come through the plaintiffs' time

11   allotment.

12             And that's why it is structured in the way it is.

13   I mean, it contemplates that there will be certain witnesses

14   that Google will call in its case-in-chief, but certainly

15   not to the exclusion of Google putting in evidence through a

16   witness that the plaintiffs have called.

17             MR. DINTZER:  Your Honor, if I could be heard,

18   please.

19             THE COURT:  Sure.

20             MR. DINTZER:  So at the status conference when we

21   started with 120 hours and the Court asked us basically to

22   sharpen our pencils, we lowered that to 105 with the express

23   statement that this doesn't include Google's -- and I'm

24   quoting -- "doesn't include -- include Google's case or the

25   states' case or their exam time, but that is what we need

1    for our case."

2            And so if Google -- we appreciate the Court giving

3    us the 105 hours.  But the fact that Google will be taking

4    witnesses in that 105 hours means that we won't have 105

5    hours to present our case.  We would ask the Court to go

6    with --

7            THE COURT:  You don't mean to say that you

8    contemplated -- I need to go back, but the 105 hours wasn't

9    just your direct examination of witnesses, right?

10            MR. DINTZER:  No, it was not.  It was our direct

11    and our crosses.

12            So this would be time for us to do our directs in

13    our case-in-chief, our crosses in Google's case, and our

14    rebuttal case.

15            THE COURT:  That's certainly not how it's

16    structured in the trial schedule.  I mean, I didn't

17    understand that that's what you all were proposing, and

18    that's not what's reflected here.

19            I mean, what's reflected here is a chunk of time

20    that is approximately 105 hours that would encompass both

21    the direct examinations of the DOJ plaintiff witnesses,

22    the -- to the extent that there's any additional examination

23    by the Colorado Plaintiff witnesses of particular witnesses

24    that DOJ would call, that, hopefully, would only pertain to

25    the non-overlapping portion.  I don't know whether there is

 1    such a witness.  And then what actually, you know, include

 2    Google's cross-examination.

 3           So I did not view this as a chess clock either in

 4    which once Mr. Schmidtlein or one of his colleagues stood

 5    up, we'd start the clock towards their 98 hours and stop the

 6    clock toward your 105.

 7           MR. DINTZER:  If -- without that, Your Honor, if I

 8    could just --

 9           Without that, the incentives are really lined up

10    in a very difficult way.

11           Every minute that Google is on their feet and a

12    number of -- we have eight crossover -- 10 crossover

13    witnesses, at least seven or eight that we are thinking of

14    putting on in our case, maybe more.  Every time Google

15    stands up and questions their -- many of whom are their

16    employees -- their employees, they're reducing our ability

17    to call other witnesses; they're limiting the amount of time

18    that we -- it just creates an incentive.

19           So we are -- I mean, I'm not saying that they

20    would run out the clock, but they don't have to that

21    incentive.  There's no incentive on them for brevity, for

22    precision, for anything, because it happens in our

23    case-in-chief, and it's not --

24           THE COURT:  Well, their incentive is to stay in my

25    good graces, so that's what -- as I think it is for you.

 1          Mr. Schmidtlein.

 2          MR. DINTZER:  Exactly, Your Honor.

 3          That doesn't give us the ability to plan, because

 4   if we don't know if -- if you tell us, Mr. Dintzer, you have

 5   this amount of time, we say, okay, look, we've got two hours

 6   for this, two hours for this, two hours for this.

 7          If you say you have 105 hours and then it turns

 8   out that Mr. Schmidtlein goes twice as long with

 9   Mr. Kolotouros as we expected, all of a sudden, we're

10   crossing witnesses off our list because it's something that

11   we have no control over.

12          And, yes, we appreciate wanting to stay in the

13   Court's good graces --

14          THE COURT:  But, again, Mr. Dintzer, I go back to

15   what I said earlier -- and, Mr. Sallet, I'll give you an

16   opportunity to be heard -- which is, if Google intends to do

17   a direct examination of a witness that it otherwise would

18   call in its case-in-chief after its case-in-chief from a

19   timing standpoint begins, it should do it while that witness

20   is on the stand.

21          MR. DINTZER:  We don't disagree with that.

22          THE COURT:  And so if -- you know, I will ask

23   Mr. Schmidtlein -- and I will assume that Google will act in

24   good faith, that when the scope of the cross-examination

25   comes to an end, it comes to an end, and that if there is

```
 1    more to be asked of the witness that is consistent with what
 2    Google would have otherwise done by recalling the person in
 3    their case-in-chief, that that time will start essentially
 4    ticking against the 98 hours.
 5              And so, I mean, I don't plan here to keep a chess
 6    clock; I suppose I can.  But, you know, my goal here is to
 7    try and maintain -- you know, be as efficient as we can but
 8    also try and stick with this schedule, because there's not a
 9    lot of give in the joints.
10              Mr. Sallet.
11              MR. SALLET:  Yes, Your Honor.
12              So just two points.
13              Your Honor, it does feel to us that the most
14    efficient way to have the trial be crisp is to have people
15    be responsible for the use of their own time, right.  There
16    was a lawyer once who was asked about this kind of
17    circumstance who said, lawyers are like gas, they tend to
18    fill the room.  But what concentrates a lawyer's mind is
19    knowing that he or she is spending his or her own time.
20              And so the proposal that we and DOJ made was
21    designed to make the case go most efficiently by having
22    lawyers understand they're using up their own time.
23              Secondly, the distinction between cross and
24    direct, I feel, will not always be as simple to resolve.
25    For example, suppose we call, and we -- a Google executive
```

1    and we conduct a direct of the Google executive, it's going

2    to be very difficult to tell whether what Google asked that

3    executive is cross or direct, because they're going to be

4    functionally very much the same.

5         I'm not saying -- and one would really have to

6    parse through an attempt to figure out whether a question

7    was directly responsive, say, or a question Mr. Cavanaugh

8    asked or was going a little bit, but the fundamental subject

9    matter would be the same.

10        So I fear that the ability to apply the

11   distinction between cross and direct will be difficult and

12   will lead, frankly, to a good deal of discussion between

13   lawyers and Your Honor during the trial, which could be

14   avoided by adopting the approach that we and DOJ have

15   suggested.

16        MR. SCHMIDTLEIN:  Your Honor, if I may, just very

17   briefly.

18        We understood exactly what you intended.  We think

19   it's workable and we think it makes sense and we think it --

20   as you pointed out, everybody does have the incentive to do

21   this efficiently and effectively.

22        There's nobody here who wants to waste time, and

23   particularly the Court's time, given that these plaintiffs

24   have come in and basically asked you to almost double the

25   length of the trial that you were initially contemplating,

1    and now they say even that doubling isn't enough.

2          So we're prepared to live with exactly what you've

3    laid down.  If Mr. Dintzer and Mr. Sallet can't live with

4    that, then they need to live with a chess clock and the

5    hours need to be split 134 for the plaintiffs and 134 for

6    Google, and they can have less hours for their case and they

7    can allocate it between themselves however they want and

8    we'll have to run a chess clock on direct and cross for

9    every single witness.

10          MR. DINTZER:  Your Honor, if I could be heard on

11    this.

12          First, when the Court was asking each of us how

13    much time we needed, the reason we have the exact amount of

14    time we have is because Mr. Schmidtlein asked for less time

15    than we asked for.  We were very clear, the record's very

16    clear what we were asking for.

17          The second thing is that we have rebuttal

18    witnesses.  So we have two designated rebuttal witnesses who

19    are experts.

20          And also our primary expert, Mike Winston, is --

21    he has -- he's an economic expert and he's going to address

22    the two economic experts that the defense is putting

23    forward.

24          And the idea that -- I mean, in theory, we could

25    call the rebuttal experts in our case-in-chief.

1          But I'll warn the Court that hearing them rebut

2     testimony that has not been given, especially one of our

3     rebuttal experts is a very technical expert on scale, and

4     having him rebut testimony that the Court hasn't yet seen

5     yet will not only be dry but it will be very difficult to

6     follow, in the same way that having Professor Winston --

7               THE COURT:  Look, I -- you know.

8               MR. DINTZER:  I think we lost you, Your Honor.

9               THE COURT REPORTER:  You're frozen, Your Honor.

10              THE COURT:  -- which is if you all want to be

11     bound by each other's --Sorry.

12              MR. SALLET:  Yes, sir, you're back.

13              THE COURT:  I will be back with you all in a

14     second.

15              Sorry.  Hang on, everyone.

16              (Pause)

17              THE COURT:  How's that?

18              MR. DINTZER:  Much better, Your Honor.

19              MR. SCHMIDTLEIN:  Much better, Your Honor.

20              THE COURT:  For some reason, the laptop's WiFi

21     connects better -- I'm sorry, the iPad's WiFi connects

22     better than the laptop does.

23              So what I was trying to say is that if you want a

24     chess-clock style approach to this, then I do agree that the

25     numbers need to be rejiggered, the hours need to be

```
 1    rejiggered, and there needs to be something that looks more
 2    in parity than the current allocation of time and it will
 3    need to be done essentially within the confines of the time
 4    that's been presented, because I really don't have a lot of
 5    give in this schedule right now.  I mean, I can probably,
 6    you know, give a few days on the back end, but I have got
 7    another civil case lined up right after this one.
 8            MR. DINTZER:  Perhaps Your Honor should let the
 9    states' plaintiffs and us -- rather than decide -- we
10    appreciate what the Court is offering.
11            Rather than have us decide on the fly here, if the
12    Court would allow us to consult and take a look at the
13    options, we'd appreciate that.
14            THE COURT:  Please do so.  I mean, just let me
15    know by next week.
16            But, look, I think the bottom line is this.
17    I mean, we've all done this before, we're all conscious of
18    what needs to get done in order to get the evidence in.  And
19    I certainly will be very mindful of ensuring that everybody
20    has sufficient time within what has generally been allocated
21    to get your evidence in.
22            And if it looks like, for some reason, you know,
23    Google is excessively cross-examining, I will probably spot
24    it before you will.  And so I would not be overly concerned,
25    Mr. Dintzer, that somehow you're going to be squeezed for
```

1    time.

2              MR. DINTZER:  We appreciate that, Your Honor.

3              And the -- if -- and we were going to talk to the

4    States, but I do appreciate what you're saying.

5              Even if we go with what the Court has given us, we

6    would still want the Court to seriously think about adding

7    time for rebuttal so that -- I mean, so our rebuttal

8    witnesses don't have to go -- I mean, it was never

9    contemplated that they'd go on in our case-in-chief.  And,

10   really, the Court will get more out of them if the Court

11   hears first from --

12             THE COURT:  If you've got one or two rebuttal --

13   witnesses you're contemplating for rebuttal, I can

14   accommodate that.

15             MR. DINTZER:  Okay.

16             THE COURT:  But I'm not contemplating a very long

17   rebuttal case.

18             MR. DINTZER:  Okay.

19             THE COURT:  Okay?

20             MR. DINTZER:  Okay.

21             So let us discuss that and we'll then reach out to

22   Google and we'll see if we can get to an agreement, and if

23   not, we'll come back to the Court.

24             THE COURT:  Okay.  Well, just let me know that as

25   well by next week and we'll take it from there.

1          MR. DINTZER:  We appreciate that.

2          MR. SCHMIDTLEIN:  Thank you, Your Honor.

3          MR. SALLET:  Thank you, Judge.

4          THE COURT:  Just one last housekeeping, one

5    substantial housekeeping matter.

6          I've not obviously yet issued a ruling on the

7    summary judgment motions.  I am, for the first time in many,

8    many months, starting to at least shovel out a little bit

9    from under the January 6th burden of cases.  So I have not

10   forgotten and I promise you all we will get that to you as

11   soon as I'm able, okay?

12         And I also know that we've got the motions in

13   limine -- I'm sorry, the -- right, the motions in limine

14   concerning the experts that are outstanding as well, okay?

15         MR. DINTZER:  We appreciate that, Your Honor.

16         And we understand what the Court has been --

17   what's been piling up on the Court's desk.

18         THE COURT:  Thank you, everyone.  I look forward

19   to hearing from you next week.

20         (Proceedings concluded at 4:50 p.m.)

21

22

23

24

25

C E R T I F I C A T E

I, William P. Zaremba, RMR, CRR, certify that the foregoing is a correct transcript from the record of proceedings in the above-titled matter.

Date:__July 19, 2023_____    

William P. Zaremba, RMR, CRR

COURTROOM
DEPUTY: [1]  3/2
MR. DINTZER: [34]
3/20 4/2 4/25 5/10 5/13
8/5 8/16 8/20 9/8 9/19
10/5 10/14 10/16 15/20
17/2 18/7 21/1 21/21
25/17 25/20 26/10 27/7
28/2 28/21 31/10 32/8
32/18 33/8 34/2 34/15
34/18 34/20 35/1 35/15
MR. SALLET: [9]  7/15
7/18 12/15 16/5 19/21
21/22 29/11 32/12 35/3
MR. SCHMIDTLEIN:
[24]  5/20 6/23 7/12
10/3 10/25 11/21 11/25
12/3 12/7 12/10 13/8
13/12 14/10 16/8 16/17
19/11 20/8 21/2 21/12
23/9 23/11 30/16 32/19
35/2
THE COURT
REPORTER: [2]  15/5
32/9
THE COURT: [59]

**0**

**0340 [1]**  1/15

**1**

**10 [1]**  27/12
**105 [9]**  23/1 25/22 26/3
26/4 26/4 26/8 26/20
27/6 28/7
**1100 [1]**  1/14
**11th [1]**  20/24
**120 [1]**  25/21
**12th [1]**  2/3
**1300 [1]**  1/20
**134 [2]**  31/5 31/5
**170 [2]**  23/19 24/6
**19 [2]**  1/5 36/7
**1st [2]**  13/13 13/15

**2**

**20-3010 [2]**  1/4 3/3
**20001 [1]**  2/8
**20005 [1]**  2/3
**202 [3]**  1/15 2/4 2/9
**2023 [2]**  1/5 36/7
**24 [1]**  17/16
**268 hours [1]**  24/5
**26th [1]**  20/20

**3**

**3,000 [1]**  19/2
**30 [29]**  3/23 4/4 4/10
4/11 4/12 4/14 5/17
5/22 5/23 5/25 6/1 6/5
7/5 7/5 7/9 7/20 7/25
8/21 9/11 9/13 9/21
10/1 10/7 10/12 10/19
10/19 10/20 10/22
11/13
**3010 [2]**  1/4 3/3
**307-0340 [1]**  1/15

**3249011 [1]**  2/9
**333 [1]**  2/8
**354-3249 [1]**  2/9

**4**

**434-5000 [1]**  2/4
**45 [4]**  16/13 16/14
16/18 16/18
**45 minutes [1]**  24/12
**4:00 [1]**  1/6
**4:50 [1]**  35/20
**4th [1]**  13/17

**5**

**50 [12]**  6/25 8/15 8/16
11/4 11/6 11/7 11/8
11/8 11/11 12/11 12/14
19/1
**50-witness [1]**  11/2
**5000 [1]**  2/4
**508-6000 [1]**  1/22
**51 [1]**  13/3

**6**

**60 [2]**  14/5 16/14
**60 minutes [1]**  14/5
**6000 [1]**  1/22
**65 [1]**  23/1
**6th [1]**  35/9

**7**

**71 [1]**  11/21
**720 [1]**  1/22
**725 [1]**  2/3
**7th [1]**  1/21

**8**

**80203 [1]**  1/21

**9**

**98 [4]**  23/20 24/6 27/5
29/4

**A**

**ability [1]**  8/23 27/16
28/3 30/10
**able [1]**  35/11
**about [13]**  3/9 4/1 4/21
19/23 20/1 20/12 20/17
21/3 22/1 23/17 24/25
29/16 34/6
**above [1]**  36/4
**above-titled [1]**  36/4
**absolutely [4]**  6/16
6/17 6/18 7/2
**accommodate [1]**
34/14
**accordingly [1]**  14/22
**account [1]**  23/20
**accounted [1]**  24/9
**act [1]**  28/23
**acting [1]**  5/2
**Action [1]**  3/3
**actually [3]**  14/14 21/7
27/1
**add [2]**  6/24 6/24
**added [1]**  7/2
**adding [1]**  34/6
**addition [1]**  6/1

**additional [2]**  19/17
26/22
**address [1]**  5/4 5/24
31/21
**addressed [1]**  3/13
**addresses [1]**  5/1
**adhere [1]**  24/3
**adopting [1]**  30/14
**advance [3]**  18/12 19/8
19/10
**affect [2]**  8/22 13/5
**after [7]**  12/24 14/14
15/4 15/10 15/15 28/18
33/7
**afternoon [4]**  3/2 3/8
3/19 3/20
**again [9]**  5/9 8/9 10/14
11/15 14/20 19/4 24/20
25/5 28/14
**against [2]**  23/8 29/4
**aggregate [1]**  11/17
**agree [5]**  8/13 9/5
19/25 20/22 32/24
**agreed [1]**  8/12
**agreeing [1]**  18/8
**agreement [3]**  5/14
17/5 34/22
**ahead [2]**  3/25 8/19
**aided [1]**  2/10
**AL [1]**  1/3
**all [31]**  5/14 5/15 6/1
8/12 8/18 9/2 9/11 13/7
13/25 14/17 14/25
16/21 18/1 18/3 18/18
19/8 19/14 20/15 20/17
20/23 21/15 21/24 22/7
23/18 26/17 28/9 32/10
32/13 33/17 33/17
35/10
**allegations [1]**  12/20
**allocate [1]**  31/7
**allocated [1]**  33/20
**allocation [2]**  3/16
33/2
**allotment [3]**  22/20
25/1 25/11
**allotments [1]**  23/19
**allow [2]**  18/3 33/12
**allowed [1]**  12/13
**almost [3]**  14/15 14/15
30/24
**already [4]**  10/1 15/2
18/5 21/7
**also [5]**  13/23 20/13
29/8 31/20 35/12
**always [2]**  24/7 29/24
**am [1]**  35/7
**AMERICA [2]**  1/3 3/3
**AMIT [1]**  1/10
**amnesty [2]**  7/1 7/1
**amongst [1]**  8/22
**amount [3]**  27/17 28/5
31/13
**another [1]**  33/7
**Antitrust [1]**  1/19
**anxious [1]**  20/13
**any [6]**  3/18 5/14 6/5
12/19 23/5 26/22

**anything [5]**  8/17 8/22
3/18 21/19 27/22
**apparently [1]**  10/16
**appear [2]**  4/24 10/17
**APPEARANCES [2]**
1/12 1/24
**appearing [1]**  19/22
**Apple [6]**  9/21 9/23
10/1 10/11 10/11 10/23
**Apple's [1]**  10/20
**applied [1]**  23/7
**apply [1]**  30/10
**appreciate [9]**  12/21
26/2 28/12 33/10 33/13
34/2 34/4 35/1 35/15
**approach [2]**  30/14
32/24
**appropriate [4]**  4/10
9/12 13/10 16/2
**approximately [1]**
26/20
**are [29]**  4/13 5/14 7/11
8/1 9/7 10/14 13/19
13/23 15/24 16/20
17/20 18/23 19/1 19/11
19/12 19/18 19/22
19/22 20/13 21/5 24/16
24/20 27/9 27/13 27/15
27/19 29/17 31/19
35/14
**argument [2]**  14/14
14/18
**arguments [2]**  14/11
15/10
**arise [1]**  8/9
**around [1]**  24/8
**arrangement [1]**  24/3
**array [1]**  5/25
**arrived [1]**  12/18
**articulated [1]**  23/17
**as [29]**  4/3 4/16 6/11
7/21 8/6 9/12 9/23 10/6
10/12 10/17 12/17
12/20 13/4 13/24 19/11
20/3 20/14 27/3 27/25
28/8 28/9 29/7 29/7
29/24 30/20 34/24
35/10 35/11 35/14
**ask [11]**  4/20 9/20
11/15 11/16 12/14
13/14 13/16 13/24
15/14 26/5 28/22
**asked [10]**  14/4 17/7
25/21 29/1 29/16 30/2
30/8 30/24 31/14 31/15
**asking [3]**  10/8 31/12
31/16
**assume [2]**  16/15
28/23
**assumed [1]**  22/19
**assuming [1]**  23/16
**attempt [1]**  30/6
**August [5]**  13/13 13/15
13/17 20/10 20/25
**available [2]**  13/20
16/24
**Avenue [1]**  2/8
**avoid [1]**  22/4

**avoided [1]**  30/14
**away [2]**  19/2 22/13

**B**

**back [11]**  6/24 9/18
20/19 20/25 25/2 26/8
28/14 32/12 32/13 33/6
34/23
**bad [1]**  15/6
**Barrett [1]**  2/7
**basically [3]**  8/23
25/21 30/24
**be [64]**
**because [20]**  4/12 6/21
8/8 8/24 12/4 13/21
14/6 18/15 18/19 19/8
19/15 20/9 24/5 27/22
28/3 28/10 29/8 30/3
31/14 33/4
**been [12]**  5/2 7/6 14/13
20/5 20/6 20/22 21/7
32/2 33/4 33/20 35/16
35/17
**before [11]**  1/10 3/17
12/7 12/18 17/3 18/9
19/22 20/6 21/19 33/17
33/24
**began [1]**  19/24
**begin [3]**  13/25 16/21
16/23
**beginning [1]**  25/6
**begins [1]**  28/19
**begs [1]**  10/10
**behalf [1]**  3/7
**being [2]**  10/11 24/24
**believe [7]**  4/5 4/18
4/25 5/2 6/8 9/8 23/18
**bench [1]**  14/12
**benefit [1]**  18/1
**better [4]**  32/18 32/19
32/21 32/22
**between [9]**  11/4 11/10
12/12 14/5 20/11 29/23
30/11 30/12 31/7
**bit [8]**  12/3 18/23 19/7
20/8 22/20 24/16 30/8
35/8
**block [1]**  19/14
**both [9]**  8/13 10/15
10/16 16/16 22/5 23/2
23/7 23/16 24/9 26/20
**bottom [1]**  33/16
**bound [1]**  32/11
**break [2]**  8/21 9/3
**brevity [1]**  27/21
**brief [2]**  21/12 21/13
**briefly [2]**  7/16 12/16
30/17
**Broadway [1]**  1/20
**Bruce [1]**  1/17
**burden [1]**  35/9

**C**

**calculated [1]**  12/19
**calendar [1]**  3/11
**call [11]**  13/18 22/8
22/9 24/22 24/23 25/14
26/24 27/17 28/18

## C

call... [2]  29/25 31/25
called [4]  13/24 22/5
 23/23 25/16
calls [1]  24/11
came [1]  11/3
can [24]  5/3 7/22 9/17
 13/3 13/4 13/25 14/18
 14/22 15/7 16/23 17/23
 18/17 19/25 20/1 20/1
 22/3 24/24 29/6 29/7
 31/6 31/7 33/5 34/13
 34/22
can't [5]  17/11 18/14
 20/22 24/13 31/3
capacity [3]  8/2 10/12
 10/13
Carr [1]  1/19
case [43]
cases [4]  12/25 23/2
 24/9 35/9
Cavanaugh [1]  30/7
Center [1]  1/20
certain [1]  25/13
certainly [10]  14/13
 15/18 16/5 22/2 23/1
 23/12 24/13 25/14
 26/15 33/19
Certified [1]  2/6
certify [1]  36/2
CH [1]  2/7
challenging [1]  18/20
chance [4]  14/17 16/2
 17/3 17/10
change [2]  17/23 18/13
check [1]  3/12
chess [6]  24/2 27/3
 29/5 31/4 31/8 32/24
chess-clock [2]  24/2
 32/24
chief [11]  22/13 22/19
 24/23 25/14 26/13
 27/23 28/18 28/18 29/3
 31/25 34/9
chunk [2]  23/21 26/19
circuit [1]  21/9
circumstance [3]  22/4
 24/24 29/17
circumstances [1]
 20/4
civil [2]  3/3 33/7
clear [2]  31/15 31/16
clock [10]  22/25 24/2
 27/3 27/5 27/6 27/20
 29/6 31/4 31/8 32/24
closed [1]  15/2
closing [3]  14/11 15/4
 15/9
closings [1]  15/15
CMO [7]  4/10 4/21 5/4
 6/18 8/10 12/2 12/4
CO [1]  1/21
coag.gov [1]  1/22
colleagues [1]  27/4
Colorado [4]  1/17 1/18
 1/20 26/23
COLUMBIA [1]  1/1
combined [1]  11/22

come [4]  17/
 17/11 11/11 20/1 23/22
 25/10 30/24 34/23
comes [2]  28/25 28/25
comfortable [1]  15/23
coming [4]  15/19 17/16
 18/10 19/19
common [1]  20/2
common-sense [1]
 20/2
complaint [2]  12/18
 12/20
complex [1]  17/17
complexity [1]  16/1
components [1]  21/11
computer [1]  2/10
computer-aided [1]
 2/10
concentrates [1]  29/18
concern [1]  22/24
concerned [1]  33/24
concerning [2]  3/15
 35/14
concluded [2]  15/16
 35/20
conclusion [1]  15/10
conclusions [2]  15/3
 15/11
conduct [1]  30/1
confer [3]  17/3 17/10
 20/7
conference [5]  1/9
 19/24 20/6 20/9 25/20
confines [1]  33/3
connects [2]  32/21
 32/21
CONNOLLY [1]  2/2
conscious [1]  33/17
consistent [4]  12/1
 21/25 25/5 29/1
consolidated [3]  11/18
 11/19 12/24
Constitution [1]  2/8
consult [1]  33/12
Consumer [1]  1/18
contemplated [2]  26/8
 34/9
contemplates [1]
 25/13
contemplating [3]
 30/25 34/13 34/16
CONTINUED [1]  2/1
control [1]  28/11
corporate [3]  9/14 9/21
 9/23
corporation [4]  7/21
 7/22 10/6 10/6
correct [4]  8/15 9/8
 11/25 36/3
costly [1]  8/25
could [9]  5/23 7/15
 12/15 23/7 25/17 27/8
 30/13 31/10 31/24
count [4]  6/18 9/11
 11/13 13/4
counts [1]  15/25
couple [4]  6/10 13/9
 19/15 21/23

count... [4]
 15/24 17/11
COURT [27]  1/1 2/5 2/7
 3/24 4/3 8/7 10/8 14/13
 15/21 15/23 16/3 17/12
 17/13 25/21 26/2 26/5
 31/12 32/1 32/4 33/10
 33/12 34/5 34/6 34/10
 34/10 34/23 35/16
Court's [3]  28/13 30/23
 35/17
cover [2]  6/4 22/12
covered [1]  5/25
creates [1]  27/18
crisp [1]  29/14
cross [13]  22/11 22/17
 22/3 23/6 25/9 25/10
 27/2 28/24 29/23 30/3
 30/11 31/8 33/23
cross-examination [6]
 22/17 23/3 25/9 25/10
 27/2 28/24
cross-examining [1]
 33/23
crosses [2]  26/11
 26/13
crossing [2]  24/16
 28/10
crossover [2]  27/12
 27/12
CRR [2]  36/2 36/8
current [1]  33/2
custodians [1]  4/7
CV [1]  1/4

## D

D.C [4]  1/5 1/14 2/3 2/8
date [2]  3/11 36/7
dates [1]  2/4
day [2]  13/4 17/16
days [2]  15/3 33/6
de [1]  11/24
de-dupes [1]  11/24
dead [1]  18/5
deadline [1]  13/13
deal [1]  30/12
decide [2]  33/9 33/11
decision [2]  8/21 9/3
decisions [1]  19/20
Defendant [2]  1/7 2/2
defense [1]  31/22
definitely [2]  5/4 17/4
definition [1]  12/19
Denver [1]  1/21
DEPARTMENT [3]  1/13
 1/18 7/19
depending [1]  17/24
deponent [5]  4/23 7/21
 7/22 7/22 8/2
deposition [7]  4/8 4/14
 4/15 4/22 6/6 6/17 6/21
depositions [5]  4/4 4/5
 6/1 9/2 9/2
described [1]  20/4
designate [3]  5/3 7/23
 10/20
designated [5]  4/9
 4/23 6/9 8/14 31/18

designating [2]  4/23
 9/20
designation [2]  5/6
 10/11
designations [8]  5/11
 5/15 6/10 6/17 6/21
 7/10 7/13 8/13
designed [2]  23/20
 29/21
designee [1]  10/1
designees [2]  9/6 9/12
desk [1]  35/17
devoting [1]  21/16
did [6]  3/14 5/19 8/12
 10/6 10/20 27/3
didn't [7]  3/21 6/5
 12/12 12/25 19/23 22/2
 26/16
different [1]  4/6
difficult [4]  27/10 30/2
 30/11 32/5
digest [2]  14/17 15/13
Dintzer [16]  1/13 3/5
 6/16 8/19 9/5 11/13
 15/17 16/20 19/17
 19/25 24/11 25/3 28/4
 28/14 31/3 33/25
direct [11]  22/10 22/11
 26/9 26/10 26/21 28/17
 29/24 30/1 30/3 30/11
 31/8
direction [1]  14/8
directly [1]  30/7
directs [1]  26/12
disagree [2]  7/2 28/21
discovery [3]  4/4 6/13
 12/24
discuss [1]  34/21
discussed [1]  12/5
discussing [1]  23/11
discussion [2]  20/17
 30/12
distinction [2]  29/23
 30/11
DISTRICT [4]  1/1 1/1
 1/10 19/5
do [28]  6/25 9/5 9/17
 9/18 9/22 10/9 12/25
 13/10 14/1 14/19 15/1
 15/12 15/18 16/20
 16/25 17/12 18/1 18/12
 20/16 21/5 22/6 26/12
 28/16 28/19 30/20
 32/24 33/14 34/4 34/4
do you [2]  9/5 21/5
do you have [1]  15/18
does [7]  4/22 5/5 5/7
 5/7 29/13 30/20 32/22
doesn't [5]  5/4 15/2
 25/23 25/24 28/3
doing [2]  10/16 22/8
DOJ [9]  1/13 3/5 9/16
 11/2 24/1 26/21 26/24
 29/20 30/14
doled [1]  24/5
don't [22]  3/25 4/15
 4/25 6/8 18/4 18/18
 18/21 19/1 19/16 20/19

dance [1]
 26/7 26/25 27/20 28/4
 28/21 29/5 33/4 34/8
done [8]  5/15 15/15
 22/13 23/18 29/2 33/3
 33/17 33/18
dope [1]  20/9
double [1]  30/24
doubling [1]  31/1
down [2]  9/3 31/3
dry [1]  32/5
dumped [2]  6/8 6/10
dupes [1]  11/24
during [5]  4/4 15/14
 18/5 23/22 30/13

## E

each [13]  8/2 8/16 11/5
 11/8 11/11 16/1 16/9
 16/13 16/13 18/9 24/8
 31/12 32/11
earlier [1]  5/22 28/15
economic [2]  31/21
 31/22
effectively [1]  30/21
efficiency [1]  17/22
efficient [3]  17/12 29/7
 29/14
efficiently [1]  29/21
 30/21
effort [1]  4/18
eight [2]  27/12 27/13
either [1]  13/5 19/23
 23/15 27/3
elicit [2]  22/12 22/17
elicited [1]  25/9
else [2]  3/17 21/19
Email [1]  1/15 1/22 2/4
employees [5]  13/19
 13/20 19/13 27/16
 27/16
encompass [1]  26/20
end [6]  13/4 18/8 24/8
 28/25 28/25 33/6
enormous [1]  5/25
enough [2]  16/15 31/1
ensuring [1]  33/19
entitled [1]  17/20
entity [2]  9/21 9/23
entry [1]  19/13
entry-level [1]  19/13
especially [1]  32/2
essentially [3]  9/14
 29/3 33/3
estimate [2]  22/16
 22/16
ET [1]  1/3
even [3]  6/9 31/1 34/5
every [3]  27/11 27/14
 31/9
everybody [5]  3/8 3/9
 20/21 30/20 33/19
everyone [2]  32/15
 35/18
everything [2]  14/17
 15/13
evidence [6]  3/16 14/7
 15/16 25/15 33/18

**E**

evidence... [1] 33/21
exact [1] 31/13
exactly [3] 28/2 30/18 31/2
exam [1] 25/25
examination [12] 22/10 22/11 22/17 23/3 23/4 25/9 25/10 26/9 26/22 27/2 28/17 28/24
examinations [1] 26/21
examining [1] 33/23
example [2] 7/4 29/25
excessively [1] 33/23
exchanged [1] 20/10
exclude [1] 6/20
exclusion [1] 25/15
executive [3] 29/25 30/1 30/3
exhibit [2] 6/8 6/11
exhibits [2] 6/11 9/6
expected [1] 28/9
experience [1] 18/13
expert [3] 31/20 31/21 32/3
experts [5] 31/19 31/22 31/25 32/3 35/14
explained [1] 12/17
express [1] 25/22
expressly [2] 4/25 6/18
extends [1] 15/4
extent [3] 7/6 11/16 26/22

**F**

fact [6] 4/4 6/3 15/11 15/24 23/21 26/3
facts [5] 15/2 15/11 16/3 22/17 25/9
fair [1] 19/13
fairly [1] 6/4
faith [1] 28/24
falls [1] 23/5
fashion [1] 9/7
favor [1] 24/3
fear [1] 30/10
feel [2] 29/13 29/24
feet [1] 27/11
few [1] 33/6
figure [1] 30/6
filed [3] 3/23 12/7 12/18
fill [1] 29/18
final [1] 13/14
find [1] 15/11
findings [1] 15/2
fine [3] 9/19 10/25 16/17
first [7] 17/12 19/15 22/1 23/23 31/12 34/11 35/7
flexibility [3] 17/20 19/6 20/2
Floor [1] 1/21
fly [1] 33/11
folks [1] 18/25
follow [2] 14/8 32/6

foregoing [1] 36/2
forgotten [1] 35/10
forth [1] 6/18
forward [4] 12/10 13/6 31/23 35/18
frankly [4] 12/4 13/22 21/15 30/12
Friday [1] 13/16
front [1] 17/13
froze [1] 15/6
frozen [1] 32/9
fruitful [1] 20/16
functionally [1] 30/4
fundamental [1] 30/8

**G**

gas [1] 29/17
general [3] 16/22 17/15 17/22
generally [1] 33/20
get [26] 6/25 7/2 8/25 11/5 11/5 11/8 11/11 11/11 14/6 16/13 16/14 16/14 18/25 19/25 20/14 20/19 20/23 20/25 23/17 24/2 33/18 33/18 33/21 34/10 34/22 35/10
getting [2] 5/8 13/23
give [11] 7/4 16/2 16/9 16/11 17/7 17/10 28/3 28/15 29/9 33/5 33/6
given [11] 9/12 13/24 15/19 15/24 17/20 21/7 25/4 25/7 30/23 32/2 34/5
gives [3] 20/2 20/3 23/19
giving [1] 26/2
go [11] 3/25 8/19 12/14 25/2 26/5 26/8 28/14 29/21 34/5 34/8 34/9
go ahead [1] 8/19
goal [1] 29/6
goes [2] 7/23 28/8
going [23] 4/6 7/7 9/11 12/13 13/5 13/21 15/9 16/11 18/14 19/7 21/17 22/4 22/24 23/21 24/4 24/13 24/15 30/1 30/3 30/8 31/21 33/25 34/3
good [9] 3/2 3/8 3/10 3/20 14/19 27/25 28/13 28/24 30/12
Good to [1] 3/10
GOOGLE [51]
Google LLC [2] 3/4 3/7
Google's [13] 6/20 8/21 9/3 18/25 22/19 23/4 23/8 23/22 25/8 25/23 25/24 26/13 27/2
got [10] 6/7 7/13 14/17 18/24 18/25 19/1 28/5 33/6 34/12 35/12
government's [1] 15/1
graces [2] 27/25 28/13
grant [1] 7/1
guess [5] 5/6 10/10

guidance [1] 14/3
guided [1] 14/20

**H**

had [11] 5/21 5/23 6/3 10/1 14/17 15/13 15/15 17/3 23/24 24/7 24/19
hairs [1] 13/1
half [1] 16/10
Hang [1] 32/15
happens [2] 17/24 27/22
happy [2] 3/24 20/23
harder [1] 8/25
has [10] 7/6 12/17 14/1 22/5 31/21 32/2 33/20 33/20 34/5 35/16
hasn't [1] 32/4
have [69]
haven't [6] 4/21 8/10 17/2 17/3 20/11 25/4
having [5] 23/12 24/12 29/21 32/4 32/6
he [2] 29/19 31/21
he's [2] 31/21 31/21
heard [5] 17/2 25/5 25/17 28/16 31/10
hearing [2] 32/1 35/19
hears [1] 34/11
helpful [4] 14/21 15/12
her [1] 29/19
here [13] 5/8 13/2 13/23 18/4 18/21 18/25 24/3 26/18 26/19 29/5 29/6 30/22 33/11
here's [1] 9/4
him [3] 6/17 19/19 32/4
his [3] 10/11 27/4 29/19
Honor [51]
HONORABLE [1] 1/10
hope [2] 3/9 22/3
hopefully [1] 26/24
hoping [1] 15/1
hour [7] 15/22 16/1 16/9 16/9 16/12 24/15 24/15
hours [24] 23/1 23/1 23/8 23/20 23/20 24/5 24/12 24/16 24/25 25/21 26/3 26/4 26/5 26/8 26/20 27/5 28/5 28/6 28/6 28/7 29/7 31/5 31/6 32/25
hours' [1] 17/16
housekeeping [1] 13/9 35/4 35/5
how [9] 7/10 9/18 15/19 17/21 18/21 19/1 25/7 26/15 31/12
How's [1] 32/17
however [2] 11/18 31/7
hypothetical [1] 24/19
hypothetically [1] 24/21

I also [1] 35/12
I am [1] 35/7
I assume [1] 16/15
I believe [3] 4/5 5/2 9/8
I can [4] 24/24 29/6 33/5 34/13
I can't [1] 24/13
I did [2] 3/14 27/3
I don't [4] 4/25 6/8 21/9 29/5
I guess [4] 5/6 10/10 13/13 21/4
I have [1] 35/9
I haven't [4] 4/21 25/4
I hope [1] 3/9
I just [2] 12/15 15/11
I know [5] 3/15 14/6 20/13 21/3 24/3
I mean [16] 6/9 6/20 12/22 18/13 21/14 22/22 25/13 26/16 26/19 27/19 29/5 33/5 33/14 33/17 34/7 34/8
I should [2] 12/23 22/2
I think [27] 7/12 9/4 9/12 11/14 12/22 13/1 13/12 13/15 13/22 14/25 16/11 17/19 18/19 18/20 20/5 20/16 22/1 22/22 23/6 23/11 23/18 23/24 24/4 24/16 24/18 27/25 33/16
I thought [2] 9/25 25/7
I understand [2] 12/22 21/14
I want [1] 24/1
I was [2] 14/25 32/23
I will [6] 11/1 11/9 28/22 28/23 32/13 33/23
I'll [4] 9/16 21/9 28/15 32/1
I'm [16] 5/8 5/9 5/21 9/11 13/14 19/8 20/23 22/15 22/23 25/23 27/19 30/5 32/21 34/16 35/11 35/13
I'm going [1] 9/11
I'm just [2] 5/8 22/15
I'm not [3] 27/19 30/5 34/16
I'm not sure [2] 13/4 22/23
I'm sorry [3] 5/9 32/21 35/13
I'm sure [2] 5/21 19/8
I've [3] 14/12 15/13 35/6
idea [2] 17/6 31/24
identifying [1] 16/22
imagine [2] 19/12 24/13
immediately [1] 15/15
important [1] 16/21
improper [1] 6/12
incentive [5] 27/18 27/21 27/21 27/24

incentives [1] 27/9
inclined [1] 16/8
include [5] 25/9 25/23 25/24 25/24 27/1
included [1] 9/6
includes [2] 5/5 5/11
including [1] 23/2
individual [8] 8/2 9/15 10/5 10/12 10/17 11/14 17/24 23/5
individuals [3] 4/15 5/15 7/11
indulge [1] 21/3
inefficient [1] 22/6
inform [1] 13/17
information [3] 6/1 9/1 16/3
initial [3] 20/10 20/17 23/13
initially [3] 11/1 23/25 30/25
insisted [1] 5/24
instance [1] 8/2
instead [1] 6/7
intelligent [1] 15/14
intend [2] 13/18 24/22
intended [2] 22/16 30/18
intends [2] 22/9 28/16
intention [1] 15/9 24/10 25/7
interested [1] 21/5
invitation [1] 8/23
involve [1] 17/12
involved [2] 13/23 14/13
involves [1] 17/17
iPad's [1] 32/21
is [98]
isn't [2] 17/21 31/1
issue [10] 3/15 3/21 4/1 4/21 8/9 14/1 14/10 19/23 21/20 22/23
issued [1] 35/6
issues [5] 5/22 15/8 20/12 21/7 21/14
it [72]
it would be [2] 14/21 16/21
it's [26] 8/25 9/5 10/15 11/18 11/19 11/19 13/5 13/22 14/15 14/16 17/6 17/12 18/20 18/21 19/4 19/4 19/13 19/19 19/19 20/11 22/3 26/15 27/23 28/10 30/11 30/9
its [7] 22/10 22/12 22/18 24/23 25/14 28/18 28/18
itself [1] 7/25

**J**

January [1] 35/9
January 6th [1] 35/9
John [2] 2/2 3/7
John Schmidtlein [1] 3/7

**J**

Joint [1] 3/22
joints [1] 29/9
jon.sallet [1] 1/22
Jonathan [1] 1/17 3/6
jschmidtlein [1] 2/4
JUDGE [1] 1/10 15/5
35/3
judges [1] 24/3
judgment [2] 14/16
35/7
Judicial [1] 1/20
July [2] 1/5 36/7
June [1] 20/11
junior [2] 19/12 19/23
just [34] 3/11 3/25 4/18
4/20 5/8 6/10 7/4 7/15
8/8 11/1 12/15 13/5
14/2 14/10 15/8 15/11
17/14 18/2 19/13 19/14
20/23 21/19 21/23 22/5
22/15 23/17 26/9 27/8
27/18 29/12 30/16
33/14 34/24 35/4
JUSTICE [1] 1/13 7/19

**K**

keep [1] 29/5
Ken [1] 3/5
Kenneth [1] 1/13
kenneth.dintzer2 [1]
1/16
kind [2] 20/4 29/16
know [43]
knowing [1] 29/19
knowledge [1] 4/16
Kolotouros [1] 28/9

**L**

laid [2] 21/8 31/3
language [1] 7/25
laptop [1] 32/22
laptop's [1] 32/20
largely [1] 6/7
last [5] 21/3 21/4 23/12
24/5 35/4
later [1] 14/22
law [3] 1/18 15/3 15/11
lawyer [1] 29/16
lawyer's [1] 29/18
lawyers [4] 19/21
29/17 29/22 30/13
lay [2] 15/23 16/2
lead [1] 30/12
least [6] 7/5 17/16
20/17 23/14 27/13 35/8
leave [1] 13/6
length [5] 14/1 15/17
15/22 15/25 30/25
lengthier [1] 24/23
less [4] 14/7 15/18
31/6 31/14
let [12] 4/20 11/15
11/16 14/24 18/24
21/23 23/6 23/6 33/8
33/14 34/21 34/24
let's [5] 8/19 13/5
20/16 21/15 23/17

light [1] 6/3
like [11] 9/18 14/12
14/15 14/15 16/9 18/17
19/4 20/11 21/6 29/17
33/22
limine [1] 35/13 35/13
limit [4] 6/25 8/15 8/16
11/2
limitations [1] 22/11
limited [1] 6/14
limiting [1] 27/17
limits [1] 11/14
line [1] 33/16
lined [2] 27/9 33/7
lining [1] 18/4
list [29] 4/13 4/16 4/19
4/24 5/4 5/5 5/11 5/16
6/6 6/8 6/11 6/22 7/8
7/11 8/13 8/17 9/7 9/22
9/23 10/2 10/4 11/17
11/18 11/19 18/16
18/21 18/22 19/2 28/10
listed [2] 6/6 7/6
listening [1] 14/7
lists [6] 11/20 13/14
17/5 20/10 23/13 23/16
little [7] 12/3 18/23
19/7 22/20 24/16 30/8
35/8
live [7] 5/6 5/11 8/14
15/16 31/2 31/3 31/4
LLC [3] 1/6 3/4 3/7
LLP [1] 2/2
logistics [2] 13/21
13/25
long [3] 18/21 28/8
34/16
look [12] 7/20 8/11
13/1 18/19 20/16 22/3
25/2 28/5 32/7 33/12
33/16 35/18
looked [2] 4/21 8/10
looking [2] 14/2 14/2
looks [2] 33/1 33/22
lost [1] 32/8
lot [4] 18/7 21/16 29/9
33/4
lower [1] 22/15
lowered [1] 25/22

**M**

made [2] 13/20 29/20
maintain [1] 29/7
make [7] 3/21 4/18 7/1
18/14 19/20 21/23
29/21
makes [1] 30/19
making [1] 16/24
many [7] 7/10 18/12
18/21 19/1 27/15 35/7
35/8
match [1] 9/23
materially [1] 13/5
matter [3] 30/9 35/5
36/4
matters [2] 13/9 14/13
may [10] 4/3 7/21 8/5

18/20 23/9 30/16
maybe [7] 6/10 9/25
10/15 11/18 18/22
22/14 27/14
me [17] 4/20 11/15
11/16 14/24 15/12
17/22 18/24 19/8 20/19
21/17 21/23 21/24 22/6
22/25 23/6 33/14 34/24
mean [19] 6/9 6/20
8/23 12/22 18/13 21/14
22/22 25/13 26/7 26/16
26/19 27/19 29/5 31/24
33/5 33/14 33/17 34/7
34/8
means [2] 24/25 26/4
mechanical [1] 2/10
meet [3] 17/3 17/10
20/7
MEHTA [1] 1/10
mentioned [2] 8/11
22/3
Merit [1] 2/6
might [1] 19/12
Mike [1] 31/20
miles [1] 19/2
mind [4] 22/22 23/12
24/19 29/18
mindful [1] 33/19
minute [1] 27/11
minutes [5] 14/5 14/5
16/13 16/14 24/12
misunderstood [1]
9/25
months [1] 35/8
more [21] 8/24 8/25
9/14 11/7 12/14 15/12
15/14 15/19 15/19
17/17 17/18 18/20
18/23 19/6 19/7 19/9
20/23 27/14 29/1 33/1
34/10
most [4] 5/13 15/5
29/13 29/21
motions [3] 35/7 35/12
35/13
move [2] 13/6 18/14
Mr [1] 28/1
Mr. [36] 5/19 6/16 7/17
8/6 8/11 8/19 9/5 11/13
12/17 13/3 15/17 15/17
16/4 16/15 16/20 16/20
19/17 19/20 19/25
24/11 24/11 25/3 25/3
27/4 28/4 28/8 28/9
28/14 28/15 28/23
29/10 30/7 31/3 31/3
31/14 33/25
Mr. Cavanaugh [1]
30/7
Mr. Dintzer [14] 6/16
8/19 9/5 11/13 15/17
16/20 19/17 19/25
24/11 25/3 28/4 28/14
31/3 33/25
Mr. Kolotouros [1]
28/9

15/17 16/4 16/20 19/20
24/11 28/15 29/10 31/3
Mr. Schmidtlein [11]
5/19 8/6 8/11 12/17
13/3 16/15 25/3 27/4
28/8 28/23 31/14
much [7] 15/12 15/19
25/8 30/4 31/13 32/18
32/19
multiple [1] 7/23
my [9] 15/9 17/14
17/15 17/20 18/7 22/3
25/7 27/24 29/6

**N**

name [2] 6/21 7/21
nature [1] 9/13
necessary [2] 16/3
21/7
need [15] 3/18 11/7
18/4 18/14 21/10 21/10
24/4 24/25 25/25 26/8
31/4 31/5 32/25 32/25
33/3
needed [1] 31/13
needs [5] 3/12 4/24
22/15 33/1 33/8
negotiated [1] 12/5
never [1] 34/8
new [1] 12/20
next [6] 17/16 20/9
20/20 33/15 34/25
35/19
no [11] 1/4 4/7 4/16
4/17 18/3 21/22 22/6
24/10 26/10 27/21
28/11
nobody [1] 30/22
non [2] 15/25 26/25
non-overlapping [2]
15/25 26/25
Northern [1] 19/5
not [36] 4/6 4/13 6/22
7/11 7/18 9/7 10/6
10/20 13/4 19/4 19/4
19/12 19/13 19/22 20/9
20/11 21/10 21/21
22/23 25/15 26/10
26/15 26/18 27/3 27/19
27/23 29/8 29/24 30/5
32/2 32/5 33/24 34/16
34/23 35/6 35/9
note [2] 5/8 11/1
noted [1] 7/7
notice [3] 17/16 20/3
23/14
noticed [1] 9/2
notifying [1] 16/23
notion [1] 8/1
November [1] 19/15
now [10] 3/24 11/8
11/10 12/13 13/10
19/17 23/4 24/5 31/1
33/5
number [6] 6/4 11/20
12/17 13/19 23/14
27/12

numbers [2] 12/24
32/25
NW [3] 1/14 2/3 2/8

**O**

objects [1] 4/11
observation [2] 22/14
25/6
observations [1] 21/24
obviously [7] 4/8 11/7
13/21 14/8 14/12 15/4
35/6
occur [1] 24/14
October [1] 19/15
off [4] 6/24 9/22 19/14
28/10
offer [2] 6/4 7/2
offering [1] 33/10
official [2] 2/7 10/13
okay [25] 3/11 5/12
5/18 6/19 7/14 8/18
8/20 9/10 10/9 10/24
11/7 11/23 14/9 14/23
16/7 20/25 21/19 28/5
34/15 34/18 34/19
34/20 34/24 35/11
35/14
once [5] 15/1 15/12
23/18 27/4 29/16
one [29] 3/15 3/21 7/5
8/8 8/12 8/14 9/12 9/15
9/17 9/18 9/22 11/11
12/14 13/3 13/12 15/16
18/9 21/3 21/6 21/10
22/13 25/3 27/4 30/5
32/2 33/7 34/12 35/4
35/4
only [4] 5/17 11/8
26/24 32/5
opening [2] 14/2 15/22
openings [1] 15/17
operations [2] 17/22
18/2
opportunity [3] 15/13
25/4 28/16
options [1] 33/13
order [10] 13/17 14/24
15/9 16/19 16/23 17/22
18/2 18/10 19/18 33/18
ordinary [2] 17/15
18/19
original [1] 12/4
other [12] 3/21 4/7
4/17 8/25 9/7 9/18
11/24 13/9 18/3 18/8
18/9 27/17
other's [1] 32/11
other's --Sorry [1]
32/11
otherwise [3] 22/17
28/17 29/2
ought [3] 17/21 23/1
23/6
our [32] 4/13 4/14 4/16
4/19 5/16 7/7 8/22 10/4
13/22 13/25 18/16
18/16 20/3 23/12 25/22
26/1 26/5 26/10 26/11

## O

**our... [13]** 26/12 26/13 26/13 26/13 27/14 27/16 27/22 28/10 31/20 31/25 32/2 34/7 34/9
**ourselves [1]** 21/15
**out [17]** 9/4 9/17 15/23 16/3 19/6 19/21 21/8 22/25 24/5 24/17 27/20 28/8 30/6 30/20 34/10 34/21 35/8
**outside [1]** 23/5
**outstanding [1]** 35/14
**over [4]** 5/22 12/14 15/7 28/11
**overlap [1]** 23/13
**overlapping [2]** 15/25 26/25
**overly [1]** 33/24
**overthinking [1]** 22/15
**own [3]** 29/15 29/19 29/22

## P

**p.m [2]** 1/6 35/20
**paper [1]** 14/17
**paragraph [2]** 5/5 5/10
**parity [1]** 33/2
**parse [1]** 30/6
**part [2]** 5/13 6/13
**particular [2]** 16/23 26/23
**particularly [2]** 19/23 30/23
**parties [13]** 3/18 5/2 5/13 13/23 15/3 17/10 17/15 17/19 18/23 19/9 20/11 20/13 23/7
**parties' [3]** 3/14 3/14 15/10
**party [3]** 7/5 8/24 23/15
**Pause [1]** 32/16
**pencils [1]** 25/22
**people [10]** 5/3 5/14 5/16 6/24 7/23 8/1 18/4 19/1 19/6 29/14
**percentage [1]** 22/20
**perhaps [3]** 12/23 24/24 33/8
**period [2]** 24/22 24/23
**person [3]** 4/23 13/4 29/2
**personal [1]** 4/16
**pertain [1]** 26/24
**piling [1]** 35/17
**place [1]** 22/11
**plain [1]** 7/20
**plaintiff [5]** 1/17 3/6 11/16 26/21 26/23
**plaintiffs [25]** 1/4 1/13 3/5 5/24 9/17 11/4 11/10 11/17 11/21 13/15 13/16 14/6 16/2 16/14 16/18 22/8 22/21 23/19 23/23 24/6 24/21 25/16 30/23 31/5 33/9
**plaintiffs' [1]** 24/8

**plan [3]** 14/22 28/3 29/5
**planned [1]** 19/7
**please [2]** 25/18 33/14
**pleases [1]** 8/6
**pleasure [1]** 15/21
**plenty [1]** 23/2
**plug [1]** 9/17
**point [4]** 4/8 8/8 16/21 21/3
**pointed [1]** 30/20
**points [1]** 29/12
**portion [2]** 22/10 23/4 26/25
**position [6]** 4/14 10/22 11/3 11/11 12/13 15/14
**possibility [1]** 16/25
**post [1]** 14/14
**post-trial [1]** 14/14
**potential [1]** 17/18
**preannouncing [1]** 17/5
**precision [1]** 27/22
**precludes [1]** 8/1
**prefer [1]** 14/14
**preference [1]** 14/20
**prepare [1]** 6/3
**prepared [2]** 8/9 31/2
**present [3]** 23/2 24/18 26/5
**presentations [1]** 21/8
**presented [3]** 11/19 20/5 33/4
**presumably [1]** 19/3
**presume [1]** 11/15
**Pretrial [1]** 21/4 21/6 21/11
**pretty [1]** 15/6
**Prettyman [1]** 2/7
**primary [1]** 31/20
**probably [4]** 14/7 18/17 33/5 33/23
**proceedings [4]** 1/9 2/10 35/20 36/4
**proceeds [1]** 17/21
**process [1]** 17/1
**produced [1]** 2/10
**Professor [1]** 32/6
**promise [1]** 35/10
**promptly [1]** 13/25
**proposal [3]** 14/25 17/11 29/20
**proposed [1]** 15/11
**proposing [1]** 26/17
**Protection [1]** 1/18
**provide [3]** 8/24 9/15 17/16
**provided [3]** 4/5 4/13 11/17
**purposes [1]** 22/12
**put [10]** 4/15 5/14 5/15 9/22 10/1 10/5 10/6 10/21 10/23 18/24
**putting [4]** 24/8 25/15 27/14 31/22

## Q

**question [5]** 4/22 5/16 10/10 30/6 30/7
**questions [2]** 15/14 27/15
**quickly [1]** 14/11
**quoting [1]** 25/24

## R

**raise [3]** 3/19 3/24 13/10
**raised [1]** 25/4
**raising [1]** 21/18
**Ralph [1]** 1/19
**rarely [1]** 17/12
**rather [3]** 14/21 33/9 33/11
**reach [2]** 18/17 34/21
**reached [1]** 4/8
**ready [1]** 17/7
**realistic [1]** 16/25
**really [5]** 13/1 14/19 15/21 19/13 21/5 21/16 24/16 27/9 30/5 33/4 34/10
**Realtime [1]** 2/4
**reason [6]** 18/3 22/6 22/7 31/13 32/20 33/22
**reasonable [2]** 15/22 19/14
**rebut [2]** 32/1 32/4
**rebuttal [10]** 26/14 31/17 31/18 31/25 32/3 34/7 34/7 34/12 34/13 34/17
**recall [3]** 4/3 5/21 22/18
**recalling [1]** 29/2
**receive [1]** 17/19
**received [2]** 7/10 23/13
**recommendation [1]** 14/4
**record [3]** 10/21 11/1 36/3
**record's [1]** 31/15
**recorded [1]** 2/10
**reducing [1]** 27/16
**reference [1]** 12/19
**reflected [2]** 26/18 26/19
**regard [2]** 6/15 14/8
**regarding [1]** 3/23
**Registered [1]** 2/6
**rejigger [1]** 24/4
**rejiggered [2]** 32/25 33/1
**rely [1]** 7/7
**remember [1]** 13/13
**Report [3]** 3/15 3/22 3/23
**Reporter [4]** 2/5 2/6 2/6 2/7
**request [1]** 6/20
**requested [1]** 9/15
**require [3]** 9/16 13/21 17/15
**required [1]** 20/3
**reshuffle [1]** 6/23

**resolved [1]** 20/14
**respectful [1]** 13/22
**respectfully [1]** 11/9 12/14
**respects [1]** 14/16
**respond [2]** 8/5 16/15
**responsible [1]** 26/7
**responsive [1]** 30/7
**return [1]** 22/5
**reverse [2]** 14/24 15/8
**reviewed [1]** 3/14
**revisited [2]** 12/23 14/16
**right [20]** 6/16 6/17 7/14 8/4 8/18 9/11 11/8 12/6 12/9 13/7 13/10 15/15 20/15 22/13 24/5 26/9 29/15 33/5 33/7 35/13
**RMR [2]** 36/2 36/8
**role [2]** 4/7 4/17
**room [1]** 29/18
**rope [1]** 20/9
**rough [1]** 24/8
**roughly [1]** 13/19
**rule [3]** 7/23 9/13 17/15
**ruling [1]** 35/6
**run [3]** 22/25 27/20 31/8

## S

**said [7]** 4/17 11/5 18/17 23/24 25/6 28/15 29/17
**Sallet [11]** 1/17 3/6 7/17 15/17 16/4 16/20 19/20 24/11 28/15 29/10 31/3
**same [7]** 9/22 10/22 17/8 22/9 30/4 30/9 32/6
**save [2]** 21/15 21/15
**say [11]** 5/5 5/7 14/4 19/14 24/20 26/7 28/5 28/7 30/7 31/1 32/23
**saying [4]** 25/3 27/19 30/5 34/4
**says [4]** 5/9 5/10 7/21 7/24
**scale [1]** 32/3
**schedule [7]** 15/2 18/6 20/24 21/20 26/16 29/8 33/5
**schedules [2]** 17/25 19/9
**Schmidtlein [14]** 2/2 3/7 5/19 8/6 8/11 12/17 13/3 16/15 25/3 27/4 28/1 28/8 28/23 31/14
**scope [3]** 6/13 23/5
**scuffles [1]** 5/22
**second [4]** 14/1 22/14 31/17 32/14
**Secondly [1]** 29/23
**Section [1]** 1/18
**see [6]** 3/12 3/14 6/5

**seems [6]** 7/25 15/22 17/22 19/8 22/6 22/25
**seen [2]** 23/13 32/4
**sense [4]** 5/6 20/2 22/23 30/19
**sensible [1]** 18/20
**sent [1]** 6/16
**separate [1]** 11/20
**September [1]** 19/14
**sequence [1]** 18/25
**sequencing [1]** 12/22
**series [2]** 4/3 5/24
**seriously [1]** 34/6
**set [4]** 6/18 11/1 19/9 20/3
**seven [5]** 4/5 7/9 8/22 24/12 27/13
**sharpen [1]** 25/22
**she [1]** 29/19
**short [3]** 18/15 21/9 24/22
**short-circuit [1]** 21/9
**should [15]** 6/14 8/13 10/22 10/23 11/4 11/5 12/23 12/23 17/19 19/18 20/5 20/6 22/2 28/19 33/8
**shouldn't [1]** 8/22
**shovel [1]** 35/8
**shuttling [1]** 19/6
**side [8]** 8/25 13/5 13/22 13/25 16/13 18/8 18/9 18/9
**sides [2]** 22/5 24/9
**signal [1]** 15/6
**significant [3]** 6/4 13/18 23/14
**simple [1]** 29/24
**simply [1]** 8/3
**since [2]** 9/20 13/18
**single [3]** 5/23 22/4 31/9
**sir [1]** 32/12
**slots [1]** 4/18
**so [66]**
**so it's [1]** 20/11
**so this is [1]** 4/18
**solution [1]** 20/2
**some [28]** 4/6 4/6 4/7 4/9 4/11 4/12 4/17 5/21 6/10 6/24 6/24 9/6 10/12 12/23 13/21 14/16 16/21 17/20 18/2 19/5 20/17 22/7 23/14 23/21 24/3 24/10 32/20 33/22
**somebody [1]** 22/18
**somehow [2]** 22/25 33/25
**something [5]** 20/19 20/22 21/16 28/10 33/1
**sometimes [1]** 9/14
**soon [1]** 35/11
**sooner [1]** 14/21
**sorry [7]** 3/9 5/9 15/5 32/11 32/15 32/21 35/13

**S**
sort [8] 5/23 5/23 6/7 6/11 13/13 18/2 21/5 23/18
speak [3] 4/22 7/15 12/15
spend [1] 14/7
spending [1] 29/19
split [2] 14/5 31/5
splitting [1] 13/1
spot [1] 33/23
squeezed [1] 33/25
St [1] 2/3
stand [2] 24/11 28/20
standpoint [1] 28/19
stands [1] 27/15
start [5] 15/7 17/1 18/3 27/5 29/3
started [2] 14/6 25/21
starting [1] 35/8
state [4] 1/17 9/16 12/18 12/20
statement [3] 21/4 21/6 25/23
statements [1] 14/2
states [9] 1/1 1/3 1/10 3/3 3/6 11/3 12/7 16/6 34/4
states' [2] 25/25 33/9
status [9] 1/9 3/15 3/22 3/22 19/24 20/6 20/9 21/4 25/20
stay [2] 27/24 28/12
stenography [1] 2/10
stick [1] 29/8
still [1] 34/6
stood [1] 27/4
stop [1] 27/5
strategic [1] 22/7
Street [1] 1/14
strictly [1] 24/15
structured [3] 25/8 25/12 26/16
stuck [1] 12/10
style [1] 32/24
subject [1] 30/8
submission [1] 15/10
submissions [1] 14/15
submit [1] 11/9
subpoena [1] 7/21
substantial [1] 35/5
such [1] 27/1
sudden [1] 28/9
sufficient [2] 16/5 33/20
suggest [1] 17/9
suggested [3] 18/20 22/21 30/15
Suite [1] 1/21
summary [2] 14/16 35/7
sundry [1] 21/8
support [1] 7/18
suppose [2] 29/6 29/25
sure [9] 4/2 5/21 13/4 13/11 16/24 19/8 22/23 23/10 25/19
surprised [1] 6/5

swap [1] 9/17

**T**
take [7] 3/18 6/24 9/22 14/24 20/2 33/12 34/25
taken [2] 6/2 11/10
takes [1] 9/14
taking [3] 15/8 24/10 26/3
talk [4] 3/25 18/18 20/1 34/3
talked [2] 21/3 22/1
talking [1] 23/25
technical [1] 32/3
tell [3] 21/24 28/4 30/2
tells [1] 18/9
tend [1] 29/17
terms [6] 6/15 16/19 18/2 19/6 21/5 24/25
terribly [1] 21/17
testify [1] 24/12
testifying [1] 8/1
testimony [14] 4/9 4/10 4/12 4/12 4/23 5/3 5/17 8/22 8/24 9/15 10/20 10/21 32/2 32/4
text [1] 7/20
than [14] 9/15 11/7 14/22 15/15 18/3 19/9 20/23 22/16 22/16 31/15 32/22 33/2 33/9 33/11
thank [6] 21/1 21/2 21/17 35/2 35/3 35/18
thank you [5] 21/1 21/2 21/17 35/2 35/18
that [208]
that'll [1] 16/15
that's [25] 5/12 6/12 6/18 7/23 8/23 9/8 9/12 9/18 9/19 10/25 12/1 15/16 22/13 22/19 24/6 24/13 25/12 26/15 26/17 26/18 27/25 33/4
their [19] 8/21 9/22 9/23 12/8 15/10 17/6 19/9 22/9 25/25 27/5 27/11 27/15 27/15 27/16 27/24 29/3 29/15 29/22 31/6
theirs [1] 22/21
them [14] 4/17 7/1 7/7 11/4 11/10 12/12 16/9 16/11 18/25 19/14 24/12 27/21 32/1 34/10
themselves [1] 31/7
then [25] 4/1 6/20 8/15 11/7 11/14 14/18 14/18 15/3 15/13 16/19 20/22 21/24 22/13 22/14 23/6 23/7 24/4 24/12 24/16 24/24 27/1 28/7 31/4 32/24 34/21
theory [1] 31/24
there [19] 3/15 3/17 7/4 7/12 8/15 13/8 15/24

23/21 24/21 25/13 26/25 28/25 29/15 33/1 34/25
there's [9] 3/12 8/12 22/6 22/7 22/23 26/22 27/21 29/8 30/22
these [8] 4/5 6/5 6/7 12/24 14/24 28/5 20/12 30/23
they [37]
they'd [1] 34/9
they're [10] 6/25 10/16 12/13 16/24 19/2 19/19 27/16 27/17 29/22 30/3
they've [1] 17/7
thing [2] 17/13 31/17
things [2] 8/12 18/13
think [43]
thinking [3] 20/12 21/25 27/13
thinks [1] 12/1
third [6] 7/5 13/23 14/10 18/23 20/13 23/15
third-party [1] 23/15
this [58]
This is Civil [1] 3/3
those [7] 5/15 6/21 13/18 13/19 13/20 19/20 24/8
though [1] 5/5
thought [2] 9/25 25/7
thoughts [3] 15/18 16/4 16/20
three [5] 7/12 9/5 19/17 23/25 24/1
through [4] 18/18 25/10 25/15 30/6
Thursday [1] 18/9
ticking [1] 29/4
tight [1] 18/5
time [38]
timing [3] 3/16 14/11 28/19
titled [1] 36/4
together [2] 19/25 23/19
too [1] 18/12
took [2] 4/3 11/3
top [1] 7/3
topics [1] 5/25
total [1] 11/20
toward [1] 27/6
towards [1] 27/5
transcript [3] 1/9 2/10 36/3
transcription [1] 2/10
transcripts [1] 6/7
trial [17] 3/16 4/9 4/24 6/15 9/6 10/18 14/12 14/14 17/15 17/21 17/24 18/5 21/20 26/16 29/14 30/13 30/25
trials [1] 18/7
try [3] 20/1 29/7 29/8
trying [2] 18/12 32/23
Tuesday [1] 13/15

21/9
turns [2] 19/21 28/7
twice [3] 11/14 22/5 28/8
two [16] 8/12 8/15 11/4 11/10 11/19 12/12 13/4 15/25 22/14 28/5 28/6 28/6 29/12 31/18 31/22 34/12
type [1] 24/2

**U**
U.S [1] 1/13
unclear [1] 12/4
under [2] 4/10 35/9
understand [6] 10/8 12/22 21/14 26/17 29/22 35/16
understanding [2] 17/19 17/23
understood [2] 24/7 30/18
unique [1] 12/20
Unit [1] 1/19
UNITED [4] 1/1 1/3 1/10 3/3
United States of [1] 3/3
unless [3] 22/7 22/23 22/24
unlikely [1] 22/25
unnecessary [1] 21/16
until [3] 19/24 20/9 20/24
up [13] 3/18 8/22 17/11 18/4 18/8 18/14 20/1 27/5 27/9 27/15 29/22 33/7 35/17
upfront [1] 5/24
upon [1] 17/24
us [27] 4/18 7/25 9/19 10/8 11/12 13/17 13/24 14/7 14/21 16/2 17/7 18/1 20/2 20/5 21/21 25/21 26/3 26/12 28/3 28/4 29/13 31/12 33/9 33/11 33/12 34/5 34/21
usdoj.gov [1] 1/16
use [2] 4/18 29/15
useful [1] 21/17
using [1] 29/22
usual [1] 21/11
utilize [1] 9/1

**V**
vagaries [1] 17/21
various [1] 21/8
versus [1] 3/4
very [15] 7/15 12/16 14/10 18/5 19/11 27/10 30/2 30/4 30/16 31/15 31/15 32/3 32/5 33/19 34/16
VIA [1] 1/9
view [2] 17/20 27/3
vs [1] 1/5

**W**
wait [1] 20/24
want [14] 5/19 6/23 13/17 13/20 14/6 16/22 21/5 23/25 24/1 24/2 31/7 32/10 32/23 34/6
wanted [5] 5/23 13/9
wanting [1] 28/12
wants [5] 10/20 10/21 11/13 15/23 30/22
warn [1] 32/1
was [26] 6/7 6/13 7/4 9/3 12/3 12/7 12/17 12/18 14/4 14/25 22/20 22/20 23/12 23/20 23/21 25/7 26/10 26/10 29/16 29/16 29/20 30/7 30/8 31/12 32/23 34/8
Washington [4] 1/5 1/14 2/3 2/8
wasn't [6] 3/22 8/9 11/5 12/19 16/11 26/8
waste [1] 30/22
way [8] 14/19 15/12 18/24 22/8 25/12 27/10 29/14 32/6
wc.com [1] 2/4
we [131]
we believe [1] 4/18
we will [5] 7/1 10/9 14/8 15/9 35/10
we'd [3] 3/23 27/5 33/13
we'll [12] 7/1 13/6 14/20 15/14 15/13 17/11 20/23 31/8 34/21 34/22 34/23 34/25
we're [13] 11/14 13/1 14/2 14/2 15/21 15/22 18/14 19/17 24/4 24/15 28/9 31/2 33/17
we've [8] 4/7 4/9 5/14 5/15 5/15 28/5 33/17 35/12
Wednesday [1] 20/20
week [6] 18/9 18/11 19/9 33/15 34/25 35/19
weeks [4] 18/12 19/15 23/25 24/1
welcome [2] 3/24 6/25
well [17] 3/9 4/20 8/6 8/8 11/16 12/3 13/24 18/24 20/10 20/14 20/16 23/25 24/18 27/24 34/24 34/25 35/14
went [2] 12/10 18/15
were [22] 4/6 6/2 6/5 6/7 6/9 6/10 7/7 7/12 9/2 13/8 20/10 23/11 23/14 23/15 23/23 23/24 25/2 26/17 30/25 31/15 31/16 34/3
weren't [1] 6/9
whack [1] 24/17
what [38]
what's [5] 11/20 18/5 26/18 26/19 35/17

**whatever [5]** 11/18
14/20 15/23 17/6 22/10
**when [11]** 6/5 7/20
13/20 16/25 17/6 18/4
23/11 23/24 25/20
28/24 31/12
**where [4]** 9/4 14/13
19/5 21/10
**whether [7]** 4/22 4/23
11/19 21/24 26/25 30/2
30/6
**which [18]** 4/10 9/21
10/7 13/17 15/1 19/18
20/20 22/3 22/4 22/25
23/19 24/3 24/19 24/24
27/4 28/16 30/13 32/10
**while [1]** 28/19
**who [11]** 4/13 7/11
13/23 18/10 19/18
19/22 24/20 29/16
29/17 30/22 31/18
**who's [1]** 17/16
**whoever [1]** 6/16
**whole [1]** 5/24
**wholesale [1]** 6/11
**whom [1]** 27/15
**whose [1]** 4/23
**why [5]** 3/25 18/18
20/19 22/19 25/12
**WiFi [2]** 32/20 32/21
**will [33]** 5/21 7/1 10/9
11/1 11/9 14/8 15/9
15/12 16/13 16/14
16/14 18/3 18/10 22/21
25/13 25/14 26/3 28/22
28/23 28/23 29/3 29/24
30/11 30/12 32/5 32/5
32/13 33/2 33/19 33/23
33/24 34/10 35/10
**William [3]** 2/5 36/2
36/8
**WILLIAMS [1]** 2/2
**Winston [2]** 31/20 32/6
**wish [1]** 3/18
**wishes [1]** 22/12
**within [5]** 6/25 11/14
12/11 33/3 33/20
**without [2]** 27/7 27/9
**witness [51]**
**witness' [1]** 10/11
**witness's [1]** 6/21
**witnesses [48]**
**won't [1]** 26/4
**words [1]** 11/24
**workable [1]** 30/19
**works [1]** 20/20
**would [39]**
**wouldn't [1]** 22/18
**writing [1]** 20/20

**Y**

**yeah [3]** 6/9 10/3 16/11
**years [1]** 19/17
**yes [7]** 5/20 8/17 10/3
15/20 28/12 29/11
32/12
**yet [3]** 32/4 32/5 35/6

**you know [2]** 7/6 23/1
**you'd [2]** 9/18 19/5
**you're [7]** 16/8 25/3
32/9 32/12 33/25 34/4
34/13
**you've [8]** 9/6 14/16
14/17 18/19 18/24 19/1
31/2 34/12
**your [66]**
**Your Honor [49]**

**Z**

**Zaremba [3]** 2/5 36/2
36/8
**ZOOM [1]** 1/9